# United States District Court

TERRITORY OF GUAM     DISTRICT OF     GUAM

## SUMMONS IN A CIVIL CASE

TONY H. ASHTIANI    V.    CONTINENTAL MICRONESIA INC,.dba Continental Micronesia CONTINENTAL AIRLINES, INC.

CASE NUMBER: 02-00032

**FILED**
DISTRICT COURT OF GUAM
JAN 1 0 2003
MARY L. M. MORAN
CLERK OF COURT

TO: (Name and address of defendant)

Mr. Dixon McKenzie
H.R Director, Human Resources Dept
Continental Micronesia Inc
Guam International Airport Old terminal

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

TONY H. ASHTIANI PRO,SE
P.O.BOX 12723
Tamuning Guam 96931

P

an answer to the complaint which is herewith served upon you, within (1 day) Jan 10, 2003 1:00 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PLAINTIFF WAS SERVED SCHEULING NOTICE BY CERTIFIED MAIL RECIEVED ON JAN 08, 2003

Mary L. M. Moran
CLERK

JAN 0 9 2003
DATE

(BY) DEPUTY CLERK

ORIGINAL

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | JAN/09/03 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| CHRISTOPHER. Allen   SP-036599.  PROCESS SERVER | SPECIAL PROCESS SERVER |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Continental Micronesia
  3:15pm                                                      Tamuning

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/9/03
              Date                Signature of Server

Pmb 386 1276 N. Marine dr.
Address of Server
Ste. 101 Tamuning
GU 96913

X [signature]

Continental Micronesia

received
1-9-03
1515 hrs

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.