# United States District Court

TERRITORY OF GUAM _____ DISTRICT OF __GUAM.__

## SUMMONS IN A CIVIL CASE

TONY H. ASHTIANI    V.    CONTINENTAL MICRONESIA INC., dba

CASE NUMBER:

CONTINENTAL MICRONESIA

CONTINENTAL AIRLINES, INC.

02-00032

**FILED**
DISTRICT COURT OF GUAM
JAN 1 0 2003
MARY L. M. MORAN
CLERK OF COURT

TO: (Name and address of defendant)

Mr. James Hammer

Director of Maintenance

Continental Micronesia inc

Guam International airport  Maintenance Dept.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Tony Ashtiani   Pro,se

p.O.BOX 12723

Tamuning Guam 96931

an answer to the complaint which is herewith served upon you, within __(1 day)Jan 10 2003__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PLAINTIFF WAS SERVED SCHEDULING NOTICE BY CERTIFIED MAIL RECIEVED ON Jan 08, 2003

Mary L. M. Moran            JAN 09 2003

CLERK                      DATE

*[signature]*

(BY) DEPUTY CLERK

ORIGINAL

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE JAN/09/03 |
| NAME OF SERVER (PRINT) SP036599 CHRISTOPHER Allen. Process server. | TITLE Special Process server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Continental Micronesia Tamuning

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/9/03 3:10pm            [signature]
              Date                   Signature of Server

                                     Pmb 386  1270 N. Marine
                                     Address of Server
                                     dr. Ste 101
                                     Tamuning GU 96913

X [signature]                        3:10 pm

**Continental Micronesia**
P. O. Box 8778
Tamuning, Guam 96931

received
1-3-03
3:23 pm

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.