F I L E D
DISTRICT COURT OF GUAM

FEB 1 1 2003

MARY L. M. MORAN
CLERK OF COURT

5

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| TONY H. ASHTIANI, | Civil Case No. **02–00032** |
| Plaintiff, | |
| vs. | |
| CONTINENTAL MICRONESIA, INC., *et al.*, | ORDER |
| Defendants | |

Due to the scheduling needs of the Court, the February 12, 2003 Scheduling Conference is hereby moved to Wednesday, February 26, 2003 at 2:00 p.m.

SO ORDERED this 10th day of February, 2003.

_____

JOHN S. UNPINGCO
District Judge

ORIGINAL