AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

**TERRITORY OF GUAM**     District of     GUAM

FILED
DISTRICT COURT OF GUAM
MAR - 6 2003
MARY L.M. MORAN
CLERK OF COURT

TONY H. ASHTIANI

V.

CONTINENTAL MICRONESIA, INC.
dba CONTINENTAL MICRONESIA
and CONTINENTAL AIRLINES, INC.

**AMENDED
SUMMONS IN A CIVIL CASE**

CASE NUMBER:     CV-02-00032

TO: (Name and address of Defendant)

Mr. James Hammer
Director of Micronesia
Continental Micronesia, Inc.
Guam International Airport Maintenance Department

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within **twenty (20)** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

```
Tony Ashtiani, Pro Se
P.O. Box 12723
Tamuning, Guam 96931
Telephone: 653-5575
```

MARY L.M. MORAN                  January 10, 2003

CLERK     *Marilyn B. Alcon*                  DATE
(By) DEPUTY CLERK

ORIGINAL

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed _____     _____
         Date                 *Signature of Server*

                              _____
                              *Address of Server*

Returned AS "ORDER" by The Honorable Chief Judge John S. Unpingco.

Tony. H. Ashtiani.

Tony. H. A[signature]

Submitted Respectfully,

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.