AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

**TERRITORY OF GUAM**  District of  GUAM

FILED
DISTRICT COURT OF GUAM
MAR 10 2003
MARY L. M. MORAN
CLERK OF COURT

**TONY H. ASHTIANI**

V.

**CONTINENTAL MICRONESIA, INC.**
**dba Continental Micronesia**
**and Continental Airlines, Inc.**

**AMENDED SUMMONS IN A CIVIL CASE**

CASE NUMBER:  CV-02-00032

TO: (Name and address of Defendant)

**Mr. Dixon McKenzie**
**H.R. Director, Human Resources Department**
**Continental Micronesia, Inc.**
**Guam International Airport Old Terminal**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ **Pro Se** (name and address)

**Tony Ashtiani, Pro Se**
**P.O. Box 12723**
**Tamuning, Guam 96931**
**Telephone: 653-5575**

an answer to the complaint which is served on you with this summons, within ___**twenty (20)**___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**MARY L. M. MORAN**
**Clerk Of Court**

MAR 06 2003

CLERK                                   DATE

(By) DEPUTY CLERK

ORIGINAL

AO 440 (Rev. 8/81) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed _____
Date

_____
*Signature of Server*

_____
*Address of Server*

ReTurned uNexecuTed. Due To Amended complAiNT.

Respectfully
T. Ashh
Tony H. AShtiani
MAR/10/03

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.