AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

**TERRITORY OF GUAM**     District of     GUAM

FILED
DISTRICT COURT OF GUAM
MAR 11 2003
MARY L. M. MORAN
CLERK OF COURT

(14)

**TONY H. ASHTIANI**

V.

**CONTINENTAL MICRONESIA, INC.**
dba Continental Micronesia
and Continental Airlines, Inc.

**AMENDED SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV-02-00032

TO: (Name and address of Defendant)

Mr. James Hammer
Director of Aircraft Maintenance
Continental Micronesia, Inc.
Guam International Airport

*James Hamma 3/10/3 1345*

**Pro Se**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ (name and address)

Tony Ashtiani, **Pro Se**
P.O. Box 12723
Tamuning, Guam 96931
Telephone: 653-5575

an answer to the amended complaint which is served on you with this amended summons within **twenty (20)** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the amended complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**MARY L. M. MORAN**
Clerk Of Court

MAR 10 2003

CLERK            DATE

(By) DEPUTY CLERK

ORIGINAL

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE: MARCH 10, 2003 |
| NAME OF SERVER (PRINT): MICHAEL Q. GALLO | TITLE: PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): CONTINENTAL MICRONESIA, INC. DBA CONTINENTAL MICRONESIA AND CONTINENTAL AIRLINES, INC., THROUGH JAMES HAMMER, DIRECTOR OF AIRCRAFT MAINTENANCE, AT THEIR PLACE OF BUSINESS, GUAM INTERNATIONAL AIRPORT, TAMUNING, GUAM

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $45.00 | $45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed  MARCH 11, 2003
          Date

Signature of Server  SP0136-00

Address of Server: P.O. BOX 1150 AGANA GU 96932 / 201 SONGSONG ST., MANGILAO

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.