AO 440 (Rev. 8/01) Summons in a Civil Action

FILED
DISTRICT COURT OF GUAM
MAR 1 1 2003
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

**TERRITORY OF GUAM**     District of     **GUAM**

(15)

**TONY H. ASHTIANI**

V.

**CONTINENTAL MICRONESIA, INC.**
dba Continental Micronesia
and Continental Airlines, Inc.

**AMENDED
SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV-02-00032

TO: (Name and address of Defendant)

Mr. Dixon McKenzie
H.R. Director, Human Resources Department
Continental Micronesia, Inc.
Guam International Airport Old Terminal

[signature] 1317 3/10/03

**Pro Se**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ~~ATTORNEY~~ (name and address)

Tony Ashtiani, Pro Se
P.O. Box 12723
Tamuning, Guam 96931
Telephone: 653-5575

an answer to the amended complaint which is served on you with this amended summons within **twenty (20)** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the amended complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**MARY L. M. MORAN**
Clerk Of Court

MAR 1 0 2003

CLERK                  DATE

[signature]
(By) DEPUTY CLERK

ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>MARCH 10, 2003 |
| NAME OF SERVER (PRINT)<br>MICHAEL Q. GALLO | TITLE<br>PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): CONTINENTAL MICRONESIA, INC. DBA CONTINENTAL MICRONESIA AND CONTINENTAL AIRLINES, INC., THROUGH J. DIXON MCKENZIE, DIRECTOR OF HUMAN RESOURCES, AT THEIR PLACE OF BUSINESS, GUAM INTERNATIONAL AIRPORT, TAMUNING, GUAM

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES<br>$45.00 | TOTAL<br>$45.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed    MARCH 11, 2003
                Date           Signature of Server SP-0136-00

                      P.O. BOX1150 AGANA GU 96932/201 SONGSONG ST.,
                             Address of Server            MANGILAO

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.