1  Tony H Ashtiani, Pro Se litigant
   P.O.Box 12723
2  Tamuning Guam, 96931
   671-688-4844
3  671-653-5575

4

Attorneys for Defendant
5  CARLSMITH BALL LLP
   Mr. David Ledger
6  Ms. Elyze McDonald

FILED
DISTRICT COURT OF GUAM
MAR 31 2003
MARY L. M. MORAN
CLERK OF COURT

17

# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| Tony H. Ashtiani, | ) Civil Case No.: 02-00032 |
| Plaintiff, | ) |
| Vs. | ) |
| CONTINENTAL MICRONESIA, INC. | ) Motion to seize investigation, |
| Dba CONTINENTAL MICRONESIA | ) intimidation, harassment, and |
| and CONTININTAL AIRLINES, INC. | ) blackmail, By the defendant. |
| Defendant | ) |

This matter has come before the District court of Guam, due to defendant's multiple harassment, intimidation and disruption of sleep by intrusion of privacy by several means, it is defendants unwritten corporate policy whenever Summons served upon them, Defendant automatically will launch an investigation

upon the plaintiff, in order to attempt negative psychological effect and force the plaintiff to withdraw or dismiss the case. See **Cecilia Shelly Vs. Continental Micronesia Inc. CV1373-95** (the plaintiff has conduit by which Continental Airlines (not Continental Micronesia, inc.) Is attempting to blackmail Plaintiff's husband, Mr. Van Shelly, into convincing to dismiss her case against CMI.) There is no doubt in plaintiff's mind today that blackmail actually occurred as plaintiff is in a same situation. Plaintiff assertion in this case revolves by Ms. Martha Woodward present at Human Resources Dept in a meeting which took place both times after the Summons were served upon the defendant, once on or about Jan 10, 2003 and the second time on Mar 11, 2003.

Ms. Martha Woodward served Continental Micronesia as V.P of Human Resources and retired with benefits and now serves "CMI" as a consultant in litigations maneuvering, Ms. Martha Woodward at the time of her retirement sensed a need for a an investigation firm which later started and now owns and operates, after plaintiff had first served Summons on Jan 10 2003, which alerted Continental Airlines that a litigation is before them, Defendant hired Ms. Woodward's firm to investigate the Plaintiff, this unwritten corporate policy of investigation is in violation of private privacy act and invasion of privacy is violation of the law.

Plaintiff prays and pleads to the District Court OF Guam to take in to the consideration the strength, political influence, and resources, which now defendant in litigation is using every extended arm to put plaintiff in unfavorable position.

Dated this 31st day of March 2003

_____
Tony H. Ashtiani