Tony H. Ashtiani, Pro Se litigant
P.O.Box 12723
Tamuning Guam, 96931
671-688-4844
671-653-5575



Attorneys for Defendant
CARLSMITH BALL LLP
Mr. David Ledger
Ms. Elyze McDonald

# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| **Tony H. Ashtiani,** | ) Civil Case No.: **02-00032** |
| Plaintiff, | ) |
| Vs. | ) |
| **CONTINENTAL MICRONESIA, INC.** | ) **Certificate of Service** |
| Dba **CONTINENTAL MICRONESIA** | ) Fed R. Civ. P. 5(d) |
| and **CONTININTAL AIRLINES, INC.** | ) |
| Defendant | ) |

I certify that a true and correct copy of the attached **Motion to seize investigation, intimidation, harassment, and blackmail, by the defendant.** was hand delivered to the office of CARLSMITH BALL LLP the attorneys for Continental Mr. David Ledger and Ms. Elyze McDonald in this matter at 134 West Soledad Avenue, Bank of Hawaii Bldg, Suite 401 Hagatna Guam 96932.

PAGE (1) OF 2 CV 02-00032

ORIGINAL

On April 1, 2003. The papers were left with the receptionist Or the person who appeared to be in charge as the clerk or associate of Mr. David Ledger or Ms. Elyze McDonald.

Dated this 31st day of March 2003

_____
Tony H. Ashtiani