Tony H. Ashtiani, Pro se
P.O. Box 12723
Tamuning Guam, 96931
671-688-4844
671-653-5575

```
                                FILED
                         DISTRICT COURT OF GUAM
                              APR 03 2003
                            MARY L. M. MORAN
                            CLERK OF COURT
```

Attorneys for Defendant
CARLSMITH BALL LLP
Mr. David Ledger
Ms. Elyze McDonald

# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| Tony H. Ashtiani, | ) Civil Case No.: 02-00032 |
| Plaintiff, | ) |
| Vs. | ) |
| CONTINENTAL MICRONESIA, INC. | ) Certificate of Service |
| Dba CONTINENTAL MICRONESIA | ) Fed R. Civ. P. 5(d) |
| and CONTININTAL AIRLINES, INC. | ) |
| Defendant | ) |

I certify that a true and correct copy of the attached **Motion to seize Cover-up in postal violation of EEOC Director in coordinated effort of defendant's counselors in Hawaii and Guam.** was hand delivered to the office of CARLSMITH BALL LLP the attorneys for Continental Mr. David Ledger and Ms. Elyze McDonald in this matter at 134 West Soledad Avenue, Bank of Hawaii Bldg, Suite 401 Hagatna Guam 96932.

ORIGINAL

On April 3, 2003. The papers were left with the receptionist Or the person who appeared to be in charge as the clerk or associate of Mr. David Ledger or Ms. Elyze McDonald.

Dated this 3RD day of APRIL 2003

_____
Tony H. Ashtiani