Tony H. Ashtiani, Pro se
P.O.Box 12723
Tamuning Guam, 96931
671-688-4844
671-653-5575

Attorneys for Defendant
CARLSMITH BALL LLP
Mr. David Ledger
Ms. Elyze McDonald

FILED
DISTRICT COURT OF GUAM
APR 0 4 2003
MARY L. M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| Tony H. Ashtiani,<br><br>    Plaintiff,<br><br>Vs.<br><br>CONTINENTAL MICRONESIA, INC.<br>Dba CONTINENTAL MICRONESIA<br>and CONTININTAL AIRLINES, INC.<br><br>    Defendant | Civil Case No.: 02-00032<br><br>Certificate of Service<br><br>Fed R. Civ. P. 5(d) |

    I certify that a true and correct copy of the attached Amended motion to seize cover-up in postal violation of EEOC Director in coordinated effort of defendant's counselors in Hawaii and Guam. was hand delivered to the office of CARLSMITH BALL LLP the attorneys for Continental Mr. David Ledger and Ms. Elyze McDonald in this matter at 134 West Soledad Avenue, Bank of Hawaii Bldg, Suite 401 Hagatna Guam 96932.

1 On April 4, 2003. The papers were left with the
2 receptionist Or the person who appeared to be in charge as the
3 clerk or associate of Mr. David Ledger or Ms. Elyze McDonald

Dated this 4th day of APRIL 2003

_____

Tony H. Ashtiani