FILED
DISTRICT COURT OF GUAM
APR 1 1 2003
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| TONY H. ASHTIANI,<br><br>    Plaintiff,<br><br>vs.<br><br>CONTINENTAL MICRONESIA, INC., *et al.*,<br><br>    Defendants. | Civil Case No. 02-00032<br><br><br><br>ORDER |

Due to the scheduling needs of the Court, the April 30, 2003 Scheduling Conference is hereby moved to Wednesday, May 7, 2003 at 3:30 p.m. The parties shall submit the proposed discovery plan and scheduling order by Wednesday, April 30, 2003.

SO ORDERED this 11th day of April, 2003.

JOHN S. UNPINGCO
District Judge