Tony Ashtiani ,Pro Se
P.O.Box 12723
Tamuning Guam 96931
(671) 688-4844
(671) 653-5575

Attorneys for defendant
Carlsmith Ball LLP
Mr David Ledger
Ms Elyze McDonald

FILED
DISTRICT COURT OF GUAM
APR 1 6 2003
MARY L. M. MORAN
CLERK OF COURT
23

# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| Tony H. Ashtiani, | Case No.: No. 02-00032 |
| Plaintiff, | |
| vs. | Initial Communication |
| Continenetal Micronesia Inc,dba, Continental micronesia, Continental Airlines , | LOCAL RULE 16.1 |
| Defendant | |

In pursuant to Local rule (LR 16.1) Plaintiff had served the defendants Scheduling notice On Jan 09, 2003 with summons and the complaint. The defendants' counsels has not yet made the initial communication as per LR 16.1 (C)(2) (**"In the event that the plaintiff is proceeding Pro Se, the defendant shall contact the plaintiff and arrange to comply with this Rule in the appropriate time frame."**)

1  Plaintiff once again serves the defendants with **scheduling**
2  **notice** attached, and also recent **ORDER** by the Court which
3  defendants is also in possession of, as a precautionary measure
4  plaintiff also have attached such ORDER and presented to the
5  counsels of the record.

dated this 16th day of April, 2003

_____
Tony H. Ashtiani

FILED
DISTRICT COURT OF GUAM
DEC 2 6 2002
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

TONY H. ASHTIANI,

    Plaintiff,

vs.

CONTINENTAL MICRONESIA, INC., dba CONTINENTAL MICRONESIA, and CONTINENTAL AIRLINES, INC.,

    Defendants.

Civil Case No. 02-00032

**SCHEDULING NOTICE**

TONY ASHTIANI, Pro Se
P.O. Box 12723
Tamuning, GU 96931

    The Local Rules establish procedures for complying with Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure. Counsel should study the Local Rules before attempting to process cases in this Court.

    Pursuant to Local Rules 16.1 and 16.2, it is hereby ORDERED that:

    1.    Counsel of record and all pro se litigants that have appeared in the case must meet and confer, within fifteen (15) days after receipt of this Notice, but no later than sixty (60) days after the filing of the complaint, prior to commencing discovery.

    2.    A proposed Scheduling Order and a proposed Discovery Plan shall be filed on or before the 28th day of January, 2003. Careful and immediate attention should be given to the directions in Local Rules 16.1 and 16.2 to ensure complete and timely compliance

1   with Federal Rules 16(b) and 26(f), and Local Rules.

2         3.     Plaintiffs' counsel, or if the plaintiff is <u>pro se</u>, then the <u>pro se</u> plaintiff,
3 must take the lead in the preparation of the Scheduling Order. If a defendant is not contacted by
4 a <u>pro se</u> plaintiff within the required time frame, the defendant's counsel shall contact the <u>pro se</u>
5 plaintiff and arrange a meeting to comply with this Rule in the appropriate time frame. The
6 failure of a party or its counsel to participate in good faith in the framing of a Scheduling Order
7 may result in the imposition of sanctions.

8         4.     Counsel of record and all <u>pro se</u> litigants that have appeared in the case
9 are jointly responsible for submitting a Proposed Discovery Plan to the Court.

10        5.     A Scheduling Conference shall be held on the **12th** of **February, 2003 at**
11 **3:00 p.m.**

12        6.     Counsel are reminded that:

13         a)     The filing of motions does not postpone discovery.

14         b)     Local Rule 37.1 governs discovery disputes and motions.

15         c)     The number and form of interrogatories are governed by Local
16                 Rule 33.1.

17         d)     Discovery documents and certificates of service shall not be filed
18                 with the Clerk until there is a proceeding in which the document
19                 or proof of service is in issue.

20

21 Dated: December 26, 2002             MARY L. M. MORAN
                                          Clerk of Court
22

23                                           By: _____
                                          Deputy Clerk
24

25

26

FILED
DISTRICT COURT OF GUAM
APR 1 1 2003
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| TONY H. ASHTIANI,<br><br>    Plaintiff,<br><br>    vs.<br><br>CONTINENTAL MICRONESIA, INC., *et al.*,<br><br>    Defendants. | Civil Case No. 02-00032<br><br><br><br>ORDER |

Due to the scheduling needs of the Court, the April 30, 2003 Scheduling Conference is hereby moved to Wednesday, May 7, 2003 at 3:30 p.m. The parties shall submit the proposed discovery plan and scheduling order by Wednesday, April 30, 2003.

SO ORDERED this 11th day of April, 2003.

JOHN S. UNPINGCO
District Judge