Tony Ashtiani , pro Se
P.O.Box 12723
Tamuning Guam 96931
(671) 688-4844
(671) 653-5575

Attorney for Defendants
Mr. David Ledger
Ms. Elyze McDonald

# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

Tony H. Ashtiani,  ) Case No.: No. 02-00032
)
    Plaintiff, )
)
vs. ) Pleading to defendants' counsel
) of proper service to
Continenetal Micronesia ) Unrepresented party.
)
Inc,dba, Continental Micronesia )
)
, Continental Airlines , )
)
    Defendant )
)

In pursuant to Fed R. Civ. P. 5(b)(1) Plaintiff requests to be served directly See **Love v. Hayden**, 757 F. Supp.1209, 1211(D.Kan.1991) (service on attorney general ineffective as to individual state officials, sued in their individual capacity, when plaintiff failed to show pursuant that office of attorney general appeared for and represented these individuals in their individual capacity); see **SEC v. Everest Management Corp**., 87 F.R.D. 100,102 n.1 (S.D.N.Y. 1980)(when attorney no longer in

- 1 -

representative capacity, direct service on party is proper under Fed R. Civ P. 5(b)(1)).

*Unrepresented parties are served directly.* On the other hand, a party who has no attorney of record in a proceeding, or no longer is represented by counsel, must be served directly.

Plaintiff requests to be served at Guam Law Library 141 san Ramon Road Agana Guam 96910.

Dated this 16th day of April, 2003

_____
Tony Ashtiani