Tony H. Ashtiani, <u>Pro se</u>
P.O.Box 12723
Tamuning Guam, 96931
671-688-4844
671-653-5575


Attorneys for Defendant
CARLSMITH BALL LLP
Mr. David Ledger
Ms. Elyze McDonald

FILED
DISTRICT COURT OF GUAM

APR 1 6 2003

MARY ... M. MORAN
CLERK OF COURT
26

# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | | |
|---|---|---|
| Tony H. Ashtiani, | ) | Civil Case No.: **02-00032** |
| Plaintiff, | ) | |
| Vs. | ) | |
| CONTINENTAL MICRONESIA, INC. | ) | Certificate of Service |
| Dba CONTINENTAL MICRONESIA | ) | Fed R. Civ. P. 5(d) |
| and CONTININTAL AIRLINES, INC. | ) | |
| Defendant | ) | |

I certify that a true and correct copy of the attached pleading to defendants counsel of proper service to unrepresented party was hand delivered to the office of CARLSMITH BALL LLP the attorneys for Continental Mr. David Ledger and Ms. Elyze McDonald in this matter at 134 West Soledad Avenue, Bank of Hawaii Bldg, Suite 401 Hagatna Guam 96932.

- 1

1    On April 16, 2003. The papers were left with the
2 receptionist or the person who appeared to be in charge as the
3 clerk or associate of Mr. David Ledger or Ms. Elyze McDonald
4

5

6                         Dated this 16th day of APRIL 2003
7

8                         _____
9                                 Tony H. Ashtiani
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25