CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel. No. (671) 472-6813

Attorneys for Defendant
Continental Micronesia, Inc.
dba Continental Micronesia
and Continental Airlines, Inc.



FILED
DISTRICT COURT OF GUAM
APR 30 2003
MARY L. M. MORAN
CLERK OF COURT

29

IN THE DISTRICT COURT FOR GUAM

| | |
|---|---|
| TONY H. ASHTIANI, ) | CIVIL CASE NO. CIV02-00032 |
| ) | |
| Plaintiff, ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| ) | |
| CONTINENTAL MICRONESIA, INC. ) | |
| dba CONTINENTAL MICRONESIA, ) | |
| and CONTINENTAL AIRLINES, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

I, Elyze McDonald, hereby declare under penalty of perjury of the laws of the United States, that on the 29th day of April 2003, I caused to be personally served, a true and correct copy of **DEFENDANTS' ANSWER TO PLAINTIFF'S AMENDED COMPLAINT; DECLARATION OF MAILING** upon Plaintiff.

3152482.1.000901-00030

Said document was previously sent to Plaintiff via certified mail, but was returned and received. On April 29, 2003, I personally served via hand-delivery same mailed document, in its returned and unopened condition. Attached is Plaintiff's signature acknowledging receipt.

Dated this 30th day of April 2003.

_____
ELYZE McDONALD
Attorneys for Defendant
Continental Micronesia, Inc.
dba Continental Micronesia
and Continental Airlines, Inc.

TH BALL LLP
OFFICE BOX BF
, GUAM 96932


**CERTIFIED MAIL**

7002 1000 0004 7153 5135




UNCLAIMED

BY CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Mr. Tony H. Astiani
Post Office Box 12723
Tamuning, Guam 96931

NAME:
1st Notice MAR 31 2003
2nd Notice 4-8
Return 1 95APR

Recieved "Answer"
by Defendants counsel.

Tony. Ashtiani
APR/29/03

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X      ☐ Agent   ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Mr. Tony H. Ashtiani<br>Post Office Box 12723<br>Tamuning, Guam 96931 | D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below: ☐ No |
| June<br>Continental-Ashtiani<br>000DPL-00001 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7002 1000 0004 7153 5135 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1035

*T. ASHTIANI*
*APR/29/03*