CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel. No. (671) 472-6813

Attorneys for Defendant
Continental Micronesia, Inc.
dba Continental Micronesia
and Continental Airlines, Inc.



FILED
DISTRICT COURT OF GUAM
MAY - 1 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT FOR GUAM

| | |
|---|---|
| TONY H. ASHTIANI,<br><br>     Plaintiff,<br>vs.<br><br>CONTINENTAL MICRONESIA, INC.<br>dba CONTINENTAL MICRONESIA,<br>and CONTINENTAL AIRLINES, INC.<br><br>     Defendant. | CIVIL CASE NO. CIV02-00032<br><br>**DECLARATION OF SERVICE** |

  I, June M. Cruz, hereby declare under penalty of perjury of the laws of the United States, that on the 30th day of April 2003, I personally served, via hand delivery, a true and correct copy of the Disagreement of Scheduling Order and Discovery Plan (Filed 04/30/2003) and, Defendants' Proposed Scheduling Order and Discovery Plan (Stamped Received by District Court 04/30/2003), upon Plaintiff Tony H. Ashtiani.

  Dated this 30th day of April 2003.

_____
JUNE M. CRUZ

3152549.1.013280-00079