```
 1  Tony Ashtiani , pro Se
    P.O.Box 12723
 2  Tamuning Guam 96931
    (671) 688-4844
 3  (671) 653-5575

 4  Attorney for Defendants
    Mr. David Ledger
 5  Ms. Elyze McDonald
```



## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

```
 9  Tony H. Ashtiani,              ) Case No.: Civil No. 02-00032
                                   )
10          Plaintiff,             )
                                   )
11     vs.                         ) Pleading to defendants' counsel
                                   ) of future communications in
12  Continenetal Micronesia        ) reasonable time and good faith.
                                   )
13  Inc,dba, Continental Micronesia)
                                   )
14  , Continental Airlines ,       )
                                   )
15          Defendant              )
                                   )
```

In pursuant to rule 16 and 26(f) of federal rules and local rules 16.1 for the district Court of Guam, plaintiff had notified defendents' counsel of LR 16.1 (initial communication) On April 16, 2003, **Exhibit A.** Plaintiff was not contacted thus took the lead in Scheduling notice and discovery plan and filed it with the Court on April 22, 2003. **EXHIBIT B.** Plaintiff again had contacted Carl smith Ball Law firm, and again had left a message on April 28, 2003 as the dead line was approaching. It

ORIGINAL

was not until April 29, 2003 when plaintiff was contacted and was asked to meet at 14:30 which was later moved to 16:00 by the defense counsel, plaintiff notes this date and time was <u>one day before the dead line and 1 hour prior to the end of the business day.</u> While plaintiff in good faith had asked and reminded that "the defendant shall contact the plaintiff and arrange to comply with this rule in the appropriate time frame.") REF;(LR 16.1)

Plaintiff feels that an intentional delay by defense counsels was at play and plaintiff was cornered into a dispute and limited procedural mechanism left to right the wrongs.

Plaintiff had approached the scheduling notice and discovery plan with a clean hand and good faith with his filing on April 16, 2003. And April 22, 2003, and wants to be in good start with opposing counsels and certainly wishes to be the friend of the Court by timely filings and complying with all the rules to best of his comprehension ability of the legal terms and languages.

Plaintiff wants to tighten up the loose ends and only deal with one defense counsel of the record as the lead counsel can have as many co counsels as they wish to have present during hearings and trial, but plaintiff wants to only communicate with one counsel of the record to prevent any he said she said "here say" theories in the later proceedings

Plaintiff reminds the opposing counsels of Fed R Civ P. RULE 11 in regards to the Defendants answer to the amended complaint as plaintiff provided factual document signed by the defendants' senior attorney covering-up discrimination, accordingly despite the smoking gun there is a thick cloud of smoke dissipating from the gun. Plaintiff has no obligation in signing any piece of document that is not within the scope of nature of the case and in particularly which states "defendant has answered and denied the allegations". By signing the (DEFENDNETS' PROPOSED SCHEDIULING ORDER AND DISCOVERY PLAN) it would bind the plaintiff in agreeing and accepting the contents of such terms in the document. <u>Plaintiff had reviewed two similar such filings by two separate law firms on Guam in two different cases and none of them did contain such language and terms in them at all.</u>

Plaintiff pleads to the defense counsel to act expeditiously in future meetings, which would allow both parties to work out their differences and resolve their dispute in timely fashion, rather than presenting DISAGREEMENT OF SCHEDULING ORDER AND DISCOVERY PLAN filing to the court.

Dated this 5th day of May 2003

*/s/ signature*

Tony H. Ashtiani

Tony Ashtiani ,Pro Se
P.O.Box 12723
Tamuning Guam 96931
(671) 688-4844
(671) 653-5575

Attorneys for defendant
Carlsmith Ball LLP
Mr David Ledger
Ms Elyze McDonald

FILED
DISTRICT COURT OF GUAM
APR 1 6 2003
MARY L. M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| Tony H. Ashtiani, | Case No.: No. 02-00032 |
| Plaintiff, | |
| vs. | Initial Communication |
| Continenetal Micronesia Inc,dba, Continental micronesia , Continental Airlines , | LOCAL RULE 16.1 |
| Defendant | |

