```
1  Tony H. Ashtiani, Pro se
   P.O.Box 12723
2  Tamuning Guam, 96931
   671-688-4844
3  671-653-5575

4
   Attorneys for Defendant
5  CARLSMITH BALL LLP
   Mr. David Ledger
6  Ms. Elyze McDonald
```

# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| Tony H. Ashtiani, | Civil Case No.: 02-00032 |
| Plaintiff, | |
| Vs. | |
| CONTINENTAL MICRONESIA, INC. | Certificate of Service |
| Dba CONTINENTAL MICRONESIA | Fed R. Civ. P. 5(d) |
| and CONTININTAL AIRLINES, INC. | |
| Defendant | |

I certify that a true and correct copy of the attached pleading to defendants' counsel of future communication in reasonable time and good faith. Was hand delivered to the office of CARLSMITH BALL LLP the attorneys for Continental Mr. David Ledger and Ms. Elyze McDonald in this matter at 134 West Soledad Avenue, Bank of Hawaii Bldg, Suite 401 Hagatna Guam 96932.

- 1 -

ORIGINAL

On MAY 05 ,2003. The papers were left with the receptionist or the person who appeared to be in charge as the clerk or associate of Mr. David Ledger or Ms. Elyze McDonald.

Dated this 5th day of MAY 2003

_____
Tony H. Ashtiani