# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
HONORABLE JOHN S. UNPINGCO, CHIEF JUDGE, PRESIDING
### CIVIL MINUTES - GENERAL

FILED
DISTRICT COURT OF GUAM
MAY 12 2003
MARY L. M. MORAN
CLERK OF COURT

**CASE NO. CV-02-00032**     **DATE: 05/07/2003**     **TIME: 4:30 p.m.**

**CAPTION:   TONY H. ASHTIANI - vs - CONTINENTAL MICRONESIA, INC., et al**

*********************************************************************************

Courtroom Deputy: Leilani Toves Hernandez                    Law Clerk: K. WALMSLEY
Official Court Reporter: Wanda Miles
Hearing Electronically Recorded   (Run Time: 4:30:16 - 4:45:48)       Court Security: B. Pereda

********************************* A P P E A R A N C E S *********************************

**COUNSEL FOR PLAINTIFF(s):**                        **COUNSEL FOR DEFENDANT(s):**

Tony H. Ashtiani (Pro Se)                             Elyze McDonald

*********************************************************************************

**PROCEEDINGS:          SCHEDULING CONFERENCE**

(  ) MOTION (S) ARGUED BY     (  ) PLAINTIFF     (  ) DEFENDANT

(  ) MOTION(s)  __ Granted   ____Denied   ____Settled   ____Withdrawn  ____ Under Advisement

(  ) ORDER SUBMITTED   ____Approved   ____Disapproved

(  ) ORDER to be Prepared By:

(  ) PROCEEDINGS CONTINUED TO: _____ at _____

NOTES: The Court stated that there were three outstanding motions filed by the Plaintiff. No oppositions have been filed by the Defendant. The Court Orders Defendant to file oppositions to the Motions by May 30, 2003 and Plaintiff to file his replies by June 9, 2003.

Plaintiff requested to be allowed to file an Amended Complaint to include the additional basis for relief. Objection by the Defendant. The Court GRANTED the Plaintiff's request and ordered Plaintiff to file the Amended Complaint by May 21, 2003.

The Court also noted that each party filed proposed scheduling orders. The Court informed parties that it would adopt the Defendant's Scheduling Order and states its reasons.

L:\Docs\COURTROOM MINUTES\CV-02-00032.wpd                                           END TIME: 4:45 p.m.