1  Tony H. Ashtiani, Pro se
   P.O.Box 12723
2  Tamuning Guam, 96931
   671-688-4844
3  671-653-5575

4
   Attorneys for Defendant
5  CARLSMITH BALL LLP
   Mr. David Ledger
6  Ms. Elyze McDonald

FILED
DISTRICT COURT OF GUAM
MAY 20 2003
MARY L. M. MORAN
CLERK OF COURT

40

7            DISTRICT COURT OF GUAM

8               TERRITORY OF GUAM

9

10 Tony H. Ashtiani,              ) Civil Case No.: 02-00032
                                  )
       Pro se Plaintiff,          )
11                                )
       Vs.                        )
12                                )
   CONTINENTAL MICRONESIA, INC.   ) Certificate of Service
13                                )
   Dba CONTINENTAL MICRONESIA     ) Fed R. Civ. P. 5(d)
14                                )
   and CONTININTAL AIRLINES, INC. )
15                                )
       Defendant                  )
16                                )

17 ─────────────────────────────

18

19

20
        I certify that a true and correct copy of the attached
21
   PLAINTIFF'S OPPOSITION RESPONSE TO (response to plaintiff's
22
   counsel of proper service to unrepresented party). Was hand
23
   delivered to the office of Carlsmith Ball LLP the attorneys for
24
   Continental Mr. David Ledger and Ms. Elyze McDonald in this
25

                           ORIGINAL

                              - 1 -

matter at 134 West Soledad Avenue, Bank of Hawaii Bldg, Suite 401 Hagatna Guam 96932.

On May 12, 2003. The papers were left with the receptionist or the person who appeared to be in charge as the clerk or associate of Mr. David Ledger or Ms. Elyze McDonald.

Dated this 20th day of MAY 2003

*[signature]*

Tony H. Ashtiani

Pro se plaintiff