Tony H. Ashtiani,
P.O.Box 12723
Tamuning Guam, 96931
671-688-4844
671-653-5575

Attorneys for Defendant
CARLSMITH BALL LLP
Mr. David Ledger
Ms. Elyze McDonald

FILED DISTRICT COURT OF GUAM JUN 16 2003 MARY L. M. MORAN CLERK OF COURT

# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| Tony H. Ashtiani, | Civil Case No.: 02-00032 |
| Plaintiff, | |
| Vs. | |
| CONTINENTAL MICRONESIA, INC. | Certificate of Service |
| Dba CONTINENTAL MICRONESIA | Fed R. Civ. P. 5(d) |
| and CONTININTAL AIRLINES, INC. | |
| Defendant | |

I certify that a true and correct copy of the attached **PLAINTIFF'S FIRST REQUEST OF PRODUCTION OF DOCUMENT TO DEFENDANT CONTINENTAL MICRONESIA INC,.** Was hand delivered to the office of Carlsmith Ball LLP the attorneys for Continental Mr. David Ledger and Ms. Elyze McDonald in this matter at 134 West Soledad Avenue, Bank of Hawaii Bldg, Suite 401 Hagatna Guam 96932.

- 1
ORIGINAL

| | |
|---|---|
| 1 | On JUN 16, 2003. The papers were left with the receptionist |
| 2 | or the person who appeared to be in charge as the clerk or |
| 3 | associate of Mr. David Ledger or Ms. Elyze McDonald. |

Dated this 16TH of JUNE 2003.

*[signature]*