| | | | |
|---|---|---|---|
| AO435 (Rev. 1/90) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | FOR COURT USE ONLY DUE DATE: | |

**TRANSCRIPT ORDER**

Read Instructions on Back.

| 1. NAME Tony H. Ashtiani | 2. PHONE NUMBER 688-4844 | 3. DATE JUN/19/03 |
|---|---|---|
| 4. MAILING ADDRESS P.O. BOX 12723 | 5. CITY Tamuning | 6. STATE GUAM 7. ZIP CODE 96931 |
| 8. CASE NUMBER CV-02-00032 | 9. JUDICIAL OFFICIAL | DATES OF PROCEEDINGS 10. FROM MAY/07/03  11. TO |
| 12. CASE NAME Continental Micronesia, Inc. | | LOCATION OF PROCEEDINGS 13. CITY  14. STATE |

**15. ORDER FOR**
- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☐ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER (Specify)

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) Scheduling Order | MAY/07/03 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

| 18. SIGNATURE [signed] | ESTIMATE TOTAL | |
|---|---|---|
| 19. DATE MAY/07/03. 6/19/03 | PROCESSED BY | FILED DISTRICT COURT OF GUAM JUN 19 2003 MARY L. M. MORAN CLERK OF COURT |
| | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY  wm | COURT ADDRESS | 46 |
| ORDER RECEIVED | 6/19/03 wm | |
| DEPOSIT PAID | DEPOSIT PAID | $50.00 wm |
| TRANSCRIPT ORDERED | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | TOTAL DUE | |

(Previous editions of this form may still be used)  ORIGINAL - COURT COPY   YELLOW - TRANSCRIPTION COPY   GREEN - ORDER RECEIPT   PINK - ORDER COPY
☆ U.S. GPO: 1994-560-605

Case 1:02-cv-00032   Document 48   Filed 06/19/2003   Page 1 of 1