Tony H. Ashtiani
P.O. Box 12723
Tamuning Guam 96931
671-688-4844
671-653-5575

FILED
DISTRICT COURT OF GUAM
SEP 30 2003
MARY L. M. MORAN
CLERK OF COURT

51

# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

Tony H. Ashtiani, )
   Plaintiff, ) Civil Case No.: 02-00032
Vs. )
Continental Micronesia Inc, )
Dba, Continental Micronesia, ) Certificate of service
Continental Airlines, ) Fed R. Civ. P. 5 (d)
   Defendant )

I certify that a true copy of the attached **Motion for Protective Order** was hand delivered to the office of CARLSMITH BALL LLP at 134 West Soledad Avenue, Bank of Hawaii bldg, Suite 401 Hagatna Guam 96932. On September 30TH, 2003. The papers were left with the receptionist or person who appeared to be in charge as the clerk or associate of Mr. David Ledger Esq Or Ms. Elyze McDonald Esq.

Dated this 30TH day of September 2003.

Tony H. Ashtiani

CV 02-00032 PAGE 1 OF 1
ORIGINAL