CARLSMITH BALL LIP

ELYZE McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Continental Micronesia, Inc.
dba Continental Micronesia and
Continental Airlines, Inc.



FILED
DISTRICT COURT OF GUAM
OCT 02 2003
MARY L. M. MORAN
CLERK OF COURT
52

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TONY H. ASHTIANI,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CONTINENTAL MICRONESIA, INC.<br>dba CONTINENTAL MICRONESIA<br>and CONTINENTAL AIRLINES, INC.,<br><br>　　　　　　Defendant. | CIVIL CASE NO. CV02-00032<br><br>**MOTION TO SHORTEN TIME TO HEAR MOTION FOR PROTECTIVE ORDER; REQUEST TO APPEAR TELEPHONICALLY** |

　　　　Defendant respectfully moves to shorten time to hear Plaintiff's Motion for Protective Order. This Motion is based on the fact that the dates of the depositions are imminently next Wednesday and Thursday, October 8 and 9, 2003, and Defense counsel will be traveling from Hawaii to Guam on Saturday, October 4, 2003, to conduct the deposition. See Ex. A (Declaration of Elyze McDonald).

　　　　Defendant respectfully requests that the Motion be heard on Friday, October 3, 2003, because, should the Motion be granted, it would be unnecessary for Defense counsel and

her client, based in Houston, Texas, to travel the great distance and waste time and money traveling. However, if the Court cannot accommodate such request, Defendant requests that the Motion be heard as soon as possible thereafter.

If the Court permits the hearing on October 3, 2003, as defense counsel currently lives off-island, Defendant also requests that defense counsel appear telephonically, and is available at all times to appear before the Court.

Lastly, the Court should be aware that although Plaintiff filed his Motion on September 30, 2003, he did not serve it on Defendant until October 1, 2003, at 11:35 a.m. See Ex. B. On such an imminent discovery schedule, and knowing defense counsel's travel plans, Plaintiff has forced Defendant to seek a shortened hearing time.

Respectfully submitted this 2nd day of October, 2003.

CARLSMITH BALL LLP

_____
ELYZE McDONALD
Attorneys for Defendants
Continental Micronesia, Inc.
dba Continental Micronesia
and Continental Airlines, Inc.

## DECLARATION OF ELYZE MCDONALD

I, Elyze McDonald, declare:

1. I am an attorney at law licensed to practice before the District Court of Guam. I am an attorney with the law firm of Carlsmith Ball LLP, attorneys of record for Defendant Continental Micronesia, Inc.

2. If called as a witness, I would and could competently testify thereto to all facts within my personal knowledge except where stated upon information and belief.

3. I currently reside in Honolulu, Hawaii.

4. I will be deposing Plaintiff on October 8 and 9, 2003, and have prearranged travel plans to leave Hawaii on October 4, 2003, and arrive on Guam on October 5, 2003.

5. Defendant's in-house Senior Legal Counsel Louis Obdyke, based in Houston, Texas, will also be traveling to Guam to attend the deposition.

6. I am available to appear telephonically before the Court at all times on October 3, 2003, should the Court be available to hear this Motion on that day. I am also available in person on October 6, 2003.

7. Attached hereto as Exhibit B is a true and correct copy of the first page of Plaintiff's Motion for Protective Order, filed on September 30, 2003, and served on Defendant on October 1, 2003, at 11:35 a.m.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this 1st day of October, 2003, at Honolulu, Hawaii.

_[signature]_
ELYZE McDONALD

4837-1520-0000.1.013280-00079

**EXHIBIT A**

```
 1  Tony H. Ashtiani
    P.O.Box 12723
 2  Tamuning Guam 96931
    671-688-4844
 3  671-653-5575
 4
```

FILED
DISTRICT COURT OF GUAM
SEP 30 2003
MARY L. M. MORAN
CLERK OF COURT

# IN DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| Tony H. Ashtiani, ) | |
| ) | |
| Plaintiff, ) | Civil Case No.: 02-00032 |
| ) | |
| Vs. ) | |
| ) | |
| Continental Micronesia Inc, ) | |
| ) | MOTION FOR PROTECTIVE ORDER |
| Dba, Continental Micronesia, ) | |
| ) | Rule 30 (c), (d). |
| Continental Airlines, ) | |
| ) | |
| ) | |
| ) | |
| Defendant ) | |

TO: DEFENDANT CONTINETAL MICRONESIA INC., AND ITS ATTORNEYS OF RECORD:

This matter before the Court in reference to notice of deposition, and Subpoena. Plaintiff makes objection to all deposition and subpoena of Dr. Chenet, Dr. Rapadas, and Plaintiff. **Joint Exhibit A.**

**EXHIBIT B**

CARLSMITH BALL
10/1/03