DISTRICT COURT OF GUAM

TERRITORY OF GUAM

TONY H. ASHTIANI,

    Plaintiff,

vs.

CONTINENTAL MICRONESIA INC.,
dba CONTINENTAL MICRONESIA,
and CONTINENTAL AIRLINES, INC.,

    Defendant.

Civil Case No. 02-00032

ORDER

On September 30, 2003, Plaintiff Tony H. Ashtiani, proceeding pro se, filed a Motion for Protective Order seeking to prevent Defendant Continental Micronesia, Inc. from taking depositions of Plaintiff and two other individuals. On October 2, 2003, Defendant filed an Opposition to Plaintiff's Motion for Protective Order and a Motion to Shorten Time for Protective Order.

Plaintiff did not move the Court to schedule a hearing on his motion. See Local Rules

7.1(e)(1). However, upon consideration of Plaintiff's proceeding pro se[1] and upon review of Plaintiff's motion, the Court finds that a hearing on the matter would be appropriate.

As to Defendant's Motion to Shorten Time, the Court finds that Defendant has failed to produce sufficient reasons warranting expedition of the motion process. See Local Rules 7.1(k).

Accordingly, the Court will hear oral arguments on Plaintiff's Motion for Protective Order on October 22, 2003, at 10:00 A.M. Plaintiff shall file his reply to Defendant's Opposition no later than October 15, 2003.

The Court recognizes that Defendant's counsel currently resides off-island. Upon request, the Court will allow defense counsel to appear telephonically at the hearing, if needed.

SO ORDERED this 7th day of October, 2003.

JOHN S. UNPINGCO
District Judge

---

[1] Because Plaintiff is proceeding pro se, the Court allows Plaintiff greater latitude than it would if Plaintiff was proceeding with advice of counsel. See Karim-Panahi v. Los Angeles Police Dep't, 839 F.2d 621, 623 (9th Cir. 1988) ("In civil rights cases where the plaintiff appears pro se, the court must construe the pleadings liberally and must afford plaintiff the benefit of any doubt.").