# ORIGINAL ●

CARLSMITH BALL LIP

ELYZE McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Continental Micronesia, Inc.
dba Continental Micronesia and
Continental Airlines, Inc.

FILED
DISTRICT COURT OF GUAM

OCT 07 2003

MARY L. M. MORAN
CLERK OF COURT

51

## IN THE DISTRICT COURT OF GUAM

|  |  |
|---|---|
| TONY H. ASHTIANI,<br><br>          Plaintiff,<br><br>vs.<br><br>CONTINENTAL MICRONESIA, INC.<br>dba CONTINENTAL MICRONESIA<br>and CONTINENTAL AIRLINES, INC.,<br><br>          Defendant. | CIVIL CASE NO. CV02-00032<br><br>**CERTIFICATE OF SERVICE** |

I, Elyze J. Mc Donald, hereby certify that on the 7th day of October, 2003, I caused to be personally served, true and correct copies of the documents listed below upon Plaintiff, Tony H. Ashtiani:

    1.    Motion to Reconsider Courts Denial of Defendant's Motion to Shorten Time to Hear Plaintiff's Motion for Protective Order; Declaration of Elyze McDonald; Exhibit A;

    2.    Order;

    3.    Application for Expedited Pretrial Conference (FED. R. CIV. P. 16); Declaration of Elyze McDonald; Exhibit A; and

    4.    Order.

4823-5198-6688.1.013280-00079

Executed this _7th_ day of October, 2003.

CARLSMITH BALL LLP


_Elyze McDonald_
ELYZE McDONALD
Attorneys for Defendant
Continental Micronesia, Inc.
dba Continental Micronesia and
Continental Airlines, Inc.

4823-5198-6688.1.013280-00079