```
1  Tony H. Ashtiani
   P.O.Box 12723
2  Tamuning Guam 96931
   671-688-4844
3  671-653-5575
```



# UNITED STATES DISTRICT COURT

### DISTRICT OF GUAM

| | |
|---|---|
| Tony H. Ashtiani, | ) |
|     Plaintiff, | ) Civil Case No.: **02-00032** |
| Vs. | ) |
| Continental Micronesia Inc, | ) |
| Dba, Continental Micronesia, | ) Certificate of service |
| Continental Airlines, | ) Fed R. Civ. P. 5 (d) |
|     Defendant | ) |

I certify that a true copy of the attached **DECLARATION IN SUPPORT OF MOTION TO COMPEL** was hand delivered to the office of CARLSMITH BALL LLP at 134 West Soledad Avenue, Bank of Hawaii bldg, Suite 401 Hagatna Guam 96932. On October 7TH, 2003. The papers were left with the receptionist or person who appeared to be in charge as the clerk or associate of Mr. David Ledger Esq Or Ms. Elyze McDonald Esq.

Dated this 7TH day of October 2003.

                                                Tony H. Ashtiani

ORIGINAL