FILED
DISTRICT COURT OF GUAM
OCT 08 2003
MARY L. M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM

# TERRITORY OF GUAM

| | |
|---|---|
| TONY H. ASHTIANI,<br><br>Plaintiff,<br><br>vs.<br><br>CONTINENTAL MICRONESIA INC.,<br>dba CONTINENTAL MICRONESIA,<br>and CONTINENTAL AIRLINES, INC.,<br><br>Defendant. | Civil Case No. 02-00032<br><br>**ORDER** |

This matter comes before the Court on Defendant's Motion to Reconsider Court's Denial of Defendant's Motion to Shorten Time to Hear Plaintiff's Motion for Protective Order, filed with the Court on October 7, 2003.

The Court denies Defendant's motion to reconsider its decision denying Defendant's motion to shorten time because Defendant does not show any of the grounds which would allow the Court to reconsider. These grounds are: (1) a material difference in fact or law from that presented to the Court before such decision that in the exercise of reasonable diligence could not have been known to Defendant at the time of such decision, (2) the emergence of new material

facts or a change of law occurring after the time of such decision, or (3) a manifest showing of a failure to consider material facts presented to the Court before such decision. See Local Rules 7.1(i). Instead, Defendant rehashes the arguments it made in support of its original motion and opposition to Plaintiff's motion for protective order. Therefore, Defendant's Motion to Reconsider is denied.

SO ORDERED this 8th day of October, 2003.

_____
JOHN S. UNPINGCO
District Judge