

FILED
DISTRICT COURT OF GUAM
OCT 08 2003
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

TONY H. ASHTIANI,

    Plaintiff,

vs.

CONTINENTAL MICRONESIA INC.,
dba CONTINENTAL MICRONESIA,
and CONTINENTAL AIRLINES, INC.,

    Defendant.

Civil Case No. 02-00032

**ORDER**

    This Court scheduled oral arguments on Plaintiff's Motion for Protective Order to be heard on October 22, 2003. In his motion, Plaintiff seeks to prevent Defendant from taking depositions of himself on October 8 and 9, 2003, and of two individuals on October 10, 2003. However, the Scheduling Order[1] adopted by the parties and approved by this Court precludes the taking of depositions past the discovery cut-off date of October 1, 2003. Therefore,

---

[1] Pursuant to Rule 16(e), the Scheduling Order controls the parties' course of action unless the Court orders it to be changed. FED. R. CIV. P. 16(e).

Defendant can not take depositions past October 1, 2003, unless the Scheduling Order is modified.[2] Accordingly, the Court finds Plaintiff's Motion for Protective Order moot and vacates the oral hearing date scheduled for October 22, 2003.

SO ORDERED this 8th day of October, 2003.

JOHN S. UNPINGCO
District Judge

---

[2] Rule 16(b) of the Federal Rules of Civil Procedure states: "A schedule shall not be modified except upon a showing of good cause and by leave of the district judge ...." FED. R. CIV. P. 16(b).