CARLSMITH BALL LLP

ELYZE McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Continental Micronesia, Inc.
dba Continental Micronesia and
Continental Airlines, Inc.



FILED
DISTRICT COURT OF GUAM
OCT 10 2003
MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TONY H. ASHTIANI,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CONTINENTAL MICRONESIA, INC.<br>dba CONTINENTAL MICRONESIA<br>and CONTINENTAL AIRLINES, INC.,<br><br>　　　　　Defendant. | CIVIL CASE NO. CV02-00032<br><br>**DECLARATION OF MAILING** |

I, June M. Cruz, hereby declare and say that:

1.　I am a Legal Secretary at the law firm of Carlsmith Ball LLP, a citizen of the United States and a resident of Guam.

2.　On October 3, 2003, I mailed a copy of Defendants' Opposition to Plaintiff's Motion for Protective Order (Filed 10/02/2003), Motion to Shorten Time to Hear Motion for Protective Order; Request to Appear Telephonically (Filed 10/02/2003) and, Order (stamped received by Court on 10/02/2003), via certified mail with return receipt requested, by depositing same in a sealed envelope with the U.S. Postal Service, addressed to Tony H.

4817-7028-8128.1.013280-00079

Ashtiani, Post Office Box 12723, Tamuning, Guam 96931.

I declare under penalty of perjury (6 G.C.A. §4308) that the foregoing is true and correct.

Executed this 10th day of October 2003 at Hagåtña, Guam.

_____
JUNE M. CRUZ

4817-7028-8128.1.013280-00079