ORIGINAL

CARLSMITH BALL LLP

ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Continental Micronesia, Inc. dba
Continental Micronesia and
Continental Airlines, Inc.



FILED
DISTRICT COURT OF GUAM
OCT 14 2003
MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TONY H. ASHTIANI,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CONTINENTAL MICRONESIA, INC. dba<br>CONTINENTAL MICRONESIA and<br>CONTINENTAL AIRLINES, INC.,<br><br>　　　　Defendant. | CIVIL CASE NO. CV02-00032<br><br>**DEFENDANTS REQUEST TO APPEAR TELEPHONICALLY FOR HEARING ON PLAINTIFF'S MOTION TO COMPEL DISCOVERY; DECLARATION OF SERVICE** |

　　　　Defendant requests that defense Counsel appear telephonically before the Court on October 30, 2003 at 10:00 a.m. for the hearing on Plaintiff's Motion to Compel Discovery, as defense counsel currently lives off-island.

　　　　Respectfully submitted this 10th day of October 2003.

CARLSMITH BALL LLP

_____
ELYZE MCDONALD
Attorneys for Defendant
Continental Micronesia, Inc. dba
Continental Micronesia and
Continental Airlines, Inc.

## DECLARATION OF MAILING

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on the 14th day of October 2003, I will mail, via certified mail with return receipt requested, by depositing same in a sealed envelope with the U.S. Postal Service, a true and correct copy of DEFENDANTS REQUEST TO APPEAR TELEPHONICALLY FOR HEARING ON PLAINTIFF'S MOTION TO COMPEL DISCOVERY; DECLARATION OF MAILING, addressed to Tony H. Ashtiani at Post Office Box 12723, Tamuning, Guam 96931.

Executed this 14th day of October 2003 at Hagåtña, Guam.

_____
DAVID LEDGER