**ORIGINAL**

CARLSMITH BALL LLP

ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Continental Micronesia, Inc. dba
Continental Micronesia and
Continental Airlines, Inc.



IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TONY H. ASHTIANI,<br><br>          Plaintiff,<br><br>vs.<br><br>CONTINENTAL MICRONESIA, INC. dba<br>CONTINENTAL MICRONESIA and<br>CONTINENTAL AIRLINES, INC.,<br><br>          Defendant. | CIVIL CASE NO. CV02-00032<br><br>**AGREEMENT OF HEARING DATE** |

        Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

    1.     I, Elyze McDonald, am the attorney for Defendants in this matter. I contacted pro se Plaintiff Tony H. Ashtiani to agree upon a date for oral argument.

    2.     The pro se Plaintiff is Tony H. Ashtiani.

    3.     We agreed upon the following date: November 7, 2003.

4. I called the Deputy Clerk of Court to ensure that the Court is available on the above date.

Dated this 15th day of October 2003.

CARLSMITH BALL LLP

for ELYZE McDONALD
Attorneys for Defendant
Continental Micronesia, Inc. dba
Continental Micronesia and
Continental Airlines, Inc.