ORIGINAL

CARLSMITH BALL LLP

ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Continental Micronesia, Inc. dba
Continental Micronesia and
Continental Airlines, Inc.

FILED
DISTRICT COURT OF GUAM
OCT 15 2003
MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TONY H. ASHTIANI,<br><br>    Plaintiff,<br><br>vs.<br><br>CONTINENTAL MICRONESIA, INC. dba<br>CONTINENTAL MICRONESIA and<br>CONTINENTAL AIRLINES, INC.,<br><br>    Defendant. | CIVIL CASE NO. CV02-00032<br><br>**DEFENDANTS REQUEST TO APPEAR TELEPHONICALLY FOR HEARING ON MOTION TO EXTEND SCHEDULING ORDER DEADLINES** |

Defendants request that defense Counsel appear telephonically before the Court on November 7, 2003 at 10:00 a.m. for the hearing on their Motion to Extend Scheduling Order Deadlines, as defense counsel currently lives off-island.

Respectfully submitted this 15th day of October 2003.

CARLSMITH BALL LLP

_____
ELYZE MCDONALD
Attorneys for Defendant
Continental Micronesia, Inc. dba
Continental Micronesia and
Continental Airlines, Inc.