Tony H. Ashtiani
P.O.Box 12723
Tamuning Guam 96931
671-688-4844
671-653-5575

FILED
DISTRICT COURT OF GUAM
OCT 15 2003
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| Tony H. Ashtiani, | ) |
| Plaintiff, | ) Civil Case No.: 02-00032 |
| Vs. | ) |
| Continental Micronesia Inc, | ) |
| Dba, Continental Micronesia, | ) "AGREEMENT OF HEARING DATE" |
| Continental Airlines, | ) (MOTION TO COMPEL) |
| | ) LOCAL RULE 7.1(e)(2) |
| | ) LOCAL RULE 37.1 (c) |
| Defendant | ) |

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1. I am Tony H. Ashtiani, pro se Plaintiff, in the above-entitled action. I contacted the attorney for the opposing party in this action to agree upon a date for oral argument of my Motion to compel discovery.

2. The attorneys for opposing parties are Mr. David Ledger Esq,. and Ms. Elyze McDonald Esq,. from CARLSMITH BALL LLP.

3. We have agreed upon the following date October 31, 2003 at 11:00 A.M.

4. I called the Deputy Clerk of Court to ensure that the Court is available on the above date.

Dated : OCTOBER, 15TH ,2003

Respectfully Submitted,

*T. Ashtiani* (signature)

Tony H. Ashtiani, Pro Se