```
Tony H. Ashtiani
P.O.Box 12723
Tamuning Guam 96931
671-688-4844
671-653-5575
```

FILED
DISTRICT COURT OF GUAM
OCT 15 2003
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| Tony H. Ashtiani, | ) |
| Plaintiff, | ) Civil Case No.: 02-00032 |
| Vs. | ) |
| Continental Micronesia Inc, | ) |
| Dba, Continental Micronesia, | ) CERTIFICATE OF SERVICE |
| Continental Airlines, | ) Fed R. Civ. P. 5 (d) |
| Defendant | ) |

I certify that a true copy of the attached **"AGREEMENT OF HEARING DATE"** was hand delivered to the office of CARLSMITH BALL LLP at 134 West Soledad Avenue, Bank of Hawaii bldg, Suite 401 Hagatna Guam 96932. On October 15TH, 2003. The papers were left with the receptionist or person who appeared to be in charge as the clerk or associate of Mr. David Ledger Esq., Or Ms. Elyze McDonald Esq.

Dated: this 15TH. day of October 2003.

Tony H. Ashtiani
Plaintiff

ORIGINAL