FILED
DISTRICT COURT OF GUAM
OCT 17 2003
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| TONY H. ASHTIANI,<br><br>Plaintiff,<br><br>vs.<br><br>CONTINENTAL MICRONESIA INC.,<br>dba CONTINENTAL MICRONESIA,<br>and CONTINENTAL AIRLINES, INC.,<br><br>Defendant. | Civil Case No. 02-00032<br><br>**ORDER** |

The Court is in receipt of Defendant's Request to Appear Telephonically for Hearing on Plaintiff's Motion to Compel Discovery, filed on October 14, 2003, and Defendant's Request to Appear Telephonically for Hearing on Motion to Extend Scheduling Order Deadlines, filed on October 15, 2003. The Court finds good cause for Defendant's requests in the fact that defense counsel currently resides outside of Guam. Therefore, the Court grants defense counsel's request to appear telephonically for the above hearings. However, if, on the dates of the hearings, defense counsel is in Guam, then defense counsel must appear in person.

SO ORDERED this 17th day of October, 2003.

**JOHN S. UNPINGCO**
**District Judge**