FILED
DISTRICT COURT OF GUAM
OCT 20 2003
MARY L. M. MORAN
CLERK OF COURT

Tony H. Ashtiani
P.O.Box 12723
Tamuning Guam 96931
671-688-4844
671-653-5575

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| Tony H. Ashtiani, | ) |
| Plaintiff, | ) Civil Case No.: 02-00032 |
| Vs. | ) |
| Continental Micronesia Inc, | ) |
| Dba, Continental Micronesia, | ) **PLAINTIFF'S OPPOSITION TO DEFENDANTS' APPLICATION FOR <u>EXPEDITED</u> PRE TRAIL CONFERENCE.** |
| Continental Airlines, | ) |
| Defendant | ) **FEDERAL RULE 16(b)** |
| | ) **LOCAL RULE 16.7(C)** |

This matter before the Court as plaintiff basis this opposition in accordance with defendant's scheduling order, as previously ORDER by the Court.

**Fed Rule Civ. P. 16(b)** A schedule shall not be modified except upon a showing of good cause and by leave of the district Judge or, when authorized by local rule, by a magistrate judge.

**F.R.C.P 16 Subdivision (b).** Subdivision (b) is reenforced by subdivision (f), which makes it clear that the sanctions for violating a scheduling order are the same as those for violating a pretrial order.

**Local rule 16.7 (C)**

**Preliminary Pretrial Conference-(21) days prior to Trial.**
"A preliminary pretrial conference shall be held on the date and the time set by a scheduling order under local rule 16.1."

    1) Plaintiff respectfully request from the Court that pretrial conference to be maintained as previously set in case management. of the Court.

    2) Plaintiff as pro se litigant will need adequate time to comprehend Federal Rules of Evidence and other required trial materials in order to adequately be prepared for pre trial conference.

Respectfully Submitted,

This 20TH day of October 2003.

Tony H. Ashtiani

Plaintiff pro se