Tony H. Ashtiani
P.O.Box 12723
Tamuning Guam 96931
671-688-4844
671-653-5575



# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| Tony H. Ashtiani, ) | |
| ) | |
| Plaintiff, ) | Civil Case No.: 02-00032 |
| ) | |
| Vs. ) | |
| ) | |
| Continental Micronesia Inc, ) | |
| ) | **CERTIFICATE OF SERVICE** |
| Dba, Continental Micronesia, ) | |
| ) | Fed R. Civ. P. 5 (d) |
| Continental Airlines, ) | |
| ) | |
| Defendant ) | |
| ) | |

I certify that a true copy of the attached **PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO EXTEND SCHEDULING DEADLINES. COUNTER-MOTION TO QUASH.** was hand delivered to the office of CARLSMITH BALL LLP at 134 West Soledad Avenue, Bank of Hawaii bldg, Suite 401 Hagatna Guam 96932. On October 22nd, 2003. The papers were left with the receptionist or person who appeared to be in charge as the clerk or associate of Mr. David Ledger Esq., Or Ms. Elyze McDonald Esq.

Dated: this 22nd day of October 2003.

Tony H. Ashtiani

plaintiff, pro se

ORIGINAL