# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
HONORABLE JOHN S. UNPINGCO, CHIEF JUDGE, PRESIDING
### CIVIL MINUTES - GENERAL

**FILED**
DISTRICT COURT OF GUAM
OCT 31 2003
MARY L. M. MORAN
CLERK OF COURT

**CASE NO. CV-02-00032**          **DATE: 10/31/2003**          **TIME: 11:01 a.m.**

**CAPTION:** TONY H. ASHTIANI - vs - CONTINENTAL MICRONESIA, INC., et al
*********************************************************************************

Courtroom Deputy: Leilani Toves Hernandez          Law Clerk: D. LUJAN
Official Court Reporter: Wanda Miles
Hearing Electronically Recorded   (Run Time: 11:01:26 - 11:13:58)          Court Security: J. Lizama

*********************** APPEARANCES ***********************

**COUNSEL FOR PLAINTIFF(s):**                      **COUNSEL FOR DEFENDANT(s):**

Tony H. Ashtiani (Pro Se)                          Elyze McDonald (telephonic)

*********************************************************************************

**PROCEEDINGS:**          MOTION TO COMPEL DISCOVERY


( X ) MOTION (S) ARGUED BY    ( X ) PLAINTIFF    ( X ) DEFENDANT

( X ) MOTION(s) ___ Granted ___ Denied ___ Settled ___ Withdrawn  _X_ Under Advisement

(  ) ORDER SUBMITTED ___ Approved ___ Disapproved

( X ) ORDER to be Prepared By: Court

(  ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

The Court to take matter Under Advisement and will issue its decision in one week.


END TIME: 11:13 a.m.

L:\Docs\COURTROOM MINUTES\CIVIL MINUTES\CV-02-00032.wpd