```
1  Tony H. Ashtiani
   P.O.Box 12723
2  Tamuning Guam 96931
   671-688-4844
3  671-653-5575
```



FILED
DISTRICT COURT OF GUAM
NOV 21 2003
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

Tony H. Ashtiani,           )
                            )
         Plaintiff,         ) Civil Case No.: 02-00032
                            )
    Vs.                     )
                            )
Continental Micronesia Inc, )
                            ) CERTIFICATE OF SERVICE
Dba, Continental Micronesia,)
                            ) Fed R. Civ. P. 5 (d)
Continental Airlines,       )
                            )
         Defendant          )
                            )
_____)

I, certify that a true copy of the attached in reference to

1. **DECLARATIONS OF Mr. JOE PANGELINAN. (TWO EACH).**

2. **NOTICE AND MOTION FOR PARTIAL SUMMARY JUDGMENT**

3. **POINTS AND AUTORITIES IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT.**

4. **DECLARATION OF TONY H. ASHTIANI IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT.**

5. **PLAINTIFF'S AFFIDAVIT IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT.**

was hand delivered to the office of CARLSMITH BALL LLP at 134 West Soledad Avenue, Bank of Hawaii bldg, Suite 401 Hagatna, Guam 96932. On November 21st, 2003. The papers were left with

ORIGINAL   CV. 02-00032 1 of 2

the receptionist or person who appeared to be in charge as the clerk or associate of Mr. David Ledger Esq., Or Ms. Elyze McDonald Esq.

Dated: this 21st day of November, 2003.

Tony H. Ashtiani

*T. Ashtiani*

Plaintiff, pro se