```
1  Tony H. Ashtiani
   P.O.Box 12723
2  Tamuning Guam 96931
   671-688-4844
3  671-653-5575
```

FILED
DISTRICT COURT OF GUAM
NOV 21 2003
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

## DISTRICT COURT OF GUAM



| | |
|---|---|
| Tony H. Ashtiani, | ) |
| Plaintiff, | ) Civil Case No.: 02-00032 |
| Vs. | ) |
| Continental Micronesia Inc, | ) NOTICE AND MOTION |
| Dba, Continental Micronesia, | ) FOR PARTIAL SUMMARY JUDGEMANT. |
| Continental Airlines, | ) FED R. CIV. P. 56 (a)(d) |
| Defendant. | ) |

TO: DEFENDANT CONTINETAL MICRONESIA INC., AND ITS ATTORNEYS OF RECORD:

**Please take note** that on _December 12, 2003_, At _10:30 A_.M., or soon there after as the matter be heard in the above-entitled Court located at Fourth floor US. Court house 520 West Soledad Avenue Hagatna, Guam.

Plaintiff Tony H. Ashtiani pro se litigant and undersigned moves the Court, pursuant to Fed R. Civ P. 56 for Summary Judgment on the issue of liability with respect to plaintiff's Second Amended Complaint against Continental Micronesia Inc,. and its parent company Continental Airlines.

In support of this motion, plaintiff states that affidavit, declarations, other documents and the accompanying memorandum of law all filed contemporaneously herewith demonstrate that with respect to the issue of liability on plaintiff's Second Amended Complaint there is no genuine issue of material fact and plaintiff is entitled to judgment as a matter of law.

**Submitted respectfully,**

Dated this 21st day of November, 2003

_____
TONY H. ASHTIANI

Pro Se, Litigant