```
 1  Tony H. Ashtiani
    P.O.Box 12723
 2  Tamuning Guam 96931
    671-688-4844
 3  671-653-5575
```



Tony H. Ashtiani
P.O.Box 12723
Tamuning Guam 96931
671-688-4844
671-653-5575

# UNITED STATES DISTRICT COURT

### DISTRICT COURT OF GUAM

| | |
|---|---|
| Tony H. Ashtiani, | ) |
|     Plaintiff, | ) Civil Case No.: 02-00032 |
| Vs. | ) |
| Continental Micronesia Inc, | ) |
| Dba, Continental Micronesia, | ) DECLARATION OF TONY. H ASHTIANI IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT |
| Continental Airlines, | ) |
|     Defendant | ) Fed. R. Civ. P. 56(a) |

---

I, Tony H. Ashtiani, plaintiff **declare** as follows:

On or about December 10, 1999. I received a call from Mr. Dixon McKinzie human resources manager/director and was asked to meet with him in reference to my grievance. Mr. McKinzie sounded inviting over the phone, however when I arrived in his office he was very intimidating and was different individual as on the phone. In good faith that Mr. McKinzie will investigate or will warn the supervisors in regards to the Federal statute, so that harmony and enjoyable work place will be for all. Ashtiani

**ORIGINAL**

CV 02-00032 PAGE 1 OF 2

provided two names that were similarly situated and were receiving disparate treatment under disparate impact by the new supervision and management. One of those individuals' name was Mr. Larry Kimball. Certified Aircraft Mechanic same as Ashtianis' classification. His statement is herewith attached. Mr. McKinzie did not investigate. Rather, retaliated against plaintiff as a decision maker in my termination. Plaintiff had mentioned in Second Amended Complaint "refusing to investigate" Id, at Pargh.#(21). Corporate officers and directors responsible for affirmative action and EEO are held liable for Failure to investigate in their official capacity. Mr. Larry Kimball provided this statement on or about May or June 2002 during the EEOC investigation.

I declare that I have read the forgoing statement and that the information contained herein is true and correct to the best of my knowledge and belief, and that if called as witness, I could testify competently thereto. I further hereby declare that this declaration is executed under penalty of perjury at *Hagatna*, Guam. Executed this 21st day of November 2003, at Hagatna Guam, U.S.A.

Tony H. Ashtiani,

Pro Se, Plaintiff

To: Raymond J. Griffin Jr:

    I am an Aircraft Mechanic employed by Continental Micronesia Inc. I have worked for this company for 8 years. During my employment here I have witnessed many actions taken by supervision which were discriminatory, I have even been the recipient of extreme racial treatment here. I have had supervisor's who would not allow me to attend trainning assignments for no other reason than my Leadman telling them that the "WHITE GUYS HERE ARE LAZY AND USELESS"! There are mechanics here that have been late to work daily for as long as I can remember that get perfect attendance records every year, they are local, and for that reason they are not reprimanded. There have been local mechanics who have not aquired sufficeint trade days prior to going off Island, who have not made it back in time for scheduled work and the Supervisors simply cover it up and don't even bother to fill the vacant slot, let alone tell someone about it, or even record it. There are two seperate rule's at CMI, one for local mechanics and one for others. When it comes to enforcing discipline for mechanics making mistakes at work, locals receive far more lenient punishments for committing the same errors as those that are not local. Take a look at the employee records here and I'm sure you'll find numerous cases where similar mistakes have been made by many mechanics and yet the local mechanics punishments are far less severe than that received by others.

    Tony Ashtiani has worked for this company for many years. I believe the company has not delt fairly with him. My name is Larry Kimball and I have written this letter to help shed light on this company's discriminatory treatment of it's employee's.

*Larry Kimball*