Tony H. Ashtiani
P.O.Box 12723
Tamuning Guam 96931
671-688-4844
671-653-5575



FILED
DISTRICT COURT OF GUAM
NOV 21 2003
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| Tony H. Ashtiani, | ) |
| Plaintiff, | ) Civil Case No.: 02-00032 |
| Vs. | ) |
| Continental Micronesia Inc, | ) |
| Dba, Continental Micronesia, | ) CERTIFICATE OF SERVICE |
| Continental Airlines, | ) Fed R. Civ. P. 5 (d) |
| Defendant | ) |

I certify that a true copy of the attached **"AGREEMENT OF HEARING DATE"** in reference to Motion for Partial Summary Judgment was hand delivered to the office of CARLSMITH BALL LLP at 134 West Soledad Avenue, Bank of Hawaii bldg, Suite 401 Hagatna, Guam 96932. On November 21st, 2003. The papers were left with the receptionist or person who appeared to be in charge as the clerk or associate of Mr. David Ledger Esq., Or Ms. Elyze McDonald Esq.

Dated: this 21st day of November, 2003.

Tony H. Ashtiani

plaintiff, pro se