Tony H. Ashtiani
P.O.Box 12723
Tamuning Guam 96931
671-688-4844
671-653-5575

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| Tony H. Ashtiani, | ) |
| Plaintiff, | ) Civil Case No.: 02-00032 |
| Vs. | ) |
| Continental Micronesia Inc, | ) |
| Dba, Continental Micronesia, | ) "AGREEMENT OF HEARING DATE" |
| Continental Airlines, | ) MOTION FOR PARTIAL SUMMARY JUDGEMENT |
| | ) LOCAL RULE 7.1 |
| Defendant | ) |

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1. I am Tony H. Ashtiani, <u>pro se</u> Plaintiff, in the above-entitled action. I contacted the attorney for the opposing party in this action to agree upon a date for oral argument of my Motion for partial Summary judgment.

CV 02-00032 PAGE 1 of 2
ORIGINAL

2. The attorneys for opposing parties are Mr. David Ledger Esq,. and Ms. Elyze McDonald Esq,. from CARLSMITH BALL LLP.

3. We have agreed upon the following date ~~November~~ December 21st, 2003. at 10:30 A.M.

4. I called the Deputy Clerk of Court to ensure that the Court is available on the above date.

Dated : This 21st day of November ,2003.

Respectfully Submitted,

_/s/ T. Ashtiani_

Tony H. Ashtiani, Pro Se