**ORIGINAL**

CARLSMITH BALL LLP

ELYZE MCDONALD
DAVID LEDGER
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Continental Micronesia, Inc. dba
Continental Micronesia and
Continental Airlines, Inc.



IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TONY H. ASHTIANI,<br><br>    Plaintiff,<br><br>vs.<br><br>CONTINENTAL MICRONESIA, INC. dba<br>CONTINENTAL MICRONESIA and<br>CONTINENTAL AIRLINES, INC.,<br><br>    Defendant. | CIVIL CASE NO. CV02-00032<br><br>**AGREEMENT OF HEARING DATE** |

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1. I, David P. Ledger, am the attorney for Defendants in this matter. My associate Elyze McDonald contacted pro se Plaintiff Tony H. Ashtiani on November 20 and 21, 2003, to agree upon a date for oral argument.

2. Mr. Ashtiani has agreed to a Motion for Summary Judgment Hearing on December 12, 2003 at 10:30 a.m.

3. Per the Scheduling Order filed in this case, the hearing date for dispositive motions is December 12, 2003.

4. Elyze McDonald called the Court to confirm whether the Court was available to hear Defendant's Motion for Summary Judgment on that date. Court clerk Walter Tenorio stated that the Court is available on December 12, 2003, at 10:30 a.m.

Dated this 21st day of November 2003.

CARLSMITH BALL LLP

DAVID LEDGER
Attorneys for Defendant
Continental Micronesia, Inc. dba
Continental Micronesia and
Continental Airlines, Inc.