ORIGINAL

CARLSMITH BALL LLP
ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Continental Micronesia, Inc. dba
Continental Micronesia and
Continental Airlines, Inc.



IN THE DISTRICT COURT OF GUAM

| TONY H. ASHTIANI, | CIVIL CASE NO. CV02-00032 |
|---|---|
| Plaintiff, | |
| vs. | DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY FOR HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| CONTINENTAL MICRONESIA, INC. dba CONTINENTAL MICRONESIA and CONTINENTAL AIRLINES, INC., | |
| Defendant. | |

Defendants request that defense Counsel appear telephonically before the Court on December 12, 2003 at 10:30 a.m. for the hearing on the Motion for Summary Judgment, as defense counsel currently lives off-island.

Respectfully submitted this 21st day of November 2003.

CARLSMITH BALL LLP

for ELYZE MCDONALD
Attorneys for Defendant
Continental Micronesia, Inc. dba
Continental Micronesia and
Continental Airlines, Inc.