ORIGINAL

CARLSMITH BALL LLP
ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Continental Micronesia, Inc. dba
Continental Micronesia and
Continental Airlines, Inc.

FILED
DISTRICT COURT OF GUAM
NOV 25 2003
MARY L. M. MORAN
CLERK OF COURT

(101)

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TONY H. ASHTIANI,<br><br>        Plaintiff,<br><br>vs.<br><br>CONTINENTAL MICRONESIA, INC. dba<br>CONTINENTAL MICRONESIA and<br>CONTINENTAL AIRLINES, INC.,<br><br>        Defendant. | CIVIL CASE NO. CV02-00032<br><br>**ORDER GRANTING PERMISSION TO FILE FACSIMILE FILING** |

### ORDER

The Court hereby GRANTS Defendant Continental Micronesia, Inc. dba Continental Micronesia and Continental Airlines, Inc.'s Request to File Facsimile Filing with regard to the Affidavit of Jeanne K. Wilson.

**SO ORDERED** this _24th_ day of November 2003.

_____
THE HONORABLE JOHN S. UNPINGCO

RECEIVED
NOV 20 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM