Tony H. Ashtiani
P.O.Box 12723
Tamuning Guam 96931
671-688-4844
671-653-5575

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| Tony H. Ashtiani, | ) |
| Plaintiff, | ) Civil Case No.: 02-00032 |
| Vs. | ) AMENDED<br>) "AGREEMENT OF HEARING DATE" |
| Continental Micronesia Inc, | ) MOTION FOR PARTIAL SUMMARY<br>) JUDGEMENT |
| Dba, Continental Micronesia, | ) |
| Continental Airlines, | ) LOCAL RULE 7.1 |
| Defendant | ) |

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

**1.** I am Tony H. Ashtiani, <u>pro se</u> Plaintiff, in the above-entitled action. I contacted the attorney for the opposing party in this action to agree upon a date for oral argument of my Motion for partial Summary judgment.

2. The attorneys for opposing parties are Mr. David Ledger Esq,. and Ms. Elyze McDonald Esq,. from CARLSMITH BALL LLP.

3. We have agreed upon the following date December 12TH, 2003. at 10:30 A.M.

4. I called the Deputy Clerk of Court to ensure that the Court is available on the above date.

Dated : This 26TH day of November ,2003.

Respectfully Submitted,

*[signature]*

Tony H. Ashtiani, Pro Se