ORIGINAL

CARLSMITH BALL LLP
ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Continental Micronesia, Inc. dba
Continental Micronesia and
Continental Airlines, Inc.



FILED
DISTRICT COURT OF GUAM
NOV 26 2003
MARY L. M. MORAN
CLERK OF COURT

104

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TONY H. ASHTIANI,<br><br>     Plaintiff,<br><br>vs.<br><br>CONTINENTAL MICRONESIA, INC. dba<br>CONTINENTAL MICRONESIA and<br>CONTINENTAL AIRLINES, INC.,<br><br>     Defendant. | CIVIL CASE NO. CV02-00032<br><br>**ORDER GRANTING DEFENDANTS REQUEST TO APPEAR TELEPHONICALLY FOR HEARING ON DEFENDANTS MOTION FOR SUMMARY JUDGMENT** |

### ORDER

**IT IS HEREBY ORDERED** that Defense Counsel may appear telephonically for the hearing on their Motion for Summary Judgment scheduled for December 12, 2003, at 10:30 a.m.

**SO ORDERED** this 26th day of November 2003.

THE HONORABLE JOHN S. UNPINGCO
Chief Judge, District Court of Guam

RECEIVED
NOV 21 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

4850-3300-0448.1.013280-00079