```
1  Tony H. Ashtiani
   P.O.Box 12723
2  Tamuning Guam 96931
   671-688-4844
3  671-653-5575
```


FILED
DISTRICT COURT OF GUAM
NOV 28 2003
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

## DISTRICT COURT OF GUAM

| | |
|---|---|
| Tony H. Ashtiani, | ) |
| Plaintiff, | ) Civil Case No.: 02-00032 |
| Vs. | ) |
| Continental Micronesia Inc, | ) DECLARATION OF |
| Dba, Continental Micronesia, | ) KATHLEEN P. SGAMBELLURI |
| Continental Airlines, | ) |
| Defendant. | ) |

I, **KATHLEEN P. SGAMBELLURI** being first duly sworn, declare as follows.

1. All the statements made in this declaration are based on my personal knowledge.

2. I, among other franchise developers, presidents, and other agents of our company, and base on my personal knowledge of the matters set forth below.

3. I am the operations manager for the Budget Car Rental of Guam - Rota and during the time Tony H. Ashtiani was trading days off at CMI.

4. I have personal knowledge that Mr. Ashtiani was not receiving fair treatment at CMI.

5. I have personal knowledge that Ashtiani has been assisting us for several years and he is an excellent mechanic on all of our vehicles.

6. I had several Chrysler vehicles in our fleets that had continuous problems with engines, the dealership on Guam fixed them but our customers would return them, Tony was able to pin point the problem and solved our problem.

7. I had a 2001 Camry during the typhoon that got water damaged Atkins Kroll Toyota after taking a part told us it is not repairable due to computer and wiring problems. I asked Ashtiani if he could look at it, he repaired it and had all electrical working again. This vehicle was leased to Mr. Steve Ruder, owner of Glimpses Advertising. Mr. Ruder was asking to meet with Ashtiani to personally shake his hand.

8. Mr. Ashtiani was readily available to change a 2001 Nissan Quest van transmission in Rota, all in eight hours period. He has done an outstanding job in professional level at any time, when we request his help and he is always there for us.

9. I had not have attendance problem with Tony H. Ashtiani.

10. I always light candles for him and his family at the holy shrine when in Rota.

If called as witness, I would and could testify competently testify thereto to all facts within my personal knowledge except where stated upon information and belief. I further hereby declare that this executed under penalty of perjury at Hagatna, Guam. on this 26th day of November, 2003.

KATHLEEN P. SGAMBELLURI