Tony H. Ashtiani
P.O.Box 12723
Tamuning Guam 96931
671-688-4844
671-653-5575

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| Tony H. Ashtiani, ) | |
| ) | |
| Plaintiff, ) | Civil Case No.: 02-00032 |
| ) | |
| Vs. ) | |
| ) | |
| Continental Micronesia Inc, ) | |
| ) | **CERTIFICATE OF SERVICE** |
| Dba, Continental Micronesia, ) | |
| ) | **Fed R. Civ. P. 5 (d)** |
| Continental Airlines, ) | |
| ) | |
| Defendant ) | |
| ) | |

I, certify that a true copy of the attached in reference to

1. DECLARATION OF MR. RON ROBERTS. **EXHIBIT E AND N.**

2. DECLARATION OF KATHLEEN P. SGAMBELLURI

3. AFFIDAVIT OF TONY H. ASHTIANI IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT.

4. PLAINTIFF'S OPPOSITION TO DEFT'S MOTION FOR SUMMARY JUDGMENT. MOMORANDUM OF POINTS AND AUTHORITIES. Was hand delivered to the office of CARLSMITH BALL LLP at 134 West Soledad Avenue, Bank of Hawaii bldg, Suite 401 Hagatna, Guam

**ORIGINAL**

CV. 02-00032 1 of 1

1. 96932. On November 28TH, 2003. The papers were left with the
2. receptionist or person who appeared to be in charge as the clerk
3. or associate of Mr. David Ledger Esq., Or Ms. Elyze McDonald
4. Esq.

   Dated: this 28TH day of November, 2003.

                                              Tony H. Ashtiani

                                              _____
                                              Plaintiff, pro se