Tony H. Ashtiani
P.O.Box 12723
Tamuning Guam 96931
671-688-4844
671-653-5575

FILED
DISTRICT COURT OF GUAM
DEC 05 2003
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| Tony H. Ashtiani, | ) |
| Plaintiff, | ) Civil Case No.: **02-00032** |
| Vs. | ) |
| Continental Micronesia Inc, | ) DECLARATION OF TONY H. ASHTIANI IN REPLY TO DEFENDNATS' OPPOSITON TO PLAINTIFF'S MOTION |
| Dba, Continental Micronesia, | ) FOR PARTIAL SUMMARY JUDGMENT. |
| Continental Airlines, | ) |
| Defendant. | ) |

I, TONY H. ASHTIANI declare:

1. I am pro se plaintiff in in the above-entitled action. If called as witness, I would and could competently testify thereto to all the facts within my personal knowledge except stated upon information and belief.

2. All exhibits referred and herein attached **A Thru C** have been reviewed and thus I have personal knowledge of these documents and information contained therein.

3. Staff Attorney of Superior Court of Guam Mr. Samuel J. Taylor's letter to Ms. McDonald. **EXHIBIT A.**

4. Mr. Juan M. Rapadas, PH.D letter to Honorable Judge Katherine A. Maraman **EXHIBIT B.**

5. Previously I had visited Dr. Chenet on October 03 2001. **EXHIBIT C.**

6. Accordingly, Mr. Ledger declaration has led to information which concludes that the intentional infliction of emotional stress had effected plaintiff. Dr. Rapadas states "first and only arrest". In addition Dr. chenet states "chronic fatigue syndrome, depression over loss of job as aircraft mechanic for 17 years.

7. Mr. Ledger states "none of the documents provided contained any such indication of emotional stress" exhibits differ from Mr. Ledger conclusion as these documents were in possession of defense counsel as well.

8. Accordingly defendant may not discriminate through racial slur, retaliation then inflict emotional injury without treatment and later use it against the plaintiff during litigation.

1 | I sign this declaration in reply to defendants' opposition
2 | to plaintiff's motion for partial summary judgment.
3 |
4 | **Submitted respectfully**
5 | On this _2ND_ day of December, 2003.
6 |
7 | _T. Ashtiani_ (signature)
8 |
9 | TONY H. ASHTIANI
10 | GUAM, U. S. A. )
11 |                 ) S. S.
    CITY OF HAGATNA )
12 | SUBSCRIBED AND SWORN to before me on this 2nd day of December, 2003 by TONY H. ASHTIANI.
13 |



Benjamin G. Galarpe (signature)

BENJAMIN G. GALARPE
NOTARY PUBLIC
In and for Guam, U.S.A
My Commission Expires: August 9, 2005
P. O. Box 821, Hagatna, Guam 96832




# Superior Court of Guam

Guam Judicial Center
120 West O'Brien Drive
Hagåtña, Guam 96910

Samuel J. Taylor, Esq.

Telephone: (671)475-3526
Facsimile: (671) 477-1852

Elyze McDonald
Carlsmith Ball, LLP
Suite 401, Bank of Hawaii Building
134 W Soledad Ave
Hagatna, GU 96910

RECEIVED
CARLSMITH BALL
Date: 9-24-03
In: 3:42 pm By: *tnp*

Ms. McDonald,

Please find attached of letter, which is a public document, that is being produced in reference to your subpoena in District Court Case CV 02-0032. As to any other record, report or note regarding Mr. Tony H. Ashtiani, those documents are privileged under Guam law and accordingly Dr. Rapadas objects to any such disclosure as provided by Rule 45, subsection (c)(2)(B) of the Federal Rules of Civil Procedure. Dr. Rapadas will not turn over any other document regarding Mr. Ashtiani without an order from the District Court of Guam.

Furthermore, in the event that an order is made to produce any of the aforementioned documents, Dr. Rapadas asks that the District Court of Guam conduct an in camera inspection of any documents prior to those documents being entered into evidence.

