Tony H. Ashtiani
P.O.Box 12723
Tamuning Guam 96931
671-688-4844
671-653-5575

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| **Tony H. Ashtiani,** | ) |
| Plaintiff, | ) Civil Case No.: 02-00032 |
| Vs. | ) |
| **Continental Micronesia Inc, Dba, Continental Micronesia, Continental Airlines,** | ) **CERTIFICATE OF SERVICE** |
| | ) **Fed R. Civ. P. 5 (d)** |
| Defendant | ) |

I, certify that a true copy of the attached in reference to

**1.** REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT.

**2.** AFFADAVIT OF TONY H. ASHTIANI IN REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT.

**3.** DECLARATION OF TONY H. ASHTIANI IN REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT. Was hand delivered to the office of CARLSMITH BALL LLP at 134 West Soledad Avenue, Bank of Hawaii bldg, Suite 401 Hagatna, Guam 96932. On December 5TH, 2003. The papers were left with

the receptionist or person who appeared to be in charge as the clerk or associate of Mr. David Ledger Esq., Or Ms. Elyze McDonald Esq.

Dated: this 5TH day of December, 2003.

Tony H. Ashtiani

_T. Ashtiani_

Plaintiff, pro se