Tony H. Ashtiani
P.O.Box 12723
Tamuning Guam 96931
671-688-4844
671-653-5575

FILED
DISTRICT COURT OF GUAM
DEC 08 2003
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| **Tony H. Ashtiani,** | )  |
| Plaintiff, | ) Civil Case No.: **02-00032** |
| Vs. | ) |
| **Continental Micronesia Inc,** | ) **CERTIFICATE OF SERVICE** |
| **Dba, Continental Micronesia,** | ) |
| **Continental Airlines,** | ) **Fed R. Civ. P. 5 (d)** |
| Defendant | ) |

I, certify that a true copy of the attached in reference to **INTENTIONAL DELAY OF SERVICE** Was hand delivered to the office of CARLSMITH BALL LLP at 134 West Soledad Avenue, Bank of Hawaii bldg, Suite 401 Hagatna, Guam 96932. On December $8TH$, 2003. The papers were left with the receptionist or person who appeared to be in charge as the clerk or associate of Mr. David Ledger Esq., Or Ms. Elyze McDonald Esq.

Dated: this $8TH$ day of December , 2003.

Tony H. Ashtiani

Plaintiff ,pro se

**ORIGINAL**