ORIGINAL ●



CARLSMITH BALL LLP

ELYZE McDONALD
DAVID LEDGER
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendants
Continental Micronesia, Inc.
dba Continental Micronesia
and Continental Airlines, Inc.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TONY H. ASHTIANI,<br><br>    Plaintiff,<br><br>vs.<br><br>CONTINENTAL MICRONESIA, INC. dba CONTINENTAL MICRONESIA and CONTINENTAL AIRLINES, INC.,<br><br>    Defendants. | CIVIL CASE NO. CIV02-00032<br><br>**DECLARATION OF SERVICE** |

    I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on the 5th day of December 2003, I personally served, via hand delivery, a true and correct copy of the Reply Memorandum in Support of Defendant Continental Micronesia, Inc.'s Motion for Summary Judgment <u>and</u> Motion to Strike All Unauthenticated Evidence Proferred by Ashtiani; Affidavit of William Herrera; Affidavit of Glenn Mendoza; Supplemental Affidavit of

Dixon McKinzie (Filed 12/05/2003) upon Plaintiff Tony H. Ashtiani.

DATED: Hagåtña, Guam, December 5, 2003.

CARLSMITH BALL LLP

ELYZE McDONALD
DAVID LEDGER
Attorneys for Defendants
Continental Micronesia, Inc.
dba Continental Micronesia
and Continental Airlines, Inc.