ORIGINAL
FILED
DISTRICT COURT OF GUAM
DEC 10 2003
MARY L. M. MORAN
CLERK OF COURT



DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| TONY H. ASHTIANI,<br><br>Plaintiff,<br><br>vs.<br><br>CONTINENTAL MICRONESIA, INC.,<br>d/b/a CONTINENTAL MICRONESIA,<br>and CONTINENTAL AIRLINES, INC.,<br><br>Defendants. | Civil Case No. 02-00032<br><br>**AMENDED ORDER** |

On November 24, 2003, the Court issued an Order stating in relevant part: "The Court ORDERS Plaintiff's motion to compel discovery of Request No[]. ... 13 GRANTED ...." (Order Nov. 24, 2003, at 13.) Instead of granting the motion on Request No. 13, the Court should have granted the motion on Request No. 32, and ordered redaction of employee social security numbers and salary information found therein. (See id. at 6.) Accordingly, the Court VACATES the provision in the November 24, 2003, Order granting Plaintiff's motion to compel discovery of Request No. 13. All other provisions of the November 24, 2003, Order

1

remain in effect. The Court further ORDERS Plaintiff's motion to compel discovery of Request No. 32 GRANTED and ORDERS redaction of employee social security numbers and salary information contained therein.

IT IS SO ORDERED this 16th day of December, 2003.

_____
JOHN S. UNPINGCO
District Judge

Notice is hereby given that this document was entered on the docket on 12/11/03.
No separate notice of entry on the docket will be issued by this Court.
Mary L. M. Moran
Clerk, District Court of Guam
By: _____ 12/11/03
Deputy Clerk    Date

2