Tony H. Ashtiani
P.O. Box 12723
Tamuning Guam 96931
671-688-4844
671-653-5575



FILED
DISTRICT COURT OF GUAM
DEC 11 2003
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

**Tony H. Ashtiani,**

    Plaintiff,

Vs.

**Continental Micronesia Inc,**

**Dba, Continental Micronesia,**

**Continental Airlines,**

    Defendant

Civil Case No.: 02-00032

**CERTIFICATE OF SERVICE**

**Fed R. Civ. P. 5 (d)**

I, certify that a true copy of the attached in reference to **AFFADAVIT OF TONY H. ASHTIANI** was hand delivered to the office of CARLSMITH BALL LLP at 134 West Soledad Avenue, Bank of Hawaii bldg, Suite 401 Hagatna, Guam 96932. On December 11TH, 2003. The papers were left with the receptionist or person who appeared to be in charge as the clerk or associate of Mr. David Ledger Esq., Or Ms. Elyze McDonald Esq.

Dated: this 11Th day of December , 2003.

                                      Tony H. Ashtiani

                                      Plaintiff ,pro se