# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
### HONORABLE JOHN S. UNPINGCO, CHIEF JUDGE, PRESIDING
## CIVIL MINUTES - GENERAL

**FILED DISTRICT COURT OF GUAM DEC 12 2003 MARY L. M. MORAN CLERK OF COURT**

**CASE NO. CV-02-00032**  **DATE: 12/12/2003**  **TIME: 11:01 a.m.**

**CAPTION:** TONY H. ASHTIANI - vs - CONTINENTAL MICRONESIA, INC., et al

***

Courtroom Deputy: Leilani Toves Hernandez          Law Clerk: D. LUJAN
Official Court Reporter: Wanda Miles
Hearing Electronically Recorded  (Run Time: 11:01:26 - 11:13:58)       Court Security: J. Lizama

**APPEARANCES**

**COUNSEL FOR PLAINTIFF(s):**                **COUNSEL FOR DEFENDANT(s):**

Tony H. Ashtiani (Pro Se)                    Elyze McDonald

**OTHERS PRESENT**

                                             Dixon McKenzie - Continental Micronesia

***

**PROCEEDINGS:**   1) MOTION FOR PARTIAL SUMMARY JUDGMENT
                   2) MOTION FOR SUMMARY JUDGMENT

( X ) MOTION (S) ARGUED BY    ( X ) PLAINTIFF    ( X ) DEFENDANT

( X ) MOTION(s) ___ Granted ___ Denied ___ Settled ___ Withdrawn _X_ Under Advisement

(  ) ORDER SUBMITTED ___ Approved ___ Disapproved

(  ) ORDER to be Prepared By: _____

(  ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

The Court took the matter Under Advisement.

END TIME: 11:31 a.m.