ORIGINAL

CARLSMITH BALL LLP

ELYZE McDONALD
DAVID LEDGER
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendants
Continental Micronesia, Inc.
dba Continental Micronesia
and Continental Airlines, Inc.




IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TONY H. ASHTIANI,<br><br>    Plaintiff,<br><br>vs.<br><br>CONTINENTAL MICRONESIA, INC. dba CONTINENTAL MICRONESIA and CONTINENTAL AIRLINES, INC.,<br><br>    Defendants. | CIVIL CASE NO. CIV02-00032<br><br>**DECLARATION OF MAILING** |

    I, June M. Cruz, hereby declare under penalty of perjury of the laws of the United States, that on the 9th day of December 2003, I mailed a copy of the Affidavit of Jeanne K. Wilson (Filed 12/09/2003), a copy of the Request to File Facsimile Filing (Filed 11/20/2003) and, a copy of the Order Granting Permission to File Facsimile Filing (Filed 11/25/2003), via certified mail with return receipt requested, by depositing same in a sealed envelope with the U.S. Postal Service, addressed to Tony H. Ashtiani, Post Office Box 12723, Tamuning, Guam 96931.

I declare under penalty of perjury (6 G.C.A. §4308) that the foregoing is true and correct.

DATED: Hagåtña, Guam, December 11, 2003.

_____
JUNE M. CRUZ