Tony H. Ashtiani
P.O.Box 12723
Tamuning Guam 96931
671-688-4844
671-653-5575



# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

Tony H. Ashtiani,  )
    Plaintiff,  ) Civil Case No.: 02-00032
    Vs.  )
      ) **AFFIDAVIT OF VINCE DIAZ**
Continental Micronesia Inc,  )
Dba, Continental Micronesia,  )
Continental Airlines,  )
    Defendant.  )

Guam, U.S.A.  )
    ) ss:
Municipality Of Hagatna  )

I, Vince Diaz, being first duly sworn, depose and say:

1. All the statement made in this affidavit are based on my personal knowledge.

2. I am an aircraft mechanic at CMI.

**ORIGINAL**

3. Mechanics other than supervisor in the maintenance Department took sick call messages from other employees.

4. Messages of incoming sick calls were either noted in the shift turn over log, or on the message board or passed on verbally to the supervisor on duty.

5. I have personal knowledge mechanics whom called another mechanic for sick calls were not considered No-call/ No- show and were not reprimanded. This was the in house policy at CMI maintenance department.

6. (2) Employees were hired as A&P Mechanic after Ashtiani termination, Dennis Flores & Rick Cruz.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

Further the Affiant sayeth naught.

Executed this 15th day of December, 2003 at Hagatna Guam.

Vince Diaz.

SUBSCRIBED AND SWORN to before me, this 15th day of December 2003, by Vince Diaz.

NOTARY PUBLIC

BENJAMIN G. GALARPE
NOTARY PUBLIC
In and for Guam, U.S.A
My Commission Expires: August 9, 2005
P. O. Box 821, Hagatna, Guam 96932