```
1  Tony H. Ashtiani
   P.O.Box 12723
2  Tamuning Guam 96931
   671-688-4844
3  671-653-5575
```

FILED
DISTRICT COURT OF GUAM
DEC 19 2003
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| Tony H. Ashtiani, | ) |
| Plaintiff, | ) Civil Case No.: 02-00032 |
| Vs. | ) |
| Continental Micronesia Inc, | ) |
| Dba, Continental Micronesia, | ) CERTIFICATE OF SERVICE |
| Continental Airlines, | ) Fed R. Civ. P. 5 (d) |
| Defendant | ) |

I, certify that a true copy of the attached in reference to

1. **AFFIDAVIT OF VINCE DIAZ**

2. **OPPOSITION TO DEFNDANTS' MOTION TO STRIKE UNAUTHENICATED EXIBITS. CROSS MOTION TO STRIKE DEFENDANTS' EXHIBITS.**

3. **AFFIDAVIT OF TONY H. ASHTIANI TO AUTHENITCATE EXHIBITS ON RECORDS IN SUPPORT OF OPPOSITION TO DEFENDNATS' MOTION TO STRIKE ASHTIANI'S EXHIBITS.**

was hand delivered to the office of CARLSMITH BALL LLP at 134 West Soledad Avenue, Bank of Hawaii bldg, Suite 401 Hagatna, Guam 96932. On December _19TH_, 2003. The papers were left with the receptionist or person who appeared to be in charge

as the clerk or associate of Mr. David Ledger Esq., Or Ms. Elyze McDonald Esq.

Dated: this 15TH day of December , 2003.

Tony H. Ashtiani

_T. Auth_

Plaintiff ,pro se