Tony H. Ashtiani
P.O.Box 12723
Tamuning Guam 96931
671-688-4844
671-653-5575

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| **Tony H. Ashtiani,** | ) |
| Plaintiff, | ) Civil Case No.: 02-00032 |
| Vs. | ) |
| **Continental Micronesia Inc,** | ) |
| **Dba, Continental Micronesia,** | ) CERTIFICATE OF SERVICE |
| **Continental Airlines,** | ) Fed R. Civ. P. 5 (d) |
| Defendant | ) |

I, certify that a true copy of the attached in reference to

1. PLAINTIFF'S REPLY TO DEFENDNAT'S OPPOSITION TO PLAINTIFF'S COUNTER MOTION TO STRIKE. AND OPPOSITION TO DEFENDNAT'S MOTION TO STRIKE AFFADAVIT OF TONY H. ASHTIANI AND ATTACHED EXHIBITS 1-55 FILED ON DECEMBER 19, 2003.

was hand delivered to the office of CARLSMITH BALL LLP at 134 West Soledad Avenue, Bank of Hawaii bldg, Suite 401 Hagatna, Guam 96932. On December 31st, 2003. The papers were left with the receptionist or person who appeared to be in charge as the

clerk or associate of Mr. David Ledger Esq., Or Ms. Elyze McDonald Esq.

Dated: this  31st  day of December , 2003.

                                         Tony H. Ashtiani

                                         Plaintiff ,pro se