```
1  Tony H. Ashtiani
   P.O.Box 12723
2  Tamuning Guam 96931
   671-688-4844
3  671-653-5575
```



# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

Tony H. Ashtiani,  )
      Plaintiff,  ) Civil Case No.: 02-00032
      Vs.  )
Continental Micronesia Inc,  )
Dba, Continental Micronesia,  ) CERTIFICATE OF SERVICE
Continental Airlines,  ) Fed R. Civ. P. 5 (d)
      Defendant  )

I, certify that a true copy of the attached in reference to

1. AMENDED OPPOSITION TO DEFENDANTS MOTION TO STRIKE UNAUTHENTICATED EXHIBITS. COUNTER MOTION TO STRIKE DEFENDNATS EXHIBITS. AFFIDAVIT AND DECLARATION OF VINCE DIAZ AFFADAVIT OF TONY ASHTIANI TO AUTHENTICATE EXHIBITS ON RECORDS.

was hand delivered to the office of CARLSMITH BALL LLP at 134 West Soledad Avenue, Bank of Hawaii bldg, Suite 401 Hagatna, Guam 96932. On December 31st, 2003. The papers were left with the receptionist or person who appeared to be in charge

ORIGINAL

as the clerk or associate of Mr. David Ledger Esq., Or Ms. Elyze McDonald Esq.

Dated: this 31st day of December , 2003.

Tony H. Ashtiani

_T. Ashti_

Plaintiff ,pro se