```
 1  Tony H. Ashtiani
    P.O.Box 12723
 2  Tamuning Guam 96931
    671-688-4844
 3  671-653-5575
```



# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| **Tony H. Ashtiani,** | ) |
| Plaintiff, | ) Civil Case No.: 02-00032 |
| Vs. | ) |
| **Continental Micronesia Inc,** | ) **DECLARATION OF SERVICE.** |
| **Dba, Continental Micronesia,** | ) |
| **Continental Airlines,** | ) |
| Defendant | ) |

I, Tony H. Ashtiani hereby declare under penalty and perjury of the united states laws that on the 31st of December 2003, I attempted to serve the defendant at office of CARLSMITH BALL LLP at 134 West Soledad Avenue, Bank of Hawaii bldg, Suite 401 Hagatna, Guam 96932, and the office was closed that afternoon due to next day being a National holiday. I served the true copy of the following documents the day after holiday on January 2, 2004. in reference to:

1. AMENDED OPPOSITION TO DEFENDANTS' MOTION TO STRIKE UNAUTHENTICATED EXHIBITS. COUNTER MOTION TO STRIKE DEFENDNATS' EXHIBITS. AFFIDAVIT AND DECLARATION OF VINCE

DIAZ. AFFIDAVIT OF TONY ASHTIANI TO AUTHENITICATE EXHIBITS ON RECORDS.

2. PLAINTIFF'S REPLY TO DEFENDANAT'S OPPOSITION TO PLAINTIFF'S COUNTER MOTION TO STRIKE. AND OPPOSITION TO DEFENDNAT'S MOTION TO STRIKE AFFIDAVIT OF TONY H. ASHTIANI AND ATTACHED EXHIBITS 1-55 FILED ON DECEMBER 19, 2003.

was hand delivered to the office of CARLSMITH BALL LLP at 134 West Soledad Avenue, Bank of Hawaii bldg, Suite 401 Hagatna, Guam 96932. On January 02 ,2004. The papers were left with the receptionist or person who appeared to be in charge as the clerk or associate of Mr. David Ledger Esq., Or Ms. Elyze McDonald Esq.

This declaration is based upon matters within my own personal knowledge, and if called upon to testify, I am competent and will testify as set forth herein.

I declare under penalty of perjury that the forgoing is true and correct.

Executed on this 2nd day of January, 2, 2004.

Tony H. Ashtiani

Plaintiff