Tony H. Ashtiani
P.O.Box 12723
Tamuning Guam 96931
671-688-4844
671-653-5575

FILED
DISTRICT COURT OF GUAM

JAN 09 2004

MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

Tony H. Ashtiani,                          )
                                           )
      Plaintiff,        ) Civil Case No.: **02-00032**
                                           )
   Vs.                                )
                                           )
Continental Micronesia Inc,                )
                                           ) **DECLARATION OF TONY ASHTIANI**
Dba, Continental Micronesia,               )
                                           ) **(28 USC 1746)**
Continental Airlines,                      )
                                           )
     Defendant             )
                                           )
_____)

I, Tony H. Ashtiani, declare as follows :

1. All exhibits referred herein and attached are records from CMI produced by correspondences and production of documents.

2. Attached hereto as Exhibit (56) is a true and correct copy of a shift turn over log dated Jun 19, 2001 before my wrongful termination as defendant has raised this issue in motion filed on Dec 24 2003, at page 6 "these logs are dated after Ashtiani left his employment at Continental" and alleges that plaintiff's exhibits (29)(30)(31) were after termination. Exhibit (56)

ORIGINAL

indicates that Sherman Thompson called in sick to Frank Taijeron in non-supervisory capacity before my wrongful termination.

This declaration is based upon matters within my own personal knowledge, and if called upon to testify, I am competent and will testify as set forth herein.

I declare under penalty of perjury that the forgoing is true and correct.

Executed on this 9th day of January, 2004.

Tony H. Ashtiani,

pro se Plaintiff

FORM: 40.0061CM
DATE: 10/01/00
M&E. 00-0703-3-1309

 **Continental Micronesia** 

# TECHNICAL SERVICES DIVISION

| SHIFT LOG | | |
|---|---|---|
| SUPERVISOR SIGNATURE | DATE: 6/19/01   SHIFT: SWINGS | STATION: GUM |

**PERSONNEL ABSENCES**

| EMPLOYEE | TIME CALLED | TAKEN BY | REASON |
|---|---|---|---|
| S. THOMPSON | @ 2100 | F. TAIJERON | SICK |
| | | | |
| | | | |
| | | | |
| | | | |

**SHIFT NOTES**

| ACFT | TIME | |
|---|---|---|
| | INFO | T-985 N-228 Dly 18 MIN CODE-31 DUE VERBAL FROM CREW #2 ENG CFC CONTROL LITE ON. PREVIOUSLY PLA. UPLOAD CFC SOFTWARE AND R&V CFC OK NOW — FAULT CODE CARRION WAS 73-01042 |
| | INFO | JOHN / JOE J. FTR T-900 N-201 (DPS) FAK-2 |
| | INFO | EDWIN / HARRY FTR T-985 N-228 (HKG) FAK-3 |
| 246 | 15 | A-13 ✓  CAS  BV CREW HANDLES |
| 232 | 15 | SV=3   P/R=0   PIA=0<br>OIL=2   FUP=0   BOR=0 |
| 249 | 13 | SV=DONE   A/R=1 THE DONE   PLA=0<br>OIL=0   FUP=0   BOR=0<br>DIP - CFC FAULT= W.I.P CHANGING T/R-LUST<br>TRNSKL INSP = DONE |
| 062 | 8 | SV= OPEN   P/R=1 1 OPEN   PIA=1<br>OIL=0   FUP=0   BOR=0<br>DIP- 4737489 WORK INPROGRESS |
| 08 | 9 | SV= DONE   P/R= 0   PIA=3  WIP<br>OIL=0   FUP=0   BOR=0 |

*EXHIBIT 56*