1 Tony H. Ashtiani
P.O.Box 12723
2 Tamuning Guam 96931
671-688-4844
3 671-653-5575

4 UNITED STATES DISTRICT COURT

5
DISTRICT OF GUAM
6
**Tony H. Ashtiani,** )
7                    )
       Plaintiff,    ) Civil Case No.: 02-00032
8                    )
    Vs.              )
9                    )
**Continental Micronesia Inc,** )
10                   ) CERTIFICATE OF SERVICE
**Dba, Continental Micronesia,** )
11                   ) Fed R. Civ. P. 5 (d)
**Continental Airlines,** )
12                   )
       Defendant     )
13                   )
                     )
14 ─────────────────────────────

15

16    I, certify that a true copy of the attached in reference to

17    1. PLAINTIFF'S SUPPLEMENTAL OPPOSITION TO DEFENDANT'S

18 MOTION TO STRIKE AFFIDAVIT OF TONY H. ASHTIANI AND ATTACHED

19 EXHIBITS 1-55 ON DECEMBER 19, 2003, AND MOTION TO STRIKE "SHAM"

20 AFFIDAVITS AND ATTACHED EXHIBITS BY DEFENDANT IN ATTEMPT TO

21 OBSTRUCT JUSTICE.

22

23    2. DECLARATION OF TONY ASHTIANI

24

25 was hand delivered to the office of CARLSMITH BALL LLP at 134

West Soledad Avenue, Bank of Hawaii bldg, Suite 401 Hagatna,

1  Guam 96932. On JANUARY 9th, 2004. The papers were left with
2  the receptionist or person who appeared to be in charge as the
3  clerk or associate of Mr. David Ledger Esq., Or Ms. Elyze
4  McDonald Esq.

6  Dated: this 9th day of JANUARY , 2004.

                                            Tony H. Ashtiani
                                            _____
                                              Plaintiff, pro se