Tony H. Ashtiani
P.O. Box 12723
Tamuning Guam 96931
671-688-4844
671-653-5575

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| Tony H. Ashtiani, | ) |
| Plaintiff, | ) Civil Case No.: **02-00032** |
| Vs. | ) |
| Continental Micronesia Inc, | ) **"DISAGREEMENT OF HEARING ON** |
| Dba, Continental Micronesia, | ) **MOTION TO STRIKE"** |
| Continental Airlines, | ) **LOCAL RULE 7.1** |
| Defendant. | ) |

---

Pursuant to Local Rule 7.1,

1. I am Tony H. Ashtiani, pro se Plaintiff, in the above-entitled action. I contacted the attorney for the opposing party in this action to agree upon a date for oral argument of my Motion to strike, initially defendant declined my request On December 30, 2003, (herewith attached), defendant thereon after filed several other Motions to strike.

2. The attorneys for opposing parties are Ms. Elyze McDonald Esq,. and Mr. David Ledger Esq,. from CARLSMITH BALL LLP.

3. I initially agreed to have hearing on Feb 06, 2004 then defendant changed it to Feb 13, 2004. However, I have changed my position and requesting to rest on my briefs and pleadings.

4. Plaintiff's correspondence expressing reasons for disagreeing to have such meeting also herewith attached.

5. I Humbly ask the Court to allow me to rest on my pleadings and briefs as both parties exhibits speaks for themselves and I have explained defendants exhibits and their "SHAM" affidavits.

6. The exhibits by defendant are mentally abusive, and upsetting and I have endured enough of their abuse for many years.

7. Defendant continuously keeps piling up Motions and Hearing near preparation for trial to harass plaintiff and to prevent his timely filings. I will be more than happy to attend a hearing if Honorable Chief Judge John S. Unpingco sees fit necessary for hearing.

8. I did inform Ms. McDonald on January 19, 2004 that I have several out of service cars which I was bringing them back up and that I was swamped (one man operation), Plaintiff did not ignore Ms. McDonald calls as she did not leave any messages for me to return her call as my phone is equipped with answering machine and it is difficult to change a engine and replace fuel tank and talk on the phone, I knew she was in search of harassing me over and over again as evident she has brought a sanction under Rule 11 against pro se plaintiff on January 21, 2004.

**Respectfully Submitted,**

Dated : This 22nd. day of January ,2004,

Tony H. Ashtiani, Pro Se

Tony H. Ashtiani
P.O.Box 12723
Tamuning Guam 96931
TEL/FAX 1-(671) 653-5575
CELL 1-(671) 688-4844

RECEIVED
CARLSMITH BALL
Date: 1/21/04
11:20 PM

January 21, 2004

CARLSMITH BALL LLP
Ms. Elyze McDonald
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue
Hagatna, Guam 96932-5027

Re: Hearing on Motion to Strike

In District Court of Guam CV. 02-00032

Dear Attorney Ms. McDonald and Attorney Mr. Ledger.

Thank you for your letter dated December 30th 2003, for your convenience I have attached it to my correspondence. I was very please to hear from you on January 16 and 19, 2004, via telephone in which defendant persisting to request for hearing in reference to Motion to Strike.

Although, On January 19, 2004, initially I had agreed to February 13, 2004, I have come to conclusion to disagree to have any hearing regarding this matter for the forgoing reasons:

1) Federal Rule of Civ P. (Rule 12) is silent about hearing.
2) Defendant's exhibits is unworthy of belief and speaks for themselves.

If Honorable Chief Judge John S. Unpingco of United States District Court sees fit necessary for hearing, I will be more than happy to attend such hearing.

Very truly yours,

Tony H. Ashtiani

# CARLSMITH BALL LLP

A LIMITED LIABILITY LAW PARTNERSHIP

BANK OF HAWAII BLDG., SUITE 401
134 WEST SOLEDAD AVENUE, P.O. BOX BF
HAGÅTÑA, GUAM 96932-5027
TELEPHONE 671.472.6813   FAX 671.477.4375
WWW.CARLSMITH.COM

DIRECT DIAL NO.                                          EMCDONALD@CARLSMITH.COM

*T. ASHTIANI*
*Dec. 30 2003*
*1700*

December 30, 2003

Mr. Tony H. Ashtiani
Post Office Box 12723
Tamuning, Guam 96931

Re:  Tony Ashtiani v. Continental Airlines, Inc.
     Civil Case No. CV02-0032

Dear Mr. Ashtiani:

As you will have noticed from Continental's response to your Cross-Motion to Strike, Continental believes your Cross-Motion was not timely filed. Continental declines to agree to any hearing date on a Motion that has not been timely filed.

Sincerely,

*for* Elyze McDonald

EJM/jmc
4822-6908-6720.1.013280-00079

HONOLULU · KAPOLEI · HILO · KONA · MAUI · GUAM · SAIPAN · LOS ANGELES · WASHINGTON, D.C.