Tony H. Ashtiani
P.O.Box 12723
Tamuning Guam 96931
671-688-4844
671-653-5575



# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| Tony H. Ashtiani, | ) |
| Plaintiff, | ) Civil Case No.: 02-00032 |
| Vs. | ) |
| Continental Micronesia Inc, | ) |
| Dba, Continental Micronesia, | ) DECLARATION OF TONY H. ASHTIANI |
| Continental Airlines, | ) USCA 28 & 1746 |
| Defendant | ) |

**I, Tony H. Ashtiani** hereby declare as follows:

1. I am pro se plaintiff in the above entitled action this declaration is based upon matters within my own knowledge, and if called upon to testify, I will testify as set forth herein.

1. A true and correct copy of defense counsel letter dated December 30th 2003, denying plaintiff hearing for our Motion to Strike is to be heard is attached as **EXHIBIT A.**

2. A true and correct copy PDN page 41 dated January 16, 2004, Director of maintenance at CMI, **Exhibit B.** I was attending Mr. Parry's services On January 16, 2004 when Ms. McDonald

called and I stated that I did not have a calendar in front of me and that I will look at my schedule and will call her in few days. Rather she kept calling me pushing for a hearing because defendant failed to reply in pursuant to LR 7.1.

3. Plaintiff did not agree on any hearing date on January 16, 2004 with Ms. McDonald, On January 19, 2004, initially I had agreed to February 06, 2004. then defendant changed it to Fed 13 2004 as she kept calling and pushing for it.

4. However I had come to conclusion to disagree to have any hearing regarding Motion to strike and I have stated my reasons, a true and correct copy of that letter Dated January 21, 2004 is attached as **EXHIBIT C.**

5. I served defendant the letter dated January 21 2004 at 11:21 AM. stating my disagreement, afternoon defendant filed a agreement of hearing date with District Court Of Guam.

I declare under penalty and perjury that the forgoing is true and correct.

Executed this 26th day of January, 2004.

Tony H. Ashtiani

Pro se plaintiff

# CARLSMITH BALL LLP

A LIMITED LIABILITY LAW PARTNERSHIP

BANK OF HAWAII BLDG., SUITE 401
134 WEST SOLEDAD AVENUE, P.O. BOX BF
HAGÅTÑA, GUAM 96932-5027
TELEPHONE 671.472.6813  FAX 671.477.4375
WWW.CARLSMITH.COM

DIRECT DIAL NO.  EMCDONALD@CARLSMITH.COM

*T. ASHTIANI*
*Dec. 30 2003*
*1700*

December 30, 2003

Mr. Tony H. Ashtiani
Post Office Box 12723
Tamuning, Guam 96931

Re: Tony Ashtiani v. Continental Airlines, Inc.
    Civil Case No. CV02-0032

Dear Mr. Ashtiani:

As you will have noticed from Continental's response to your Cross-Motion to Strike, Continental believes your Cross-Motion was not timely filed. Continental declines to agree to any hearing date on a Motion that has not been timely filed.

Sincerely,

*for* Elyze McDonald

EJM/jmc
4822-6908-6720.1.013280-00079

HONOLULU · KAPOLEI · HILO · KONA · MAUI · GUAM · SAIPAN · LOS ANGELES · WASHINGTON, D.C.

EXHIBIT "A"



*In Celebration of His New Life*

# Idris David Parry
### Fondly known as "Bud"

Of Nimitz Hill Estates passed away on Thursday, Jan. 8, 2004 at the age of 62 years. He is predeceased by his **Parents**: Leslie & Isabele Parry; **Aunts/Uncles**: Idris, Norman, Ben, Olwen, Meghan and David Parry.

**His memories will live on in the hearts of His Sons**: David, Russell and Erik Parry, **Daughters-in-law**: Joanna and Krystel, **Granddaughters**: Victoria and Aydon, **Brother**: Russell, **Former Wives**: Moira, Vivien

Last respects may be paid on Friday, Jan. 16, 2004 at the Agana Cathedral Basilica beginning at 9:00am. Mass of Christian burial will be offered at 12 noon, and a private cremation thereafter.

*Pacific Daily News, Friday, January 16, 2004, guampdn.com*

EXHIBIT "B"

Tony H. Ashtiani
P.O.Box 12723
Tamuning Guam 96931
TEL/FAX 1-(671) 653-5575
CELL 1-(671) 688-4844

RECEIVED
CARLSMITH BALL
Date: 1/21/04
11:20 PM

January 21, 2004

**CARLSMITH BALL LLP**
Ms. Elyze McDonald
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue
Hagatna, Guam 96932-5027

Re: Hearing on Motion to Strike

<u>In District Court of Guam CV. 02-00032</u>

Dear Attorney Ms. McDonald and Attorney Mr. Ledger.

Thank you for your letter dated December 30th 2003, for your convenience I have attached it to my correspondence. I was very please to hear from you on January 16 and 19, 2004, via telephone in which defendant persisting to request for hearing in reference to Motion to Strike.

Although, On January 19, 2004, initially I had agreed to February 13, 2004, I have come to conclusion to <u>disagree</u> to have any hearing regarding this matter for the forgoing reasons:

1) Federal Rule of Civ P. (Rule 12) is silent about hearing.
2) Defendant's exhibits is unworthy of belief and speaks for themselves.

If Honorable Chief Judge John S. Unpingco of United States District Court sees fit necessary for hearing, I will be more than happy to attend such hearing.

Very truly yours,

Tony H. Ashtiani

EXHIBIT "C"