Tony H. Ashtiani
P.O. Box 12723
Tamuning Guam 96931
671-688-4844
671-653-5575

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

Tony H. Ashtiani,  )
    Plaintiff,  ) Civil Case No.: 02-00032
    Vs.  )
Continental Micronesia Inc,  )
Dba, Continental Micronesia,  ) CERTIFICATE OF SERVICE
Continental Airlines,  ) Fed R. Civ. P. 5 (d)
    Defendant  )

FILED
DISTRICT COURT OF GUAM
JAN 26 2004
MARY L. M. MORAN
CLERK OF COURT

I, certify that a true copy of the attached in reference to 1) **REQUEST FOR ISSUENCE OF ORDER AND** 2) **DECLARATION OF TONY H. ASHTIANI** was hand delivered to the office of CARLSMITH BALL LLP at 134 West Soledad Avenue, Bank of Hawaii bldg, Suite 401 Hagatna, Guam 96932. On JANUARY 26Th, 2004. The papers were left with the receptionist or person who appeared to be in charge as the clerk or associate of Mr. David Ledger Esq., Or Ms. Elyze McDonald Esq.

Dated: this 26Th day of JANUARY, 2004.

Tony H. Ashtiani

Plaintiff, pro se