ORIGINAL

CARLSMITH BALL LLP

ELYZE MCDONALD
DAVID LEDGER
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Continental Micronesia, Inc. dba
Continental Micronesia and
Continental Airlines, Inc.

FILED
DISTRICT COURT OF GUAM
JAN 27 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TONY H. ASHTIANI,<br><br>    Plaintiff,<br><br>vs.<br><br>CONTINENTAL MICRONESIA, INC. dba CONTINENTAL MICRONESIA and CONTINENTAL AIRLINES, INC.,<br><br>    Defendant. | CIVIL CASE NO. CV02-00032<br><br>**RESPONSE TO REQUEST FOR ISSUANCE OF ORDER** |

      On January 26, 2004, Plaintiff Tony H. Ashtiani filed a Request for Issuance of Order denying Continental's Motion to Strike Mr. Ashtiani's Affidavit and attached Exhibits 1-55, which Motion was filed December 24, 2003. Mr. Ashtiani filed an Opposition to the Motion on December 31, 2003 and on January 9, 2004, he filed a Supplemental Opposition to the Motion.

      Under Local Rule of Practice 7.1(d)(1)(B), Replies are not mandatory. Continental was therefore not required to file a Reply, and after reviewing the Opposition,

4819-4455-3984.1.013280-00079

believed that one was not necessary, as the Motion itself contained all the relevant briefing on the subject. Continental has not filed any document untimely, and respectfully requests that the Court deny Mr. Ashtiani's Request.

DATED: Hagåtña, Guam, January 27, 2004.

CARLSMITH BALL LLP

_____
ELYZE McDONALD
DAVID LEDGER
Attorneys for Defendant
Continental Micronesia, Inc. dba
Continental Micronesia and
Continental Airlines, Inc.