Tony H. Ashtiani
P.O.Box 12723
Tamuning Guam 96931
671-688-4844
671-653-5575

FILED
DISTRICT COURT OF GUAM

JAN 2 9 2004

MARY L. M. MORAN
CLERK OF COURT

153

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| Tony H. Ashtiani, | ) |
|       Plaintiff, | ) Civil Case No.: 02-00032 |
|   vs. | ) |
| Continental Micronesia Inc, | ) |
| Dba, Continental Micronesia, | )   **CERTIFICATE OF SERVICE** |
| Continental Airlines, | )   **Fed R. Civ. P. 5 (d)** |
|       Defendant | ) |

I, certify that a true copy of the attached in reference to AMENDED REQUEST FOR ISSUENCE OF ORDER was hand delivered to the office of CARLSMITH BALL LLP at 134 West Soledad Avenue, Bank of Hawaii bldg, Suite 401 Hagatna, Guam 96932. On JANUARY 29th 2004. The papers were left with the receptionist or person who appeared to be in charge as the clerk or associate of Mr. David Ledger Esq., Or Ms. Elyze McDonald Esq.

Dated: this 29th day of JANUARY , 2004.

Tony H. Ashtiani

pro se plaintiff