ORIGINAL

CARLSMITH BALL LLP

ELYZE McDONALD
DAVID LEDGER
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Continental Micronesia, Inc. dba
Continental Micronesia and
Continental Airlines, Inc.

FILED
DISTRICT COURT OF GUAM
FEB 05 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TONY H. ASHTIANI,<br><br>    Plaintiff,<br><br>vs.<br><br>CONTINENTAL MICRONESIA, INC. dba CONTINENTAL MICRONESIA and CONTINENTAL AIRLINES, INC.,<br><br>    Defendant. | CIVIL CASE NO. CV02-00032<br><br>**DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY FOR PRELIMINARY PRETRIAL CONFERENCE** |

Defendants request that defense Counsel appear telephonically before the Court on March 1, 2004 at 3:00 p.m. for the Preliminary Pretrial Conference, as defense counsel currently lives off-island.

Respectfully submitted this 5th day of February 2004.

CARLSMITH BALL LLP

_____
ELYZE McDONALD
DAVID LEDGER
Attorneys for Defendant
Continental Micronesia, Inc. dba
Continental Micronesia and
Continental Airlines, Inc.