CARLSMITH BALL LLP

ELYZE McDONALD
DAVID LEDGER
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendants
Continental Micronesia, Inc.
dba Continental Micronesia
and Continental Airlines, Inc.



IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TONY H. ASHTIANI,<br><br>    Plaintiff,<br><br>vs.<br><br>CONTINENTAL MICRONESIA, INC. dba<br>CONTINENTAL MICRONESIA and<br>CONTINENTAL AIRLINES, INC.,<br><br>    Defendants. | CIVIL CASE NO. CIV02-00032<br><br>**DECLARATION OF MAILING** |

I, June M, Cruz, hereby declare under penalty of perjury of the laws of the United States, that on the 5th day of February 2004, I will mail a copy of Defendants' Request to Appear Telephonically for Preliminary Pretrial Conference (Filed 02/05/2004) and Order Granting Defendants Request to Appear Telephonically for Preliminary Pretrial Conference (Stamped received by Court 02/05/2004), via certified mail with return receipt requested, by depositing same in a sealed envelope with the U.S. Postal Service, addressed to Tony H. Ashtiani, Post

Office Box 12723, Tamuning, Guam 96931.

I declare under penalty of perjury (6 G.C.A. §4308) that the foregoing is true and correct.

DATED: Hagåtña, Guam, February 5, 2004.

_____
JUNE M. CRUZ