ORIGINAL

CARLSMITH BALL LLP

ELYZE MCDONALD
DAVID LEDGER
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Continental Micronesia, Inc. dba
Continental Micronesia and
Continental Airlines, Inc.

FILED
DISTRICT COURT OF GUAM
FEB 11 2004
MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TONY H. ASHTIANI,<br><br>Plaintiff,<br><br>vs.<br><br>CONTINENTAL MICRONESIA, INC. dba CONTINENTAL MICRONESIA and CONTINENTAL AIRLINES, INC.,<br><br>Defendant. | CIVIL CASE NO. CV02-00032<br><br>**DISAGREEMENT OF HEARING DATE; DECLARATION OF ELYZE MCDONALD** |

### DISAGREEMENT OF HEARING DATE

Pursuant to Local Rule 7.1, Defendant Continental Micronesia, Inc. hereby acknowledges the following:

1. I, David Ledger, am the attorney for Continental in this matter. My associate Elyze McDonald contacted pro se Plaintiff Tony H. Ashtiani on February 4, 2004, to agree upon a date for oral argument on Continental's Motion for Rule 11 Sanctions. See Ex. A [Decl. of Elyze McDonald (attached hereto)].

CARLSMITH BALL LLP

ELYZE MCDONALD
DAVID LEDGER
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Continental Micronesia, Inc. dba
Continental Micronesia and
Continental Airlines, Inc.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TONY H. ASHTIANI,<br><br>Plaintiff,<br><br>vs.<br><br>CONTINENTAL MICRONESIA, INC. dba CONTINENTAL MICRONESIA and CONTINENTAL AIRLINES, INC.,<br><br>Defendant. | CIVIL CASE NO. CV02-00032<br><br>**DECLARATION OF ELYZE McDONALD** |

I, Elyze McDonald, declare under risk and penalty of perjury the following:

1. I am an attorney at law licensed to practice before the Courts of the Territory of Guam and before this Court. I am an associate with the law firm of Carlsmith Ball LLP, attorneys of record for Defendant Continental Micronesia, Inc.

2. If called as a witness, I would and could competently testify thereto to all facts within my personal knowledge except where stated upon information and belief.

**EXHIBIT A**

3.  I contacted pro se Plaintiff Tony H. Ashtiani on February 4, 2004, to agree upon a date for oral argument on Continental's Motion for Rule 11 Sanctions.

4.  Mr. Ashtiani did not agree to a hearing date.

5.  I called the Court to confirm whether the Court was available to hear Continental's Motion for Sanctions on March 12, 2004. Court Clerk Renee Martinez stated that the Court is available on that date at 10:00 a.m.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this 9th day of February 2004, at Honolulu, Hawaii.

_____
ELYZE MCDONALD