ORIGINAL

CARLSMITH BALL LLP

ELYZE MCDONALD
DAVID LEDGER
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Continental Micronesia, Inc. dba
Continental Micronesia and
Continental Airlines, Inc.



FILED
DISTRICT COURT OF GUAM
FEB 1 1 2004
MARY L. M. MORAN
CLERK OF COURT

165

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TONY H. ASHTIANI,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CONTINENTAL MICRONESIA, INC. dba<br>CONTINENTAL MICRONESIA and<br>CONTINENTAL AIRLINES, INC.,<br><br>　　　　Defendant. | CIVIL CASE NO. CV02-00032<br><br>**DECLARATION OF SERVICE** |

　　　　I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on the 11th day of February 2004, I will cause to be served, via hand delivery, true and correct copies of the following documents, upon Plaintiff, Tony H. Ashtiani:

　　　　1.　　Defendant Continental Micronesia, Inc.'s Motion for Sanctions Under Federal Rule of Civil Procedure 11;

　　　　2.　　Disagreement of Hearing Date; Declaration of Elyze McDonald;

　　　　3.　　Request for Hearing;

4. Order Granting Hearing; and

5. Declaration of Service.

Executed this 11 day of February 2004 at Hagåtña, Guam.

_____
DAVID LEDGER