CARLSMITH BALL LLP

ELYZE MCDONALD
DAVID LEDGER
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Continental Micronesia, Inc. dba
Continental Micronesia and
Continental Airlines, Inc.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TONY H. ASHTIANI, | CIVIL CASE NO. CV02-00032 |
| Plaintiff, | |
| vs. | **ORDER GRANTING HEARING** |
| CONTINENTAL MICRONESIA, INC. dba CONTINENTAL MICRONESIA and CONTINENTAL AIRLINES, INC., | |
| Defendant. | |

**IT IS HEREBY ORDERED** that Defendant's Request for Hearing on its Motion for Sanctions under Federal Rule of Civil Procedure is GRANTED. The hearing will be held on March 12, 2004, at 10:00 a.m.

**SO ORDERED** this 12th day of February.

HONORABLE JOHN S. UNPINGCO
Chief Judge, District Court of Guam