CARLSMITH BALL LLP

ELYZE McDONALD
DAVID LEDGER
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendants
Continental Micronesia, Inc.
dba Continental Micronesia
and Continental Airlines, Inc.



IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TONY H. ASHTIANI,<br><br>        Plaintiff,<br><br>vs.<br><br>CONTINENTAL MICRONESIA, INC. dba<br>CONTINENTAL MICRONESIA and<br>CONTINENTAL AIRLINES, INC.,<br><br>        Defendants. | CIVIL CASE NO. CIV02-00032<br><br>**DECLARATION OF MAILING** |

       I, Marissa Leon Guerrero, hereby declare under penalty of perjury of the laws of the United States, that on the 17th day of February 2004, I will mail a copy of Defendants' Trial Brief and Defendant's Rule 26 Disclosures, via certified mail with return receipt requested, by depositing same in a sealed envelope with the U.S. Postal Service, addressed to Tony H. Ashtiani, Post Office Box 12723, Tamuning, Guam 96931.

4812-0884-7616.1.013280-00079

I declare under penalty of perjury (6 G.C.A. §4308) that the foregoing is true and correct.

Executed this 17th Day of February 2004, Hagåtña, Guam.

_____
MARISSA LEON GUERRERO