```
1  Tony H. Ashtiani
   P.O.Box 12723
2  Tamuning Guam 96931
   671-688-4844
3  671-653-5575
```

FILED
DISTRICT COURT OF GUAM
FEB 18 2004
MARY L. M. MORAN
CLERK OF COURT

171

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| **Tony H. Ashtiani,** | ) |
| Plaintiff, | ) Civil Case No.: 02-00032 |
| Vs. | ) |
| **Continental Micronesia Inc,** | ) |
| **Dba, Continental Micronesia,** | ) CERTIFICATE OF SERVICE |
| **Continental Airlines,** | ) Fed R. Civ. P. 5 (d) |
| Defendant | ) |

I, certify that a true copy of the attached in reference to PLAINTIFF'S OPPOSITION TO DEFENDANT CONTINENTAL MICRONESIA INC'S MOTION FOR SANCTION UNDER FEDERAL RULE OF CIVIL PROCEDURE RULE 11. was hand delivered to the office of CARLSMITH BALL LLP at 134 West Soledad Avenue, Bank of Hawaii bldg, Suite 401 Hagatna, Guam 96932. On FEBURURY 18TH 2004. The papers were left with the receptionist or person who appeared to be in charge as the clerk or associate of Mr. David Ledger Esq., Or Ms. Elyze McDonald Esq.

Dated: this 18TH day of FEBURARY , 2004.

Tony H. Ashtiani