```
Tony H. Ashtiani
P.O.Box 12723
Tamuning Guam 96931
671-688-4844
671-653-5575
```
FILED DISTRICT COURT OF GUAM FEB 20 2004 MARY L. M. MORAN CLERK OF COURT (174)

# UNITED STATES DISTRICT COURT

### DISTRICT OF GUAM

| | |
|---|---|
| **Tony H. Ashtiani,** | ) |
| Plaintiff, | ) Civil Case No.: 02-00032 |
| Vs. | ) |
| **Continental Micronesia Inc,** | ) |
| **Dba, Continental Micronesia,** | ) PLAINTIFF'S WITNESS LIST. |
| **Continental Airlines,** | ) |
| Defendant | ) |

Plaintiff intends on calling the following witnesses at trial for its case in chief.

| | |
|---|---|
| Mr. Mark Erwin | Continental Micronesia Inc. Guam International Airport Old Terminal General Offices Building |
| Ms. Teresa sage<br>Ms. Annie Duenes<br>Mr. Dixon McKinzie | Continental Micronesia Inc. Guam International Airport Old terminal Human resources Dept. |
| Mr. Frank Ranon | Continental Micronesia Inc. Load planning division |
| Mr. Vince Diaz<br>Mr. James Hammer<br>Mr. William Herrera<br>Mr. Frank Perez<br>Mr. Joseph Pangelinan | Continental Micronesia Inc. Guam International Airport Technical Services Division Maintenance Dept. //// |

| | | |
|---|---|---|
| 1 | Mr. Larry Kimball | Continental Micronesia Inc. |
| | Mr. Jr. Martinez | Guam International Airport |
| 2 | Mr. Victor Saclot | Technical Services Division |
| | Mr. Edwin Antonio | Maintenance Dept. |
| 3 | Mr. Ron Roberts | //// |
| | Mr. Justino Rdiall | //// |
| 4 | Mr. Sherman Thompson | //// |
| 5 | Mr. James Lujan | //// |
| | Mr. Fred Leon Guerrero | //// |
| 6 | Mr. Luis Kennedy | //// |
| 7 | Mr. Wilter Sharmidal | (will appear at own will) |
| 9 | Ms. Beverly Dorion | CMI gate agent |
| 10 | Ms. Betty Diaz | MTB Outfitters / Bike shop / Hagatna Guam |
| 12 | Mr. Arnold Libut | (will appear telephonically) |
| 13 | Mr. Joby Okada | Northwest Airlines / Guam international Airport / Maintenance Office |
| 15-16 | Ms. Kathleen P. Sgambelluri | Budget car rental. / Guam International Airport. |
| 17 | Mr. Dave Cassidy | Cassidy's Insurance |
| 18-19 | Mr. Timothy Garrett | Maintenance Mgr/Dir Houston / Appear telephonically |
| 20 | Attorney Mark Williams | Law office of Mark E. Williams |

**Submitted respectfully**     Dated this 20TH day of February 2004.

Tony H. Ashtiani

Pro se, plaintiff