```
1  Tony H. Ashtiani
   P.O.Box 12723
2  Tamuning Guam 96931
   671-688-4844
3  671-653-5575
```



FILED
DISTRICT COURT OF GUAM
FEB 20 2004

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

**Tony H. Ashtiani,**

    Plaintiff,

Vs.

**Continental Micronesia Inc,**

**Dba, Continental Micronesia,**

**Continental Airlines,**

    Defendant

Civil Case No.: 02-00032

**CERTIFICATE OF SERVICE**

Fed R. Civ. P. 5 (d)

I, certify that a true copy of the attached in reference to 1. PLAINTIFF'S TRIAL BRIEF 2. EXHIBIT LIST 3. WITNESS LIST was hand delivered to the office of CARLSMITH BALL LLP at 134 West Soledad Avenue, Bank of Hawaii bldg, Suite 401 Hagatna, Guam 96932. On FEBURURY 20TH 2004. The papers were left with the receptionist or person who appeared to be in charge as the clerk or associate of Mr. David Ledger Esq., Or Ms. Elyze McDonald Esq. Dated: this 20TH day of FEBURURY 2004.

                                          Tony H. Ashtiani

                                          pro se, plaintiff