Tony H. Ashtiani
P.O.Box 12723
Tamuning Guam 96931
671-688-4844
671-653-5575

FILED
DISTRICT COURT OF GUAM
FEB 23 2004
MARY L. M. MORAN
CLERK OF COURT

176

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| Tony H. Ashtiani, | ) |
| Plaintiff, | ) Civil Case No.: 02-00032 |
| Vs. | ) |
| | ) PLAINTIFF'S OBJECTION TO |
| Continental Micronesia Inc, | ) DEFENDANTS' REQUEST FOR HEARING |
| | ) TO BE HELD TELEPHONICALLY AS TO |
| Dba, Continental Micronesia, | ) PRELIMANRY PRETRIAL CONFERENCE, |
| | ) OR ANY OTHER HEARINGS. |
| Continental Airlines, | ) |
| Defendant. | ) |

Plaintiff objects to defendants request to hold telephonically for preliminary pretrial conference or any other hearing for that matter, This case is filed in the District Court Of Guam and the defendant employs other attorneys at Carl Smith, which is only a walking distance and several blocks from the District Court. Further more, Defendant filed their request on Feb 05, 2004 with the court but this document was only received by the plaintiff via certified mail on Feb 23, 2004!

1   Plaintiff respectfully asks the court that defendant's
2   request to be denied. More over, plaintiff has received many
3   other documents via certified mail from which it was submitted
4   as a pre trail delaying tactic and plaintiff request the Court
5   for an order to defendants counsel to perform proper service to
6   Unrepresented party from now on, such a motion was filed on May
7   16, 2003. so that defendant can not choose and select what
8   documents to mail and which documents to call for pick up,
9   defendant shall from now on serve plaintiff directly Monday thru
10  Friday from 3:00 P.M. to 5:00 P.M at Guam law Library.

**Respectfully submitted,**

Dated: This 23RD day of February 2004.

Tony H. Ashtiani

Pro se, plaintiff