Tony H. Ashtiani
P.O.Box 12723
Tamuning Guam 96931
671-688-4844
671-653-5575

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| **Tony H. Ashtiani,** ) | |
| ) | |
| Plaintiff, ) | Civil Case No.: 02-00032 |
| ) | |
| Vs. ) | |
| ) | |
| **Continental Micronesia Inc,** ) | |
| ) | CERTIFICATE OF SERVICE |
| **Dba, Continental Micronesia,** ) | |
| ) | Fed R. Civ. P. 5 (d) |
| **Continental Airlines,** ) | |
| ) | |
| Defendant ) | |
| ) | |

I, certify that a true copy of the attached in reference to Plaintiff's objection to defendants' request fro hearing to be held telephonically as to premlimanry pretrial conference or any other hearing. was hand delivered to the office of CARLSMITH BALL LLP at 134 West Soledad Avenue, Bank of Hawaii bldg, Suite 401 Hagatna, Guam 96932. On FEBURURY 23rd 2004. The papers were left with the receptionist or person who appeared to be in charge as the clerk or associate of Mr. David Ledger Esq., Or Ms. Elyze McDonald Esq. Dated: this 23rd day of FEBURURY 2004.

Tony H. Ashtiani

pro se, plaintiff