DISTRICT COURT OF GUAM

TERRITORY OF GUAM

TONY H. ASHTIANI,

    Plaintiff,

vs.

CONTINENTAL MICRONESIA, et al.,

    Defendants.

Civil Case No. 02-00032

ORDER

This case is scheduled to come before the Court on March 1, 2004, for a Preliminary Pretrial Conference. However there are outstanding motions that have not yet been decided which may have bearing on the posture of this case. Therefore pending resolution of these matters, the Court will vacate the present scheduling order and will re-calendar the Preliminary Pretrial Conference, Final Pretrial Conference and trial date as appropriate.

SO ORDERED this 26th day of February, 2003.

JOHN S. UNPINGCO
Chief Judge