ORIGINAL



CARLSMITH BALL LLP

ELYZE McDONALD
DAVID LEDGER
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Continental Micronesia, Inc. dba
Continental Micronesia and
Continental Airlines, Inc.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TONY H. ASHTIANI,<br><br>    Plaintiff,<br><br>vs.<br><br>CONTINENTAL MICRONESIA, INC. dba CONTINENTAL MICRONESIA and CONTINENTAL AIRLINES, INC.,<br><br>    Defendant. | CIVIL CASE NO. CV02-00032<br><br>**DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY FOR DEFENDANTS' MOTION FOR SANCTIONS UNDER FEDERAL RULE OF CIVIL PROCEDURE 11, OR IN THE ALTERNATIVE, TO RESCHEDULE HEARING** |

Defendants request that Defense Counsel appear telephonically before the Court on March 12, 2004 at 10:00 a.m. for the Hearing on Defendants Motion for Sanctions under Federal Rule of Civil Procedure 11.

Defense counsel residing on-island, David Ledger, Esq. will be unavailable to appear in person for the hearing, as he will be attending a telephonic settlement conference with the Ninth Circuit Court of Appeals at the same scheduled time as the hearing in this case. Defense counsel Elyze McDonald, Esq., who currently resides off-island, is available to appear telephonically on that time and date.

In the alternative, should the Court require personal appearance by counsel, Defendants request that the time scheduled for the hearing (10:00 a.m.) be rescheduled to a later time on that same day, so that Mr. Ledger may appear in person.

Respectfully submitted this 4th day of March 2004.

CARLSMITH BALL LLP

ELYZE McDONALD
DAVID LEDGER
Attorneys for Defendants
Continental Micronesia, Inc. dba
Continental Micronesia and
Continental Airlines, Inc.