CARLSMITH BALL LLP

ELYZE McDONALD
DAVID LEDGER
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendants
Continental Micronesia, Inc.
dba Continental Micronesia
and Continental Airlines, Inc.



IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TONY H. ASHTIANI,<br><br>        Plaintiff,<br><br>vs.<br><br>CONTINENTAL MICRONESIA, INC. dba CONTINENTAL MICRONESIA and CONTINENTAL AIRLINES, INC.,<br><br>        Defendants. | CIVIL CASE NO. CIV02-00032<br><br>**DECLARATION OF MAILING** |

      I, June M. Cruz Borja, hereby declare under penalty of perjury of the laws of the United States, that on the 4th day of March 2004, I mailed a filed copy of Defendants' Request to Appear Telephonically for Defendants' Motion for Sanctions Under Federal Rule of Civil Procedure 11, or in the Alternative, to Reschedule Hearing (Filed 03/04/2004) and a stamped received copy of the Order Granting Defendants' Request to Appear Telephonically for Defendants' Motion for Sanctions Under Federal Rule Civil Procedure and Order Rescheduling

Defendants' Motion for Sanctions Under Federal Rule of Civil Procedure 11 (Received 03/04/2004), via certified mail with return receipt requested, by depositing same in a sealed envelope with the U.S. Postal Service, addressed to Tony H. Ashtiani, Post Office Box 12723, Tamuning, Guam 96931.

I declare under penalty of perjury (6 G.C.A. §4308) that the foregoing is true and correct.

Executed this 4th Day of March 2004, Hagåtña, Guam.

_____
JUNE M. CRUZ BORJA