CARLSMITH BALL LLP

ELYZE McDONALD
DAVID LEDGER
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendants
Continental Micronesia, Inc.
dba Continental Micronesia
and Continental Airlines, Inc.



IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TONY H. ASHTIANI,<br><br>          Plaintiff,<br><br>vs.<br><br>CONTINENTAL MICRONESIA, INC. dba<br>CONTINENTAL MICRONESIA and<br>CONTINENTAL AIRLINES, INC.,<br><br>          Defendants. | CIVIL CASE NO. CIV02-00032<br><br>**DECLARATION OF MAILING** |

      I, June M. Cruz Borja, hereby declare under penalty of perjury of the laws of the United States, that on the 5th day of March 2004, I mailed a filed copy of Defendants' Reply Memorandum in Support of Defendants' Motion for Sanctions Under Federal Rule of Civil Procedure 11 (Filed 03/05/2004), via certified mail with return receipt requested, by depositing same in a sealed envelope with the U.S. Postal Service, addressed to Tony H. Ashtiani, Post Office Box 12723, Tamuning, Guam 96931.

I declare under penalty of perjury (6 G.C.A. §4308) that the foregoing is true and correct.

Executed this 5th day of March 2004, Hagåtña, Guam.

_____
JUNE M. CRUZ BORJA