FILED
DISTRICT COURT OF GUAM
MAR 11 2004
MARY L. M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| TONY H. ASHTIANI,<br><br>Plaintiff,<br><br>vs.<br><br>CONTINENTAL MICRONESIA INC.,<br>d/b/a CONTINENTAL MICRONESIA,<br>and CONTINENTAL AIRLINES, INC.,<br><br>Defendants. | Civil Case No. 02-00032<br><br>**ORDER** |

This case is scheduled to come before the Court on March 12, 2004, for oral arguments on Defendant Continental Micronesia, Inc.'s Motion for Sanctions under Federal Rule of Civil Procedure 11. However, the Court finds it unnecessary to hear oral arguments. Accordingly, the Court vacates the scheduled hearing date.

IT IS SO ORDERED this 11th day of March, 2004.

JOHN S. UNPINGCO
**Chief Judge**