ORIGINAL

FILED
DISTRICT COURT OF GUAM
APR - 6 2004
MARY L. M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

TONY H. ASHTIANI,

    Plaintiff,

vs.

CONTINENTAL MICRONESIA, INC., d/b/a CONTINENTAL MICRONESIA, and CONTINENTAL AIRLINES, INC.,

    Defendants.

Civil Case No. 02-00032

**ORDER**

    Presently before the Court are Plaintiff Tony H. Ashtiani's Motion to Seize Investigation, Intimidation, Harassment, and Blackmail by the Defendant and Amended Motion to Seize Cover-Up in Postal Violation of EEOC Director in Coordinated Effort of Defendant's Counselors in Hawaii and Guam. Regarding the motion to seize Defendants' investigation, intimidation, harassment, and blackmail, the Court finds no good cause for granting the motion, since Plaintiff simply speculates about an alleged investigation and blackmail conducted by Defendants and fails to provide more details about Defendants' alleged harassment and

intimidation of him. As for the motion to seize Defendants' postal violation cover-up, Plaintiff likewise fails to provide anything more than mere speculation and suspicion of wrongdoing. Accordingly, the Court DENIES the motions.

IT IS SO ORDERED this 5th day of April, 2004.

/s/ John S. Unpingco
JOHN S. UNPINGCO
Chief Judge, District Court of Guam