Tony H. Ashtiani
P.O. Box 12723
Tamuning, Guam 96931
671-688-4844
671-653-5573

FILED
DISTRICT COURT OF GUAM
APR 23 2004
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| Tony H. Ashtiani,<br><br>    Plaintiff,<br><br>vs.<br><br>Continental Micronesia Inc,<br>Dba, Continental Micronesia,<br>Continental Airlines,<br><br>    Defendant. | CIVIL ACTION NO. 02-00032<br><br>STIPULATION RE SETTLEMENT CONFERENCE |

**Comes now**; Plaintiff, Tony H. Ashtiani, and defendant Continental Micronesia Inc., through its undersigned counsel and stipulate as follows:

A Settlement Conference in the above-caption civil matter shall be held on  MAY 5, 2004 , 2004, at the United States District Court in Hagatna, Guam, at 9 A. .m.

Continental stipulates to a Settlement Conference without prejudice to any of its arguments in support of its pending Motion for Summary Judgment. Rather, this Stipulation is given to accommodate Plaintiff's request for a settlement conference, as opposed to having Plaintiff make a Motion for a Settlement Conference.

CV 02-00032 PAGE 1 OF 2

Should the Court grant Continental's Motion for Summary Judgment, this Stipulation for a settlement conference would be rendered moot, and Continental would decline a Settlement Conference. Should the Court grant the Motion in part and deny it in part, Continental would then have to revisit the issue of whether or not to Stipulate to a Settlement Conference. Should the Court deny Continental's Motion for Summary Judgment, Continental would likewise have to reconsider its position with regard to participation in a Settlement Conference.

**So Stipulates:**

By: /s/ T. Ashtiani        Date: April 8, 2004

Tony H. Ashtiani

**So Stipulates:**

By: /s/ David Ledger        Date: April 2, 2004

David Ledger, Esq.

**It is so ordered.**

It is hereby ordered that a settlement conference will be held in this matter on May 5, 2004, at 9:00 a.m.

/s/ John S. Unpingco

John S. Unpingco

Chief District Judge



RECEIVED
APR - 8 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM