DISTRICT COURT OF GUAM

TERRITORY OF GUAM

FILED
DISTRICT COURT OF GUAM
APR 27 2004
MARY L. M. MORAN
CLERK OF COURT

TONY H. ASHTIANI,

    Plaintiff,

vs.

CONTINENTAL MICRONESIA, INC., d/b/a CONTINENTAL MICRONESIA, and CONTINENTAL AIRLINES, INC.,

    Defendants.

Civil Case No. 02-00032

**ORDER**

On April 23, 2004, the Court issued an Order ruling on the following motions: (1) Defendant Continental Micronesia, Inc.'s Motion to Strike Affidavit of Tony H. Ashtiani and Attached Exhibits 1-55, Filed on December 19, 2003, (2) Defendant Continental Micronesia, Inc.'s Motion to Strike Declaration of Tony Ashtiani and Exhibit 56 Filed January 9, 2004, (3) Defendant Continental Micronesia, Inc.'s Motion to Strike All Unauthenticated Evidence Proffered by Ashtiani, (4) Plaintiff's Motion to Strike "Sham" Affidavits and Attached Exhibits by Defendant in Attempt to Obstruct Justice, and (5) Plaintiff's Cross Motion to Strike Defendants' Exhibits. In the Order, the Court granted in whole or in part motions to strike

1

various documents. However, the Clerk of Court shall not remove such documents from the record, as the Court simply will not consider these documents for purposes of resolving the parties' summary judgment motions.

IT IS SO ORDERED this 23rd day of April, 2004.

**JOHN S. UNPINGCO**
**Chief Judge, District Court of Guam**