

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Continental Micronesia, Inc. dba
Continental Micronesia and
Continental Airlines, Inc.

FILED
DISTRICT COURT OF GUAM
APR 27 2004
MARY L. M. MORAN
CLERK OF COURT

205

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TONY H. ASHTIANI,<br><br>  Plaintiff,<br><br>vs.<br><br>CONTINENTAL MICRONESIA, INC. dba<br>CONTINENTAL MICRONESIA and<br>CONTINENTAL AIRLINES, INC.,<br><br>  Defendants. | CIVIL CASE NO. CV02-00032<br><br>DEFENDANTS' REQUEST TO RESCHEDULE SETTLEMENT CONFERENCE; DECLARATION OF DAVID LEDGER IN SUPPORT OF REQUEST; ~~PROPOSED~~ ORDER; DECLARATION OF SERVICE |

Defendants hereby respectfully request that the settlement conference scheduled for May 5, 2004 be rescheduled. The following declaration is submitted in support of the request.

I, David Ledger, pursuant to 28 U.S.C. 1746, hereby declare as follows:

1. I am the leading Attorney for Defendants in the above captioned case and am duly admitted to practice in this Court.

2. By way of Stipulation and Order, the Court scheduled a settlement conference for May 5, 2004.

3. On April 26, 2004, I informed Plaintiff Mr. Ashtiani that I had a four (4) day business trip off island beginning May 4, 2004. I informed Mr. Ashtiani that I would contact the Court to request a new date for the settlement conference.

4. On April 26, 2004, I contacted the Court by telephone regarding my schedule conflict and to inform the Court that I would request a new date for the settlement conference. After speaking with Court personnel, I informed Mr. Ashtiani that I had done so.

5. On May 4, 2004, I will depart Guam for a business meeting in Newark, New Jersey, then to return to Guam on May 7, 2004. This meeting does not involve this case and due to the involvement of others also traveling to New Jersey, can not be rescheduled.

6. Mr. Ashtiani and defense Counsel have discussed alternative dates for a settlement conference. Based on such discussion, I am able to suggest the week of May 17, 2004 for a settlement conference.

Respectfully submitted this 26th day of April 2004.

CARLSMITH BALL LLP

_____
DAVID LEDGER
Attorney for Defendants
Continental Micronesia, Inc. dba
Continental Micronesia and
Continental Airlines, Inc.

Tony Ashtiani vs. Continental Micronesia, Inc., et al.
District Court of Guam Civil Case No. CIV02-00032
DEFENDANTS' REQUEST TO RESCHEDULE SETTLEMENT
CONFERENCE; DECLARATION OF DAVID LEDGER IN
SUPPORT OF REQUEST; PROPOSED ORDER; DECLARATION
OF SERVICE
Page 3

## ORDER RESCHEDULING SETTLEMENT CONFERENCE

The Court, having considered Defendants' request to reschedule the settlement conference currently scheduled for May 5, 2004 and the declaration of David Ledger submitted in support thereof, and good cause appearing therefore, hereby **ORDERS** that the May 5, 2004 date be vacated and further **ORDERS** that the settlement conference be rescheduled to May 25, 2004 at 9 o'clock.

SO ORDERED: APR 27 2004

HONORABLE JOHN S. UNPINGCO
Chief United States District Judge
For the District of Guam

RECEIVED
APR 26 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Tony Ashtiani vs. Continental Micronesia, Inc., et al.
4822-3094-9376.1.013280-00079

Case 1:02-cv-00032    Document 227    Filed 04/27/2004    Page 3 of 4

## DECLARATION OF SERVICE

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on the 26th day of April 2004, I will cause to be served a copy of DEFENDANTS' REQUEST TO RESCHEDULE SETTLEMENT CONFERENCE; DECLARATION OF DAVID LEDGER IN SUPPORT OF REQUEST; **PROPOSED ORDER**; DECLARATION OF SERVICE, upon Plaintiff Tony H. Ashtiani.

I declare under penalty of perjury (28 U.S.C. §1746) that the foregoing is true and correct.

Executed this 26th day of April 2004 at Hagåtña, Guam.

_____
DAVID LEDGER