DISTRICT COURT OF GUAM

TERRITORY OF GUAM

FILED
DISTRICT COURT OF GUAM
APR 28 2004
MARY L. M. MORAN
CLERK OF COURT

| | |
|---|---|
| TONY H. ASHTIANI,<br><br>Plaintiff,<br><br>vs.<br><br>CONTINENTAL MICRONESIA, INC.,<br>d/b/a CONTINENTAL MICRONESIA,<br>and CONTINENTAL AIRLINES, INC.,<br><br>Defendants. | Civil Case No. 02-00032<br><br>**ORDER** |

The Court is in receipt of Plaintiff Tony H. Ashtiani's Counter Motion to Strike Defendants' Exhibits, filed December 31, 2003. This motion seeks relief identical to that in Plaintiff's Cross Motion to Strike Defendants' Exhibits, which the Court ordered granted on April 23, 2004. Therefore, Plaintiff's Counter Motion to Strike Defendants' Exhibits is denied as MOOT.

IT IS SO ORDERED this 28th day of April, 2004.

_____
JOHN S. UNPINGCO
Chief Judge, District Court of Guam