ORIGINAL

FILED
DISTRICT COURT OF GUAM
APR 28 2004
MARY L. M. MORAN
CLERK OF COURT

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Continental Micronesia, Inc. dba
Continental Micronesia and
Continental Airlines, Inc.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TONY H. ASHTIANI,<br><br>Plaintiff,<br><br>vs.<br><br>CONTINENTAL MICRONESIA, INC. dba<br>CONTINENTAL MICRONESIA and<br>CONTINENTAL AIRLINES, INC.,<br><br>Defendants. | CIVIL CASE NO. CV02-00032<br><br>**ERRATA**<br>**DECLARATION OF SERVICE** |

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States (28 U.S.C. §1746), that on the 27th day of April 2004, I served a copy of DEFENDANTS' REQUEST TO RESCHEDULE SETTLEMENT CONFERENCE; DECLARATION OF DAVID LEDGER IN SUPPORT OF REQUEST; PROPOSED ORDER; DECLARATION OF SERVICE, upon Plaintiff Tony H. Ashtiani.

Executed this 27th day of April 2004 at Hagåtña, Guam.

DAVID LEDGER