DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| TONY H. ASHTIANI,<br><br>    Plaintiff,<br><br>vs.<br><br>CONTINENTAL MICRONESIA INC., etc., *et al.*,<br><br>    Defendants. | Civil Case No. 02-00032<br><br>ORDER |

This action has been assigned to Judge Joaquin V.E. Manibusan, Jr. for the purpose of conducting a settlement conference. The parties are instructed to read this Order carefully as it controls the settlement procedure for this case.

**1. Presence of Lead Counsel.** Unless a party is proceeding *pro se*, the attorney attending the settlement conference must be the lead trial counsel.

**2. Presence of All Parties.** All parties to the litigation must attend the settlement conference. A representative with *unrestricted* settlement authority must appear on behalf of corporations and other business entities.

**3. Insurance Matters.** In cases involving insurance, a representative with *unrestricted* settlement authority must appear on behalf of the insurance company.

**4. Confidential Settlement Letters.** Each party must submit a confidential settlement letter, no more than five (5) pages in length, no later than Tuesday, May 25, 2004. The letter should not be filed, but should be submitted in a sealed envelope and labeled

"SEALED: CONFIDENTIAL SETTLEMENT LETTER FOR IN CAMERA REVIEW ONLY." The letter should set forth the party's statement of the case, including strengths and weaknesses, and the party's settlement position, including the last offer or demand made by the party and a statement of the offer or demand the party is prepared to make at the settlement conference. The settlement conference letter shall be returned to the party that submitted the letter at the end of the settlement conference.

**5. Date and Time of Conference.** The settlement conference is hereby moved from May 25, 2004 to Thursday, May 27, 2004 at 9:30 a.m.

SO ORDERED this 19th day of May, 2004.

JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge