Tony H. Ashtiani
P.O.Box 12723
Tamuning Guam 96931
671-688-4844
671-653-5575



# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

Tony H. Ashtiani, )
     Plaintiff, ) Civil Case No.: **02-00032**
Vs. )
**Continental Micronesia Inc,** ) DECLARATION OF TONY H. ASHTIANI
**Dba, Continental Micronesia,** ) IN SUPPORT OF MOTION.
**Continental Airlines,** ) LOCAL RULE 37.1
     Defendant )

---

Prior to filing this Motion, Plaintiff in good faith effort has attempted to resolve this matter with opponent prior to bringing this Motion.

1. On March 17 2004 @ 1:00 P.M. I contacted Ms. McDonald regarding discovery request and pointed out my obligation to confer imposed by Rule 37(a) of the Federal Rules. ("Courts held that telephone conferences satisfy the requirements of the Local Rules of practice and the Federal Rules of Civil Procedure"). See, e.g., *Ballou v. University of Kansas Medical Center*, 159 F.R.D. 558, 560 (D.Kan. 1994).

2. On March 17th 2004. @ 4:37 P.M I served Defense counsel with a letter Re: Meet and Confer. **EXHIBIT A.**

3. On March 18th 2004 @ 1:20 P.M . Ms. McDonald had no documents and my request was forwarded to Mr. Ledger.

4. On March 19th 2004 @ 3:00 P.M. I received a call from Mr. Ledger requesting a meeting to discuss discovery requests.

5. On March 22nd 2004 @ 10:30 A.M. Mr. Ledger and I met at his office and "by the end of the meeting" no documents were produced.

6. On March 30th 2004 @ 9:26 A.M Defense counsel and I spoke on the phone and no documents were available.

7. On April 2nd 2004 @ 11:50 A.M Defense counsel and I spoke on the phone and Defense counsel has no document in his possession to comply with the Court Orders.

8. On April 19th 2004 @ 10:00 A.M I met with Defense counsel at Carlsmith to pick up discovery documents, I noticed that request 7(b) and 24 were not included and counsel confirmed, agreed and signed my hand written note. Motion at 7 line 21.

**9.** On April 21st 2004 @ 12:30 P.M I served a letter to Carlsmith reference request 7(b) and 24. **EXHIBIT B.**

**10.** On April 21st 2004 @ 12:30 P.M I was also cross served with a letter in regards to requests 7(b) and 24. **EXHIBIT C.**

**11.** On July 13th 2004 @ 1:20 P.M I contacted Defense counsel requesting a stipulation regarding request 7(b) and 24 and he stated that documents does not exists or were produced. I reminded counsel of my many attempts in the past regarding same.

**12.** Plaintiff asserts that these documents have essential and evidentiary value as to continuation allegation of defendant claim and defenses in Defendant's Motion for Summary Judgment.

**I declare under penalty of perjury that the forgoing is true and correct and if called as witness to testify in this matter, I could and would competently testify to each of these facts.**

Dated: This 16th day of July 2004. Executed in Hagatna, Guam.

Tony H. Ashtiani

Pro se, Plaintiff

Tony H. Ashtiani
P.O. Box 12723
Tamuning Guam 96931
TEL/FAX 1-(671) 653-5575
CELL 1-(671) 688-4844

March 17, 2004.

CARLSMITH BALL LLP
Attorney Mr. Ledger and Ms. McDonald
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue
Hagatna, Guam 96932-5027

**In District Court of Guam CV. 02-00032**

Re:  **Meet and Confer**

Dear Attorney Ms. McDonald.

    This letter is a follow up on our telephone conversation on March 17, 2004 at 1:00 P.M. which fulfilled my obligation imposed by Rule 37(a) of the Federal Rules, that included our meet and confer requirement. There has been ample time for defendant to comply with requested discovery since November 24, 2003 and December 10, 2003 Orders by the Court. However, I will be more than happy to cooperate if defendant has all the requested documents in good faith by tomorrow (March 18, 2004 @ 1:00 P.M) served directly.

    Further more, I had provided a reasonable good faith settlement proposal letter to your office which I have not yet received a reply.

Sincerely,

Tony H. Ashtiani

RECEIVED
CARLSMITH BALL
Date: 3/17/04
Time: 4:37 pm  By: [initials]

EXH "A"

Tony H. Ashtiani
P.O.Box 12723
Tamuning Guam 96931
TEL/FAX 1-(671) 653-5575
CELL 1-(671) 688-4844

RECEIVED
CARLSMITH BALL
Date: 04/21/2004
Time: 12:33p

April 21, 2004

CARLSMITH BALL LLP
Attorney Mr. Ledger
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue
Hagatna, Guam 96932-5027

In District Court of Guam CV. 02-00032

Dear Mr. Ledger

This letter is a follow up that on April 19th 2004 CMI had produced some documents allegedly in compliance with Court Order dated November 24, 2003 and December 10, 2003. Granting motion to compel, we both agreed and signed that Requests # 7(b) and (24) were not included in bate-stamped numbered 01385 through 01448 and documents pertaining to above mentioned requests were not produced by CMI.

Rule 26(e) of the Fed R. Civ. P. states "this information shall be disclosed by the time the party's disclosures under rule 26(a)(3) are due". These documents were due on February 20th 2004 as per the Scheduling Order prior to being vacated On February 26th 2004.

Very Truly Yours,

T. [signature]
Tony H. Ashtiani

# CARLSMITH BALL LLP

A LIMITED LIABILITY LAW PARTNERSHIP

BANK OF HAWAII BLDG., SUITE 401
134 WEST SOLEDAD AVENUE, P.O. BOX BF
HAGÁTÑA, GUAM 96932-5027
TELEPHONE 671.472.6813 FAX 671.477.4375
WWW.CARLSMITH.COM

DIRECT DIAL NO.
X302

DLEDGER@CARLSMITH.COM

OUR REFERENCE NO.:
013280-00079

April 21, 2004

**VIA FACSIMILE [653-5575]**
**AND HAND DELIVERY**

Mr. Tony H. Ashtiani
Post Office Box 12723
Tamuning, Guam 96931

    Re:    Continental Micronesia, Inc.-Tony H. Ashtiani

Dear Mr. Ashtiani:

Regarding recently produced documents and in response to the comments you made during our meeting on April 19, 2004 during which I produced documents, Continental has confirmed to me that no documents exist which are responsive to Request to Produce 7(b). Documents responsive to Request No. 24 begin with the page stamped No. 1416. As I recall those documents were at the bottom of the stack.

    Best regards,

    David Ledger

DPL/jmcb
4815-2021-1200.1.013280-00079

EXH. "C"

HONOLULU · KAPOLEI · HILO · KONA · MAUI · GUAM · SAIPAN · LOS ANGELES · WASHINGTON, D.C.