```
 1  Tony H. Ashtiani
    P.O.Box 12723
 2  Tamuning Guam 96931
    671-688-4844
 3  671-653-5575
```

FILED
DISTRICT COURT OF GUAM
JUL 1 6 2004
MARY L. M. MORAN
CLERK OF COURT

(211)

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| Tony H. Ashtiani, | ) |
| Plaintiff, | ) Civil Case No.: 02-00032 |
| Vs. | ) |
| Continental Micronesia Inc, | ) CERTIFICATE OF SERVICE |
| Dba, Continental Micronesia, | ) Fed R. Civ. P. 5 (d) |
| Continental Airlines, | ) |
| Defendant | ) |

I, certify that a true copy of the attached in reference

1. MOTION FOR CONTEMPT AND SANCTIONS FOR DISOBIDIENCE OF DISCOVERY ORDERS.

2. DECLARATION OF TONY H. ASHTIANI IN SUPPORT OF MOTION.

was hand delivered to the office of Carlsmith Ball LLP at 134 West Soledad Avenue, Bank of Hawaii bldg, Suite 401 Hagatna, Guam 96932. On July 16th 2004. The papers were left with the receptionist or person who appeared to be in charge as the clerk or associate of Mr. David Ledger, Or Ms. Elyze McDonald.

Dated: This 16th day of July 2004.

Tony H. Ashtiani

CV. 02-00032 1 of 1

Case 1:02-cv-00032   Document 233   Filed 07/16/2004   Page 1 of 1