Tony H. Ashtiani
P.O. Box 12723
Tamuning Guam 96931
671-688-4844
671-653-5575

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| Tony H. Ashtiani, | ) |
| Plaintiff, | ) Civil Case No.: 02-00032 |
| Vs. | ) "DISAGREEMENT OF HEARING DATE" |
| Continental Micronesia Inc, | ) |
| Dba, Continental Micronesia, | ) LOCAL RULE 7.1 |
| Continental Airlines, | ) |
| Defendant | ) |

Pursuant to Local Rule 7.1.

1. I am Tony H. Ashtiani, <u>pro se</u> Plaintiff, in the above-entitled action. I contacted the attorney for the opposing party in this action to agree upon a date for oral argument "Sanction for disobedience of discovery orders. Motion for Contempt".

ORIGINAL

2. The attorneys for opposing parties are Mr. David Ledger Esq,. and Ms. Elyze McDonald Esq,. from Carlsmith Ball.

3. I contacted defense counsel Ledger On July 16, 2004 and he disagreed to a hearing.

4. Prior to getting the Court involved, in good faith I wrote a letter to defense counsel and provided him ample opportunity for communication with his client, despite of my efforts there is a disagreement of hearing.

Dated : This 30th day of July, 2004.

Respectfully Submitted,

*(signature)*

Tony H. Ashtiani,

Pro se, Plaintiff