Tony H. Ashtiani
P.O.Box 12723
Tamuning Guam 96931
671-688-4844
671-653-5575



# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| Tony H. Ashtiani, ) | |
| ) | |
| Plaintiff, ) | Civil Case No.: 02-00032 |
| ) | |
| Vs. ) | |
| ) | CERTIFICATE OF SERVICE |
| Continental Micronesia Inc, ) | |
| ) | Fed R. Civ. P. 5 |
| Dba, Continental Micronesia, ) | |
| ) | |
| Continental Airlines, ) | |
| ) | |
| Defendant ) | |
| ) | |

I, certify that a true copy of the attached in reference to DISAGREEMENT OF HEARING DATE was hand delivered to the office of Carlsmith Ball LLP at 134 West Soledad Avenue, Bank of Hawaii bldg, Suite 401 Hagatna, Guam 96932. On July 30 2004. The papers were left with the receptionist or person who appeared to be in charge as the clerk or associate of Mr. David Ledger, Or Ms. Elyze McDonald.

Dated: This 30 day of July 2004.

Tony H. Ashtiani

ORIGINAL