Tony H. Ashtiani
P.O.Box 12723
Tamuning Guam 96931
671-688-4844
671-653-5575



# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| Tony H. Ashtiani, | ) |
| Plaintiff, | ) Civil Case No.: **02-00032** |
| Vs. | ) |
| Continental Micronesia Inc, | ) CERTIFICATE OF SERVICE |
| Dba, Continental Micronesia, | ) Fed R. Civ. P. 5 |
| Continental Airlines, | ) |
| Defendant | ) |

I, certify that a true copy of the attached in reference to **REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR CONTEMPT AND SANCTION FOR DISOBIDIENCE OF DISCOVERY ORDERS** Was hand delivered to the office of Carlsmith Ball LLP at 134 West Soledad Avenue, Bank of Hawaii bldg, Suite 401 Hagatna, Guam 96932. On August 6 2004. The papers were left with the receptionist or person who appeared to be in charge as the clerk or associate of Mr. David Ledger, Or Ms. Elyze McDonald.

Dated: This 6 day of August, 2004.

Tony H. Ashtiani