DISTRICT COURT OF GUAM

TERRITORY OF GUAM

TONY H. ASHTIANI,

Plaintiff,

vs.

CONTINENTAL MICRONESIA INC.,
dba CONTINENTAL MICRONESIA,
and CONTINENTAL AIRLINES, INC.,

Defendant.

Civil Case No. 02-00032

ORDER

The plaintiff's, Tony H. Ashtiani, motion for partial summary judgment and defendant's, Continental Micronesia Inc., motion for summary judgement is hereby scheduled for re-hearing on September 1, 2004, at 11:00 a.m.

SO ORDERED this 20th day of August, 2004.

JOAQUIN V.E. MANIBUSAN, JR.
U. S. Magistrate Judge