FILED
DISTRICT COURT OF GUAM
AUG 3 0 2004
MARY L. M. MORAN
CLERK OF COURT

220

**UNITED STATES DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**

| | |
|---|---|
| TONY H. ASHTIANI | CV 02-00032 |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CONTINENTAL MICRONESIA INC., dba CONTINENTAL MICRONESIA, and CONTINENTAL AIRLINES, INC., | |
| Defendants. | |

On August 27, 2004, this Court entered an order **GRANTING** Defendants' Continental Micronesia Inc. ("CMI"), dba Continental Micronesia, and Continental Airlines, Inc. (collectively "Defendants") Motion for Summary Judgment on all eight causes of action against Plaintiff Tony Ashtiani ("Plaintiff"), **DENYING** Plaintiff's Motion for Partial Summary Judgment on six causes of action, and **DENYING AS MOOT** the balance of Plaintiff and Defendants' motions and

1

cross-motions to strike evidence.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

Plaintiff Tony Ashtiani take nothing from Defendants, that the action against Defendants dismissed on the merits, and that Defendants recover their costs as taxed by the court clerk.

**IT IS SO ORDERED.**

_____
**RONALD S.W. LEW**[1]
Designated District Judge

DATED: August 27, 2004

Notice is hereby given that this document was entered on the docket on AUG 3 0 2004. No separate notice of entry on the docket will be issued by this Court.
Mary L. M. Moran
Clerk, District Court of Guam
By: _____ AUG 3 0 2004
Deputy Clerk    Date

---

[1] The Honorable Ronald S.W. Lew, United States District Judge for the Central District of California, sitting by designation.