FILED
DISTRICT COURT OF GUAM
AUG 30 2004
MARY L. M. MORAN
CLERK OF COURT

**UNITED STATES DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**

| | | |
|---|---|---|
| TONY H. ASHTIANI | ) | CV 02-00032 |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| CONTINENTAL MICRONESIA INC., dba CONTINENTAL MICRONESIA, and CONTINENTAL AIRLINES, INC., | ) | |
| Defendants. | ) | |

Plaintiff Tony Ashtiani ("Plaintiff") brought a motion for oral argument before the deciding Judge on Plaintiff's Motion for Partial Summary Judgment and Defendants' Motion for summary judgment in the above-entitled matter on August 30, 2004.

This Court previously **GRANTED** Defendants' request to have a written order on August 27, 2004. The Court also

**VACATED** the September 1, 2004 hearing date in that order and issued a lengthy ruling on the summary judgment motions.

Under Local Rule 7.1(e)(3), "oral argument may be taken off calendar by Order of the Court, in the discretion of the Court, and a decision rendered on the basis of the written materials on file." L.R. 7.1(e)(3).

Notwithstanding the local rule, both parties conducted oral arguments on December 12, 2003 before Judge Unpingco. This Court reviewed that transcript pursuant to Federal Rule of Civil Procedure Rule 63.

Accordingly, Plaintiff's motion for oral argument before the deciding judge is **DENIED**.

**IT IS SO ORDERED.**

_____
RONALD S.W. LEW[1]
Designated District Judge

DATED: August 30, 2004

Notice is hereby given that this document was entered on the docket on AUG 3 1 2004
No separate notice of entry on the docket will be issued by this Court.
Mary L. M. Moran
Clerk, District Court of Guam
By: _____ AUG 3 1 2004
Deputy Clerk   Date

---

[1] The Honorable Ronald S.W. Lew, United States District Judge for the Central District of California, sitting by designation.

2