

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendants
Continental Micronesia, Inc. dba
Continental Micronesia and
Continental Airlines, Inc.

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TONY H. ASHTIANI,<br><br>    Plaintiff,<br><br>vs.<br><br>CONTINENTAL MICRONESIA, INC. dba<br>CONTINENTAL MICRONESIA and<br>CONTINENTAL AIRLINES, INC.,<br><br>    Defendants. | CIVIL CASE NO. CV02-00032<br><br>**DECLARATION OF DAVID LEDGER<br>IN SUPPORT OF BILL OF COSTS** |

I, David Ledger, declare:

1. I am an attorney at law licensed to practice before the Courts of the Territory of Guam and before this Court. I am a partner with the law firm of Carlsmith Ball LLP, attorneys of record for Defendant Continental Micronesia, Inc.

2. If called as a witness, I would and could competently testify thereto to all facts within my personal knowledge except where stated upon information and belief.

3. On August 30, 2004, the Court granted Defendant's Motion for Summary Judgment, denied Plaintiff's Motion for Partial Summary Judgment, and awarded Defendant its costs.

4.  This Declaration itemizes each category of cost requested to be taxed by the Clerk of Court.

5.  **Electronic Research.** Defendant incurred $188.91 in electronic research, as detailed below. Costs for electronic research are taxable pursuant to Federal Rule of Civil Procedure 54(d). See also Independence Tube Corp. v. Copperweld Corp., 543 F. Supp. 706, 723 (N.D. Ill. 1982).

| Date | Description | Amount |
|---|---|---|
| 7/16/2003 | Westlaw | $42.03 |
| 7/21/2003 | Westlaw | $121.05 |
| 9/19/2003 | Westlaw | $19.39 |
| 2/27/2004 | Payment to Third Party (PACER) | $6.44 |
| Total | | $188.91 |

6.  **Postage Charges.** Defendant incurred $109.37 in postage charges, as detailed below. Postage charges in this case were necessarily incurred because Plaintiff was pro se and did not have a place of business whereby Defendant could regularly serve him with documents. Costs for postage charges are taxable pursuant to Federal Rule of Civil Procedure 54(d). See also Bresgal v. Brock, 637 F. Supp. 278 (D. Or. 1985).

| Date | Description | Amount |
|---|---|---|
| 3/28/2003 | Postage | $0.60 |
| 3/28/2003 | Postage | $4.65 |
| 5/16/2003 | Postage | $4.65 |
| 6/13/2003 | Postage | $3.13 |
| 6/13/2003 | Postage | $3.13 |
| 6/3/2003 | Postage | $0.37 |
| 7/28/2003 | Postage | $0.37 |
| 8/1/2003 | Postage | $4.42 |
| 7/31/2003 | Postage | $5.57 |
| 10/14/2003 | Postage | $4.42 |
| 10/3/2003 | Postage | $5.80 |
| 10/17/2003 | Postage | $4.88 |
| 10/14/2003 | Postage | $4.42 |
| 10/31/2003 | Postage | $4.42 |
| 11/21/2003 | Postage | $3.65 |
| 12/9/2003 | Postage | $4.88 |

| Date | Description | Amount |
|---|---|---|
| 12/15/2003 | Postage | $0.37 |
| 1/21/2004 | Postage | $0.37 |
| 1/21/2004 | Postage | $5.11 |
| 1/29/2004 | Postage | $0.37 |
| 2/5/2004 | Postage | $4.65 |
| 2/6/2004 | Postage | $4.42 |
| 2/12/2004 | Postage | $5.57 |
| 2/17/2004 | Postage | $5.34 |
| 2/17/2004 | Postage | $4.42 |
| 2/18/2004 | Postage | $4.42 |
| 2/19/2004 | Postage | $0.37 |
| 2/25/2004 | Postage | $0.37 |
| 3/4/2004 | Postage | $4.65 |
| 3/5/2004 | Postage | $4.42 |
| 3/5/2004 | Postage | $0.37 |
| 3/9/2004 | Postage | $0.37 |
| 3/18/2004 | Postage | $4.42 |
| Total | | $109.37 |

7.  **Service Fees.** Defendant incurred $90.00 in service fees, as detailed below. Costs for service fees are taxable pursuant to Local Rule 54.1(b)(2).

| Date | Description | Amount |
|---|---|---|
| 10/13/2003 | Process Service Fee for Deposition of Juan Rapadas-Mike Gallo | $45.00 |
| 10/13/2003 | Process Service Fee for Deposition of Alex Chinet-Mike Gallo | $45.00 |
| Total | | $90.00 |

8.  **Printing Fees.** Defendant incurred $98.60 in printing fees, as detailed below. Printing fees are taxable pursuant to 28 U.S.C. § 1920(3).

| Date | Description | Amount |
|---|---|---|
| 4/30/2003 | Disagreement of Scheduling Order | $13.90 |
| 5/16/2003 | Response to Plaintiff's "Pleading to Defendant Counsel of Proper Service to Unrepresented Party" | $1.40 |
| 6/3/2003 | Answer to Second Amended Complaint | $6.10 |
| 12/24/2003 | Motion to Strike | $5.20 |
| 1/16/2004 | Motion to Strike | $3.00 |
| 1/27/2004 | Response to Request for Issuance of Order | $3.40 |
| 2/5/2004 | Reply in Support of Motion to Strike | $4.40 |
| 2/11/2004 | Motion for Sanctions | $37.00 |
| 3/4/2004 | Reply in Support of Motion for Sanctions | $19.80 |
| 7/29/2004 | Opposition to Plaintiff's Motion for Sanctions | $4.40 |
| Total | | $98.60 |

9. **Copies for Documents Necessarily Obtained for Use in Case.**

Defendant incurred $188.50 for copies for documents necessarily obtained for use in this case. Such costs are taxable pursuant to 28 U.S.C. § 1920(4) and Local Rule 54.1(10). See also United Intern. Holdings, Inc. v. Wharf (Holding) Ltd., 174 F.R.D. 479, 484 (D. Colo. 1997) (costs for exhibits attached to motion for summary judgment are taxable if party seeking costs prevails).

| Date | Description | Amount |
|---|---|---|
| 9/26/2003 | EEOC file, Honolulu, Hawaii | $20.10 |
| 10/6/2003 | Plaintiff's Civil Case File at Superior Court of Guam | $29.50 |
| 10/9/2003 | Plaintiff's Civil Case File at Superior Court of Guam | $38.50 |
| 11/21/2003 | Motion for Summary Judgment and attached exhibits | $53.50 |
| 11/26/2003 | Opposition to Motion for Summary Judgment and attached exhibits | $34.10 |
| 12/5/2003 | Reply Memorandum in Support of Motion for Summary Judgment and attached exhibits | $12.80 |
| Total | | $188.50 |

10. **Docket Fees Under 28 U.S.C. § 1923.** Pursuant to U.S.C. §§ 1920 and 1923, Defendant is entitled to attorneys fees as costs in the amount of $20. See Berryman v. Epp, 884 F. Supp. 242, 244-45 (E.D. Mich. 1995) (summary judgment is a "final hearing" under 28 U.S.C. § 1923(a)).

11. I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

DATED: Hagåtña, Guam, September 10, 2004.

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE MCDONALD
Attorneys for Defendant
Continental Micronesia, Inc.