ORIGINAL

CARLSMITH BALL LLP

ELYZE MCDONALD
DAVID LEDGER
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Continental Micronesia, Inc. dba
Continental Micronesia and
Continental Airlines, Inc.



DISTRICT COURT OF GUAM FILED SEP 10 2004 MARY L. M. MORAN CLERK OF COURT
225

### IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TONY H. ASHTIANI,<br><br>Plaintiff,<br><br>vs.<br><br>CONTINENTAL MICRONESIA, INC. dba CONTINENTAL MICRONESIA and CONTINENTAL AIRLINES, INC.,<br><br>Defendant. | CIVIL CASE NO. CV02-00032<br><br>**DECLARATION OF SERVICE** |

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on the 10th day of September 2004, I will cause to be served, true and correct copies of the following documents, upon Plaintiff, Tony H. Ashtiani:

1. Bill of Costs;

2. Declaration of David Ledger in Support of Bill of Costs; and

3. Declaration of Service;

Executed this 10th day of September 2004 at Hagåtña, Guam.

_____
DAVID LEDGER

4828-2254-5920.1.013280-00079

Case 1:02-cv-00032   Document 247   Filed 09/10/2004   Page 1 of 1