DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| TONY H. ASHTIANI,<br><br>Plaintiff,<br><br>vs.<br><br>CONTINENTAL MICRONESIA, INC.,<br>dba CONTINENTAL MICRONESIA<br>and CONTINENTAL AIRLINES, INC.,<br><br>Defendants. | CIVIL CASE NO. 02-00032<br><br><br><br>N O T I C E |

Please take notice that on September 28, 2004 at 10:00 a.m., pursuant to District Court Local Rules 54-1(a), the Clerk of Court will conduct a hearing on Defendants' application for taxation of costs.

Dated this 14th day of September, 2004.

MARY L.M. MORAN
Clerk of Court

By: _____
Renee M. Martinez
Deputy Clerk