ORIGINAL

CARLSMITH BALL LLP

ELYZE MCDONALD
DAVID LEDGER
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Continental Micronesia, Inc. dba
Continental Micronesia and
Continental Airlines, Inc.



IN THE DISTRICT COURT OF GUAM

| TONY H. ASHTIANI, | CIVIL CASE NO. CV02-00032 |
|---|---|
| Plaintiff, | |
| vs. | ORDER GRANTING PERMISSION TO FILE FACSIMILE FILING |
| CONTINENTAL MICRONESIA, INC. dba CONTINENTAL MICRONESIA and CONTINENTAL AIRLINES, INC., | |
| Defendant. | |

**ORDER**

The Court hereby GRANTS Defendant Continental Micronesia, Inc. dba Continental Micronesia and Continental Airlines, Inc.'s Request to File Facsimile Filing with regard to the Supplemental Declaration of Elyze McDonald.

SO ORDERED this 9/15/2004.

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
DISTRICT COURT OF GUAM