ORIGINAL

CARLSMITH BALL LLP

ELYZE MCDONALD
DAVID LEDGER
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Continental Micronesia, Inc. dba
Continental Micronesia and
Continental Airlines, Inc.

FILED
DISTRICT COURT OF GUAM
SEP 2 0 2004
MARY L. M. MORAN
CLERK OF COURT

230

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TONY H. ASHTIANI,<br><br>Plaintiff,<br><br>vs.<br><br>CONTINENTAL MICRONESIA, INC. dba CONTINENTAL MICRONESIA and CONTINENTAL AIRLINES, INC.,<br><br>Defendant. | CIVIL CASE NO. CV02-00032<br><br>**DECLARATION OF SERVICE** |

I, J.Patrick Mason, hereby declare under penalty of perjury of the laws of the United States, that on the 20th day of September 2004, I will cause to be served, a true and correct copy of the Order Granting Permission to File Facsimile Filing, upon Plaintiff, Tony H. Ashtiani.

Executed this 20th day of September 2004 at Hagåtña, Guam.

_____
J.PATRICK MASON