In pursuant to Local rule (LR 16.1) Plaintiff had served the defendants Scheduling notice On Jan 09, 2003 with summons and the complaint. The defendants' counsels has not yet made the initial communication as per LR 16.1 (C)(2) **("In the event that the plaintiff is proceeding Pro Se, the defendant shall contact the plaintiff and arrange to comply with this Rule in the appropriate time frame.")**

CARLSMITH BALL
Date: 4-16-03
Time: 12:02 pm  By: JRT

- 1

Plaintiff once again serves the defendants with **scheduling notice** attached, and also recent **ORDER** by the Court which defendants is also in possession of, as a precautionary measure plaintiff also have attached such ORDER and presented to the counsels of the record.

                                        dated this 16th day of April, 2003

                                                      Tony H. Ashtiani

FILED
DISTRICT COURT OF GUAM
DEC 2 6 2002
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| TONY H. ASHTIANI,<br><br>    Plaintiff,<br><br>vs.<br><br>CONTINENTAL MICRONESIA, INC., dba CONTINENTAL MICRONESIA, and CONTINENTAL AIRLINES, INC.,<br><br>    Defendants. | Civil Case No. 02-00032<br><br>**SCHEDULING NOTICE** |

**TONY ASHTIANI, Pro Se**
**P.O. Box 12723**
**Tamuning, GU 96931**

    The Local Rules establish procedures for complying with Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure. Counsel should study the Local Rules before attempting to process cases in this Court.

    Pursuant to Local Rules 16.1 and 16.2, it is hereby ORDERED that:

    1.    Counsel of record and all pro se litigants that have appeared in the case must meet and confer, within fifteen (15) days after receipt of this Notice, but no later than sixty (60) days after the filing of the complaint, prior to commencing discovery.

    2.    A proposed Scheduling Order and a proposed Discovery Plan shall be filed on or before the 28th day of January, 2003. Careful and immediate attention should be given to the directions in Local Rules 16.1 and 16.2 to ensure complete and timely compliance

with Federal Rules 16(b) and 26(f), and Local Rules.

3. Plaintiffs' counsel, or if the plaintiff is pro se, then the pro se plaintiff, must take the lead in the preparation of the Scheduling Order. If a defendant is not contacted by a pro se plaintiff within the required time frame, the defendant's counsel shall contact the pro se plaintiff and arrange a meeting to comply with this Rule in the appropriate time frame. The failure of a party or its counsel to participate in good faith in the framing of a Scheduling Order may result in the imposition of sanctions.

4. Counsel of record and all pro se litigants that have appeared in the case are jointly responsible for submitting a Proposed Discovery Plan to the Court.

5. A Scheduling Conference shall be held on the **12th of February, 2003 at 3:00 p.m.**

6. Counsel are reminded that:

    a) The filing of motions does not postpone discovery.

    b) Local Rule 37.1 governs discovery disputes and motions.

    c) The number and form of interrogatories are governed by Local Rule 33.1.

    d) Discovery documents and certificates of service shall not be filed with the Clerk until there is a proceeding in which the document or proof of service is in issue.

Dated: December 26, 2002

MARY L. M. MORAN
Clerk of Court

By: _____
Deputy Clerk

FILED
DISTRICT COURT OF GUAM
APR 1 1 2003
MARY L. M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| TONY H. ASHTIANI,<br><br>    Plaintiff,<br><br>    vs.<br><br>CONTINENTAL MICRONESIA, INC., *et al.*,<br><br>    Defendants. | Civil Case No. 02-00032<br><br><br><br><br><br>ORDER |

Due to the scheduling needs of the Court, the April 30, 2003 Scheduling Conference is hereby moved to Wednesday, May 7, 2003 at 3:30 p.m. The parties shall submit the proposed discovery plan and scheduling order by Wednesday, April 30, 2003.

SO ORDERED this 11th day of April, 2003.