Thank you,

Dr. Juan Rapadas, PhD

Samuel J. Taylor
Staff Attorney
Superior Court of Guam



**CLIENT SERVICES & FAMILY COUNSELING DIVISION**
Superior Court of Guam, Judicial Center Annex, 120 W. O'Brien Drive, Hagåtna, Guam 96910
Telephone: (671) 475-3383/3103   Facsimile: (671) 472-5450



FILED
SUPERIOR COURT
ALFREDO M. BORLAS
CLERK OF COURT
April 21, 2003
BY: _____

B

Honorable Katherine A. Maraman
Judge, Superior Court of Guam
Judicial Center
120 West O'Brien Drive
Hagåtña, Guam 96910

Subject: **Intake & Counseling Status**
Re: **ASHTIANI, Tony**
Case No: **CM654-02**

Dear Judge Maraman:

The above named person, Tony Ashtiani, was referred for counseling with the Client Services and Family Counseling Division of the Superior Court of Guam (CSFC), pursuant to diversion proceedings held on March 19, 2003. Mr. Ashtiani was charged with misdemeanor family violence and assault against his wife in June of 2002. Mr. Ashtiani was seen for intake and assessment at Client Services and Family Counseling Division on April 08 and 17, 2003.

As a result of the intake, Mr. Ashtiani was found to be a good candidate for the Domestic Violence Offender's Group at CSFC and is scheduled to begin in May 27, 2003 with Virginia Yasuhiro and Jeanette Tanos. Since his first and only arrest for family violence, according to him, Mr. Ashtiani has not been re-arrested for any offense, is gainfully employed, and continues to live with his wife and children. He reports that the relationship has improved since the incident last year. We agreed however, that he could benefit from more in-depth work and skill building. He is looking forward to completing this phase of treatment and completing his probation period. His attendance will be reported in his next further proceedings hearing.

He was informed of the corresponding fee for the DVOG class and he requests that he be allowed to sign a payment agreement with probation.

Respectfully,

Juan M. Rapadas, Ph.D.
Clinical Psychologist/Family Therapist

pc:   Loretta Long, Public Defender; Mylene Lopez, Assistant AG; Roseanne Castro, Probation;Case file

ASHTIANI, Tony/ CM654-02/ Recommendation: DVOG in May 2003/ J Rapadas/ 04-21-2003

| PATIENT | HOUR | CHECK-IN |
|---|---|---|
| Date | OCT 03 2001 | |
| | 10:15 am | |
| | 110/80 | |
| T-P-R | 97 69 87-20 | |
| Weight | 185 # | |
| Recorder | dr | |
| Allergy | NKA | |

S - 37 y.o. male is here for decrease energy & abt to work complete *[illegible]* over the pain of *[illegible]* other he was terminated of work. No loss of sexual *[illegible]* no sleep *[illegible]* - chronic fatigue, dyspnea even to *[illegible]* his work *[illegible]*

O: BP 110/80 P Fu no JVD

HEENT clear, *[illegible]*

Chest - clear hs

Cor s.r.

Abd - *[illegible]* no *[illegible]*

*[illegible]*

® Chronic fatigue *[illegible]* — ? D/Dx *[illegible]* *[illegible]* even loss of job he held or *[illegible]* *[illegible]* or *[illegible]* for 17 yr, DOE

P Lab work *[illegible]*
TMT & *[illegible]*
+ follow up
*[signature]*

**Guam Adult-Pediatric Clinic**
612 N. Marine Drive, Suite #8, Dededo, Guam 96929
Phone: 671-633-GAPC (4272)

**Patient's Progress Record**

NAME: Ashtiani, Tony
D.O.B. 10/6/63
INSURANCE: Multicover
CHART #: 48767

572

Case 1:02-cv-00032   Document 131   Filed 12/05/2003   Page 6 of 6