/s/ JOHN S. UNPINGCO
JOHN S. UNPINGCO
District Judge

```
1  Tony Ashtiani , Pro Se
   P.O.Box 12723
2  Tamuning Guam 96931
   (671)653-5575
3  (671)688-4844

4  Attorneys for Defendants
   Carlsmith Ball LLP
5  Mr. David Ledger
   Ms. Elyze McDonald
6
```

# DISTRICT COURT OF GUAM

# TERRITORY OF GUAM

| Tony H. Ashtiani, | ) |
| | ) CIVIL CASE |
| Plaintiff, | ) |
| | ) NO.: 02-00032 |
| Vs. | ) |
| | ) |
| Continenetal Micronesia Inc, | ) |
| | ) **Scheduling Order and** |
| dba, Continental Micronesia, | ) **Discovery Plan.** |
| | ) |
| Continental Airlines. | ) |
| | ) |
| Defendant | ) |
| | ) |

Pursuant to rules 16 and 26(f) of the civil procedure, and local rule 16.1 for the District of Guam, the plaintiff hereby submit the following Scheduling Order and Discovery Plan:

   1. The nature of the case is as follows:

Plaintiff alleges wrongful termination, breach of contract, based on race, national origin, intentional discrimination,

intentional retaliation, violation of federal statute of F.M.L.A. and sales of fraudulent insurance policies. Plaintiff is one of the key witnesses of this malice act, which will be revealed in the discovery and depositions.

    2. The posture of the case is as follows:

        A) The following motions are on file:

        (1) Motion to seize investigation, intimidation, harassment, and blackmail, by the defendant.

        (2) Amended Motion to seize cover-up in postal violation of EEOC director in coordinated effort of defendant's counselors in Hawaii and Guam.

        B) The following Motions have been resolved:

        None.

        C) The following Discovery has been initiated. Plaintiff received documents from E.E.O.C, which included responses by the defendants to the investigator.

    3. All motions to add parties and claims shall be filed on Or before Jun 12, 2003.

    4. All Motions to amend pleadings shall be filled on or before Jul 09, 2003.

    5. Status of **Discovery (Plan)** The parties do not at this time anticipate extensive discovery, and do not anticipate any expert witnesses.

A) The times for disclosures Rule under 26(a) and 26(e) of the Federal Rules of Civil Procedures are modified as follows: No modifications.

B) The following is a description in schedule of all pretrial discovery each party intends to initiate prior to the close of discovery Plaintiff: Request for the production of the Documents. (if needed) Request for admission, deposition of potential witnesses.

6. The Parties shall appear before the District Court On May 07, 2003. 3:30 P.M.(Per Court Order)for the scheduling conference.

7. The discovery cut off date (defined as last day to file response to discovery) is Oct 1, 2003.

8. The anticipated Discovery motions are: unknown.
   a. All discovery motions shall be filed on or before Oct 8, 2003 and heard on or before Oct 17, 2003.
   b. The anticipated dispositive motions are: possible summery Judgment motions.
   c. All dispositive motions shall be filled on or before Nov 21, 2003 and heard on or before Dec 10, 2003.

9. The prospects for settlement are: unknown at this time.

10. The Preliminary pretrial conference shall be held on Dec 19, 2003.

11. The parties' pretrial materials, discovery material, witnesses Lists, designations and exhibit lists shall be filed on or before Jan 16, 2004. (Or date assigned by the court).

12. The proposed pretrial order shall be filed on or before Jan 16, 2004.

13. The final pretrial Conference shall be held on Nov 21, 2003.

14. The trial shall be held on Jan 02, 2004.

15. The trial is a jury trail.

16. Is anticipated will take 4 days to try this case.

17. The names of Counsel are: Tony H. Ashtiani <u>Pro Se</u> Plaintiff, Mr. David Ledger and Ms. Elyze McDonald for Continental Micronesia Inc.,

18. The parties do wish to submit this to settlement conference.

19. The parties present the following suggestions for shortening trial: None.

20. The following issues will also affect the status or management of this case:
production of documents in pursuant to Fed R Civ P. rule 34.

Dated this ____ day of _____, 2003.

_____

HONARABALE   JOHN S. UNPINGCO

CHIEF DISTRICT JUDGE

Approved as to form and content.

_____          _____

Tony H. Ashtiani                 David Ledger

Plaintiff pro se                 Attorney for CMI/CO

                                 _____

                                 Elyze McDonald

                                 Attorney for CMI/CO



RECEIVED
APR 22 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM