CARLSMITH BALL LLP

DAVID LEDGER
ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendants
Continental Micronesia, Inc. dba
Continental Micronesia and
Continental Airlines, Inc.



FILED
DISTRICT COURT OF GUAM

SEP 2 3 2004

MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TONY H. ASHTIANI,<br><br>Plaintiff,<br><br>vs.<br><br>CONTINENTAL MICRONESIA, INC. dba<br>CONTINENTAL MICRONESIA and<br>CONTINENTAL AIRLINES, INC.,<br><br>Defendants. | CIVIL CASE NO. CV02-00032<br><br>**SUPPLEMENTAL DECLARATION OF<br>DAVID LEDGER IN SUPPORT OF<br>BILL OF COSTS; DECLARATION OF<br>SERVICE** |

I, David Ledger, declare:

1.    I am an attorney at law licensed to practice before the Courts of the
Territory of Guam and before this Court.  I am a partner with the law firm of Carlsmith Ball
LLP, attorneys of record for Defendant Continental Micronesia, Inc.

2.    If called as a witness, I would and could competently testify thereto to all
facts within my personal knowledge except where stated upon information and belief.

3.    I submit this Supplemental Declaration in accordance with the Clerk of
Court's request for further detail on the cost items requested in the Bill of Costs and Declaration
of David Ledger in Support of Bill of Costs, submitted on September 10, 2004.

4. **Electronic Research.** Defendant incurred $188.91 in electronic research on July 16 and 21 and September 19, 2003, and February 27, 2003. Attached hereto as Exhibit A is a true and correct copy of the relevant page of an invoice from Westlaw showing that on July 16, 2003, research costs in this case[1] amounted to $112.08 and on July 21, 2003, costs amounted to $322.81. Attached hereto as Exhibit B is a true and correct copy of the relevant pages of an invoice from Westlaw showing that on September 19, 2003, research costs on Westlaw amounted to $51.70. Carlsmith Ball allocates 37.5% of electronic research charge incurred on Westlaw to its clients, and thus charged Continental $42.03, $121.05, and $19.39, respectively. Carlsmith Ball does not keep detailed logs of the exact research conducted on each date. However, based on the dates of the research, the research likely pertained to researching the elements of Plaintiff's eight causes of action.

In addition, Defendant incurred $6.44 in charges for research on PACER. Attached hereto as Exhibit C is a true and correct copy of the PACER Quarterly Statement for January 1, 2004 to March 31, 2004. The Quarterly Statement shows that Defendant conducted research on PACER on January 20, February 3, 4, and 27, 2004, and incurred charges totaling $6.44. Such charges were related to research on the status and history of this case in preparation for further briefing on the motions for summary judgment.

5. **Postage Charges.** Defendant incurred $109.37 in postage charges. Attached hereto as Exhibit D is a true and correct copy of Carlsmith Ball's internal postage log for each day postage was charged in this case.

6. **Service Fees.** Defendant incurred $90.00 in service fees, as detailed in an invoice submitted by Michael Q. Gallo, a true and correct copy of which is attached hereto as Exhibit E.

---

[1] The internal identification number for this case is 013280-00079, and references to this case within the attached exhibits may be listed under this ID number.

7. **Printing Fees.** Defendant incurred $98.60 in printing fees. As these are internal fees, Carlsmith Ball does not maintain detailed records for this cost, other than in a Microsoft Excel format, which was inputted onto my original Declaration and filed with the Court.

8. **Copies for Documents Necessarily Obtained for Use in Case.** Defendant incurred $188.50 for copies for documents necessarily obtained for use in this case. Attached hereto as Exhibits F and G are true and correct copies of invoices from the Superior Court of Guam for copies of the Plaintiff's civil case file on October 6 and 9, 2003. Furthermore, copies for exhibits submitted in connection with the motions for summary judgment were made at the office of Carlsmith Ball, and are therefore internal fees, for which no records exist other than in a Microsoft Excel format, which was inputted onto my original Declaration and filed with the Court. Copies made at the office of the Equal Employment Opportunity Commission in Honolulu, Hawaii were paid in cash, and no invoice could be located.

9. I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

DATED: Hagåtña, Guam, September 23, 2004.

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE MCDONALD
Attorneys for Defendant
Continental Micronesia, Inc.

## DECLARATION OF SERVICE

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on the 23rd day of September 2004, I will cause to be served a copy of the SUPPLEMENTAL DECLARATION OF DAVID LEDGER IN SUPPORT OF BILL OF COSTS; DECLARATION OF SERVICE, upon Plaintiff Tony H. Ashtiani.

I declare under penalty of perjury (28 U.S.C. §1746) that the foregoing is true and correct.

Executed this 23rd day of September 2004 at Hagåtña, Guam.

DAVID LEDGER

THE RATES USED TO CALCULATE CLIENT CHARGES HAVE BEEN DESIGNATED BY SUBSCRIBER OR ARE BASED ON SUBSCRIBER'S WESTLAW SCHEDULE A RATES. SUBSCRIBER AGREES NOT TO DISSEMINATE THIS REPORT TO ANY THIRD PARTY OR TO REPRESENT THE CHARGES AS ACTUAL WESTLAW CHARGES.

**USER BY CLIENT BY DAY DETAIL**
JUL 01,2003 - JUL 31,2003

| ACCT# 1000100501 CARLSMITH BALL WICHMAN HAGATNA, GU 96932-7504 | INVOICE # 804786350 POSTING # 6017483288 |
| --- | --- |

| USER | DATABASE TIME | TRANS | CONNECT/ COMMUNICATION | DOC/LINES | TOTAL CHARGE* |
| --- | --- | --- | --- | --- | --- |
| THM PREMIER TRANSACTIONAL SEARCHES | | 1 | | | 46.89 |
| TOTAL SPECIAL PRICING EXCLUDED CHARGES(E) | :00E | 1E | :00E | 0E | 46.89E |
| **013280-00079-EJM** | | | | | |
| 07/16/03 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | 75.96 |
| TRANSACTIONAL SEARCHES | | 1 | | | 36.12 |
| TRANSACTIONAL ONLINE FINDS | | 7 | | | 112.08I |
| 07/21/03 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | 195.06 |
| TRANSACTIONAL SEARCHES | | 2 | | | 34.24 |
| TRANSACTIONAL ONLINE FINDS | | 6 | | | 93.51 |
| WESTLAW LINES | | | | 3,988 | |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 8I | :00I | 3,988I | 322.81I |
| 07/30/03 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | 97.53 |
| TRANSACTIONAL SEARCHES | | 1 | | | |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 1I | :00I | 0I | 97.53I |
| 07/31/03 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | 5.16 |
| TRANSACTIONAL ONLINE FINDS | | 1 | | | |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 1I | :00I | 0I | 5.16I |
| **014151-00007-EJM** | | | | | |
| 07/16/03 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | 41.26 |
| TRANSACTIONAL SEARCHES | | 1 | | | 5.16 |
| TRANSACTIONAL ONLINE FINDS | | 1 | | | 18.94 |
| WESTLAW LINES | | | | 808 | |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 2I | :00I | 808I | 65.36I |
| 07/29/03 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | 226.01 |
| TRANSACTIONAL SEARCHES | | 5 | | | 73.16 |
| TRANSACTIONAL ONLINE FINDS | | 1 | | | 40.88 |
| KEYCITE | | 4 | | | 15.96 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 20I | :00I | 1,743I | 356.00I |
| SPECIAL PRICING EXCLUDED CHARGES(E) | | 1 | | | 52.52 |
| THM PREMIER TRANSACTIONAL SEARCHES | | 2 | | | 16.88 |
| TOTAL SPECIAL PRICING EXCLUDED CHARGES(E) | :00E | 3E | :00E | 0E | 69.40E |
| 07/30/03 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | 65.20 |
| TRANSACTIONAL ONLINE FINDS | | 12 | | | 130.58 |
| WESTLAW LINES | | | | 5,570 | |

THE RATES USED TO CALCULATE CLIENT CHARGES HAVE BEEN DESIGNATED BY SUBSCRIBER OR ARE BASED ON SUBSCRIBER'S WESTLAW SCHEDULE A RATES. SUBSCRIBER AGREES NOT TO DISSEMINATE THIS REPORT TO ANY THIRD PARTY OR TO REPRESENT THE CHARGES AS ACTUAL WESTLAW CHARGES.

**USER BY CLIENT BY DAY DETAIL**
SEP 01.2003 - SEP 30.2003

ACCT# 100010050I
CARLSMITH BALL WICHMAN
HAGATNA, GU 96932-7504

INVOICE # 805158190
POSTING # 601874062

PAGE 2

| USER | DATABASE TIME | TRANS | CONNECT/ COMMUNICATION | DOC/LINES | TOTAL CHARGE* |
|---|---|---|---|---|---|
| **010028-00011-EJM** | | | | | |
| 09/25/03 WESTLAW LINES | | 11 | | 344 | 8.01 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | .001 | | .001 | 3441 | 60.191 |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 2 | | | 93.17 |
| WESTLAW LINES | | | | 968 | 22.55 |
| TRANSACTIONAL MULT-SEARCHES | | 2 | | | 83.86 |
| 09/29/03 TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | .001 | 41 | .001 | 9681 | 199.581 |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL ONLINE FINDS | | 1 | | | 5.12 |
| WESTLAW LINES | | | | 402 | 9.36 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | .001 | 11 | .001 | 4021 | 14.481 |
| **010028-02214-EJM** | | | | | |
| 09/18/03 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL ONLINE FINDS | | 7 | | | 35.84 |
| WESTLAW LINES | | | | 2,254 | 52.50 |
| KEYCITE | | 13 | | | 51.48 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | .001 | 201 | .001 | 2,2541 | 139.821 |
| 09/23/03 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL ONLINE FINDS | | 4 | | | 20.48 |
| KEYCITE | | 2 | | | 7.92 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | .001 | 61 | .001 | 01 | 28.401 |
| **013280-00079-EJM** | | | | | |
| 09/05/03 SPECIAL PRICING EXCLUDED CHARGES(E) | | | | | |
| THM PREMIER TRANSACTIONAL SEARCHES | | 1 | | | 50.00 |
| THM PREMIER WESTLAW LINES | | | | 1,117 | 27.93 |
| TOTAL SPECIAL PRICING EXCLUDED CHARGES(E) | .00E | 1E | .00E | 1,117E | 77.93E |
| 09/12/03 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 1 | | | 84.78 |
| TRANSACTIONAL ONLINE FINDS | | 3 | | | 15.36 |
| WESTLAW LINES | | | | 1,086 | 25.30 |
| 09/19/03 TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | .001 | 41 | .001 | 1,0861 | 125.441 |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 1 | | | 46.58 |
| TRANSACTIONAL ONLINE FINDS | | 1 | | | 5.12 |
| 09/24/03 TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | .001 | 21 | .001 | 01 | 51.701 |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |

MG          1000356248          S

**EXHIBIT B**

| ACCT# 100010050l<br>CARLSMITH BALL WICHMAN<br>HAGATNA, GU 96932-7504 | USER BY CLIENT BY DAY DETAIL<br>SEP 01,2003 - SEP 30,2003 | | INVOICE # 803158190<br>POSTING # 601867406? | | PAGE<br>3 |
|---|---|---|---|---|---|
| USER | DATABASE TIME | TRANS | CONNECT COMMUNICATION | DOC/LINES | TOTAL CHARGE |
| TRANSACTIONAL SEARCHES | | 3 | | | 178.88 |
| TRANSACTIONAL ONLINE FINDS | | 2 | | | 13.51 |
| RESULTSPLUS | | 2 | | | 22.36 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 7I | :00I | 0I | 214.75I |
| SPECIAL PRICING EXCLUDED CHARGES(E) | | 1 | | | 52.18 |
| THM PREMIER TRANSACTIONAL SEARCHES | | 1E | | | 52.18E |
| TOTAL SPECIAL PRICING EXCLUDED CHARGES(E) | :00E | 1E | :00E | 0E | |
| 09/29/03 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 3 | | | 178.88 |
| TRANSACTIONAL ONLINE FINDS | | 1 | | | 5.12 |
| WESTLAW LINES | | | | 4,998 | 116.42 |
| KEYCITE | | 1 | | | 3.96 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 5I | :00I | 4,998I | 304.38I |
| **014463-00003-EJM** | | | | | |
| 09/01/03 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL ONLINE FINDS | | 5 | | | 27.50 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 5I | :00I | 0I | 27.50I |
| **016387-00019-EJM** | | | | | |
| 09/02/03 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 1 | | | 44.00 |
| WESTLAW LINES | | | | 838 | 20.95 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 1I | :00I | 838I | 64.95I |
| 09/04/03 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 2 | | | 88.00 |
| TRANSACTIONAL MULTI-SEARCHES | | 6 | | | 364.50 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 8I | :00I | 0I | 452.50I |
| 09/05/03 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL ONLINE FINDS | | 3 | | | 16.50 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 3I | :00I | 0I | 16.50I |
| 09/15/03 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 1 | | | 33.54 |
| TRANSACTIONAL ONLINE FINDS | | 3 | | | 15.36 |
| WESTLAW LINES | | | | 3,507 | 81.68 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 4I | :00I | 3,507I | 130.58I |
| **018303-00012-EJM** | | | | | |
| 09/17/03 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 2 | | | 85.72 |

MG    1000556248    $

DOCUMENT APPLICABLE TAXES

# PACER QUARTERLY STATEMENT

| LOGIN ID: | CB1047 | Elyze McDonald |
|---|---|---|
| BILLING DATE: | 04/07/2004 | Carlsmith Ball LLP |
| BILLING CYCLE: | 01/01/04 to 03/31/04 | 671-472-6813 |
| PAGE: | 1 | |

## PAYMENT INSTRUCTIONS

Please do not send cash. We accept checks, money orders, Discover, Visa, Master Card, and American Express. Make checks drawn on a U.S. bank in U.S. dollars payable to: **PACER Service Center** and indicate the customer number on your check. For your information, the Pacer Service Center's Federal tax identification number is **74-2747938**. To make payment by credit card, change account information, or view transaction details for this statement, visit the 'Account Information' Section of the PACER Service Center web site at http://pacer.psc.uscourts.gov.

If you believe there is an error on your statement or if you have a question concerning a transaction, please write to PACER Service Center, P.O. Box 780549, San Antonio, TX 78278. All credit requests must be submitted in writing. You may fax your request to the Pacer Service Center at (210) 301-6441. In your correspondence provide us with your name, login id, and the dollar amount of the suspected error(s) together with a copy of the transactions in question. Please provide a reason for each credit being requested. When the Pacer Service Center receives your request, you will be contacted by a representative.

We must hear from you no later than **05/12/2004**. If we do not hear from you and your account becomes delinquent, you are subject to having the account disabled. The address below is for payments only. All other correspondence including address changes should be directed to the PACER Service Center, P.O. Box 780549, San Antonio, TX 78278. If you have any questions regarding this statement, you may contact the PACER Service Center at *(800)676-6856* or *(210)301-6440*.

## ACCOUNT SUMMARY

| | |
|---|---|
| Number of Dial-Up PACER Transactions: | 0 |
| Dial-Up PACER Billing Rate: | $.60 / Minute |
| Dial-Up PACER Total Time: | 00:00:00 |
| *Dial-Up PACER Charges:* | *$0.00* |
| | |
| Number of PACER-Net Transactions : | 48 |
| PACER-Net Billing Rate: | $.07 / Page |
| PACER-Net Total Web Pages: | 370 |
| *PACER-Net Charges:* | *$25.90* |

| | |
|---|---|
| **Previous Balance:** | **$0.00** |
| **Current Charges:** | **$25.90** |
| **Total Amount Due:** | **$25.90** |

---

*Please detach this portion and return with your payment.*
*Thank you!*

# PACER
Public Access to Court Electronic Records

| LOGIN ID | DUE DATE |
|---|---|
| *CB1047* | 05/12/2004 |

| AMOUNT DUE |
|---|
| $25.90 |

Elyze McDonald
Carlsmith Ball LLP
134 W. Soledad Ave., Ste. 401
P.O. Box Bf
Hagatna, GU 96932-5027

**Mail Payment to :**

PACER Service Center
P.O. Box 277773
Atlanta, GA 30384-7773

**EXHIBIT C**

# POSTAGE CHARGE           COST CODE
## PG

## OFFICE: GUAM

*(Print or write legibly)*          **DATE:** March 28, 2003  $470.67

| CASE NO. | CASE NAME | ADDRESSEE | ATTY | POSTAGE | AMOUNT |
|---|---|---|---|---|---|
| | | | | (Regular/Certified/Express/Regist | |
| 000910-00030 | O/E | Precision Financial Services, Inc. | | Regular | .60 |
| ✔ | ✔ | Travel Pacificana | | ✔ | .60 |
| ✔ | ✔ | World Com | | ✔ | .60 |
| ✔ | ✔ | Harry Chang | | ✔ | .37 |
| ✔ | ✔ | Dept of Rev & Tax | Trina | ✔ | .37 |
| ✔ | ✔ | Suzanne M. R. Toves | | ✔ | .60 |
| ✔ | ✔ | SDA Dental Clinic | Trina | ✔ | .37 |
| ✔ | ✔ | Mr. Jon Michael Luce | | ✔ | .37 |
| " | " | Tony Astiani | | " | .60 |
| " | " | Guam Contractors Association | | " | .37 |
| " | " | IT & E | | " | .37 |
| " | " | Juanita Fajardo | | " | .37 |

Chargeable:

| 000DPL-00001 | DPL-Personal | Diane Bachelder | DPL | Regular | .60 |
|---|---|---|---|---|---|
| " | " | Tony Astiani | " | " | .60 |
| " | " | " | " | certified | 4.65 |
| 010028-02216 | BOH-Flores | Irene Puaoi | EJM | " | 4.42 |
| 051018-00002 | Dynasty Development | Walton D.Y. Hong | SMT | " | 4.42 |

4845-9298-7648.1.000901-00030

**EXHIBIT D**

# POSTAGE CHARGE                           COST CODE

## PG

**OFFICE: GUAM**

*(Print or write legibly)*                    **DATE:**    05/16/03    $1036.89

| CASE NO. | CASE NAME | ADDRESSEE | ATTY | POSTAGE<br>(Regular / Certified /<br>Express / Registered) | AMOUNT |
|---|---|---|---|---|---|
| 901-30 | O/E | Advance Management | | regular | .37 |
| " | " | Antonio Salas | | priority | 10.35 |
| " | " | Ishu Thadani | | regular | .60 |
| " | " | Tan Swee Gek | | regular | .37 |
| " | " | Richard Tin | | regular | .37 |
| " | " | Toshio Fujimura | | regular | .37 |
| 901-30 | O/E | Emmanuel Bortolis (Public Utilities Maintenance, Inc.) | | regular | .37 |
| " | " | Doug Steenlands (Northwest Airlines, Inc.) | | regular | .37 |
| " | " | George Busnell III (Joseph E. Seagram & Sons, Inc.) | | regular | .37 |

Chargeable:

| | | | | | |
|---|---|---|---|---|---|
| 013280-00079 | Continental-Ashtiani | Tony Ashtiani | EJM | certified | 4.65 |
| 053559-00001 | CSX World Crain Svs. | Ted Daly (World Crain Services) | SMT | certified | 4.65 |
| 014147-00004 | Marianas Ventures-Incorp | Philip Geeslin | SMT | regular | 3.80 |
| 000MM-00001 | MM's personal | Customer Service Unit | | regular | .37 |

4821-7988-6848.1.000901-00030                    - 1 -

# POSTAGE CHARGE                      COST CODE

## PG

## OFFICE: <u>GUAM</u>

**(Print or write legibly)**                      **DATE:**    June 13, 2003  $394.64

| CASE NO. | CASE NAME | ADDRESSEE | ATTY | POSTAGE (Regular / Certified / Express / Registered) | AMOUNT |
|---|---|---|---|---|---|
| 00090-30 | Office Expense | Mr. Ishu Thadani | | Regular | .60 |
| 000901-30 | O/E | Anthony M. Palomo | | Regular | .37 |
| 000901-30 | O/E | Takahiro G. Fukada | | Regular | .37 |
| 000901-30 | O/E | Membership Billing Services | | Regular | .37 |
| | | | | | |
| | | | | | |

Chargeable:

| | | | | | |
|---|---|---|---|---|---|
| 055313-00001 | Richemont Gu-Incorp | Jacqueline Ronconi, Esq. | SMT | Regular | .80 |
| 055388-00002 | Allied Pacific-Incorp | Mr. C. Thomas Polevich | SMT | Regular | .83 |
| 015358-00003 | Carrier GU-Incorp | Mr. Mark Faulkner | SMT | Regular | .83 |
| 056220-00001 | Santos-Probate | Rose Marie Cruz | DGR | Certified | 5.57 |
| 056220-00001 | Santos-Probate | Lydia S. Garrido | DGR | Certified | 5.57 |
| 056220-00001 | Santos-Probate | Esther S. Cruz | DGR | Certified | 5.57 |
| 056220-00001 | Santos-Probate | Maria Salas Santos | DGR | Certified | 5.57 |
| 055670-00001 | Bottega-Incorp | Yoshie K. Johnson | SMT | Regular | .83 |
| 013280-00079 | Continental-Ashtian | Louis Obdyke | EJM | Regular | 3.13 |

| | | | | | |
|---|---|---|---|---|---|
| 013280-00079 | Continental-Ashtiani | Dixon McKinzie | EJM | Regular | 3.13 |
| 053719-00001 | Sky Properties-Incorp | Keiichi Yagai | SMT | Regular | 5.57 |

4838-7864-5248.1.000901-00030                      - 1 -

# POSTAGE CHARGE

# COST CODE

## PG

## OFFICE: <u>GUAM</u>

*(Print or write legibly)*

**DATE:** 06/03/03    $543.92

| CASE NO. | CASE NAME | ADDRESSEE | ATTY | POSTAGE (Regular / Certified / Express / Registered) | AMOUNT |
|----------|-----------|-----------|------|---------|--------|
| 901-30 | O/E | Rogelio Noche | | regular | .83 |
| " | " | Rogelio Noche | | regular | .37 |
| " | " | Elvira Santos | | regular | .37 |
| " | " | Nichilon Pacific Co. | | regular | .37 |
| " | " | BOH American Express | DPL | regular | .37 |
| " | " | GuamCell | DPL | regular | .37 |

Chargeable:

| CASE NO. | CASE NAME | ADDRESSEE | ATTY | POSTAGE | AMOUNT |
|----------|-----------|-----------|------|---------|--------|
| 038497-00001 | Scantibodies-FSC | Maribeth Guerriero | SMT | regular | 1.75 |
| 036833-00001 | Hampton-FSC | Steven Zika | SMT | regular | 1.06 |
| 018616-00001 | PFI Int'l. –FSC | Jon Michael Luce | SMT | regular | 1.06 |
| 014535-00003 | Unocal Export-FSC | Mel Hancock | SMT | regular | .83 |
| 032964-00001 | Scansoft-FSC | Jo-Anne Sinclair | SMT | regular | 1.06 |
| 013280-00079 | Continental-Ashtiani | Tony Ashtiani | EJM | regular | .37 |

# POSTAGE CHARGE                    COST CODE

## PG

**OFFICE: <u>GUAM</u>**

*(Print or write legibly)*                    **DATE:**    07/28/03    390.66

| CASE NO. | CASE NAME | ADDRESSEE | ATTY | POSTAGE (Regular / Certified / Express / Registered) | AMOUNT |
|---|---|---|---|---|---|
| 901-30 | O/E | IT&E | | regular | .37 |
| 901-30 | O/E | Self Addressed to Carlsmith Ball | | regular | .83 |
| 901-30 | O/E (DPL's personal) | Port Enterprises (Guam) Inc. | DPL | regular | .37 |
| " | " | Citi Cards | DPL | regular | .37 |
| " | " | Payment Center | DPL | regular | .37 |
| " | " | Stacey Hibma | SMT | regular | .37 |
| " | " | David H. Culpepper | | regular | .37 |

Chargeable:

| | | | | | |
|---|---|---|---|---|---|
| 013280-00079 | Continental-Ashtiani | Tony Ashtiani | DPL | regular | .37 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

4819-8583-4496.1.000901-00030                    - 1 -

# POSTAGE CHARGE                                          COST CODE

## PG

## OFFICE: GUAM

*(Print or write legibly)*                          **DATE:**  08/01/03    $290.31

| CASE NO. | CASE NAME | ADDRESSEE | ATTY | POSTAGE (Regular / Certified / Express / Registered) | AMOUNT |
|---|---|---|---|---|---|
| 901-30 | O/E | Notre Dame High School | | regular | .74 |
| 901-30 | O/E | Jack Chastain-Doster Warehouse Inc. | | regular | .37 |
| 901-30 | O/E | Paradise Rafting Adventures, Inc. | | regular | .37 |
| 901-30 | O/E | G. Lee Palmer-MD Holdings, Inc. | | regular | .60 |
| 901-30 | O/E | Susan Kust-Andrew Corp. | | regular | .37 |
| 901-30 | O/E | Austral Asian Imports | | regular | .37 |
| 901-30 | O/E | Nichilon Pacific Co. | | regular | .60 |
| 901-30 | O/E | Mark Kessenich | | regular | .60 |
| 901-30 | O/E | Choice Phone/Choice Radio | | regular | .37 |

Chargeable:

| | | | | | |
|---|---|---|---|---|---|
| 010028-02346 | BOH-Manipol | Irene Puaoi | EJM | certified | 4.42 |
| 013280-00079 | Continental-Ashtiani | Tony Ashtiani | EJM | certified | 4.42 |

# POSTAGE CHARGE

# COST CODE

## PG

## OFFICE: GUAM

*(Print or write legibly)*

DATE: 07/31/03    $323.10

| CASE NO. | CASE NAME | ADDRESSEE | ATTY | POSTAGE (Regular / Certified / Express / Registered) | AMOUNT |
|---|---|---|---|---|---|
| 901-30 | O/E | Gerard Cruz-Community First Credit Union | | regular | .60 |

Chargeable:

| | | | | | |
|---|---|---|---|---|---|
| 013280-00079 | Continental-Ashtiani | Tony Ashtiani | EJM | certified | 5.57 |
| 010028-02329 | BOH-Hubert Lee | miscellaneous (34 x .60) | DVC | regular | 20.40 |
| 051463-00001 | Estate of M. Banez | Jim Banez | SMT | certified | 4.42 |

4837-3105-8176.1.000901-00030

- 1 -

# POSTAGE CHARGE

# COST CODE

## PG

**OFFICE: GUAM**

*(Print or write legibly)*

**DATE:** 10/14/03    $600.08

| CASE NO. | CASE NAME | ADDRESSEE | ATTY | POSTAGE (Regular / Certified / Express / Registered) | AMOUNT |
|---|---|---|---|---|---|
| 901-30 | Office | Retail Services | | regular | .37 |
| " | " | Beal Bank | | regular | .37 |
| " | " | TNT Worldwide Express | | regular | .37 |
| " | " | Pacific Security Alarm | | regular | .37 |
| " | " | Guam Publications, Inc. | | regular | .37 |
| " | " | IT&E | | regular | .37 |
| | | | | | |

Chargeable:

| | | | | | |
|---|---|---|---|---|---|
| 013280-00079 | Continental-Ashtiani | Tony Ashtiani | DPL | certified | 4.42 |
| 010028-02389 | BOH-Delin | Alex/Cynthia Delin (x4) | MM | certified | 17.68 |
| " | " | Estate of Enrique Macias | MM | certified | 4.42 |
| | | | | | |
| | | | | | |
| | | | | | |

4845-4593-5616.1.000901-00030

- 1 -

# POSTAGE CHARGE

# COST CODE

## PG

**OFFICE: <u>GUAM</u>**

*(Print or write legibly)*                                          **DATE:    10/03/03    $670.19**

| CASE NO. | CASE NAME | ADDRESSEE | ATTY | POSTAGE | AMOUNT |
|---|---|---|---|---|---|
| | | | | (Regular / Certified / Express / Registered) | |
| 901-30 | Office | Robert Kutz | | regular | .37 |
| " | " | Rose Bega - BOH | | regular | .37 |
| " | " | Adrianne Aguirre - Zurich Ins. | | regular | .37 |
| " | " | Kalele White - BOH | | regular | .37 |
| " | " | GE Capital | | regular | .37 |
| " | " | Larry Boeshart-Farmland Ind. | | regular | .37 |
| " | " | Roy Behling - SAFECO Property & Casualty Insurance Companies | | regular | .37 |
| " | " | Carla McKinstry Interocean Seafoods Co. | | regular | .60 |

Chargeable:

| CASE NO. | CASE NAME | ADDRESSEE | ATTY | POSTAGE | AMOUNT |
|---|---|---|---|---|---|
| 013897-00002 | Dao Tak Benevolent Assoc.-Incorp. | Alfred Lam | SMT | regular | 5.85 |
| 013280-00079 | Continental-Ashtiani | Tony Ashtiani | DPL/EJM | certified | 5.80 |
| 013420-00001 | Hawaiian Rock-Bamba | Vincent Bama | DPL | certified | 4.42 |
| 010028-02172 | BOH-Charles Lee | Lorraine Shin - US Dept. of Agriculture | DVC | regular | 3.95 |

4818-5397-7600.1.000901-00030                                    - 1 -

# POSTAGE CHARGE

# COST CODE

## PG

## OFFICE: GUAM

**(Print or write legibly)**

DATE: 10/17/03 $469.21

| CASE NO. | CASE NAME | ADDRESSEE | ATTY | POSTAGE (Regular / Certified / Express / Registered) | AMOUNT |
|---|---|---|---|---|---|
| 901-30 | Office | Rain Bird Corporation | | regular | .37 |
| " | " | miscellaneous x8 | | regular | 2.96 |
| " | " | John Finney | SMT | regular | .37 |
| " | " | Carlos S. Barretto | SMT | regular | .37 |
| " | " | Tarz Palomba | SMT | regular | .37 |
| " | " | Tacy Lind | SMT | regular | .37 |
| " | " | Mr. Shay Dassa | SMT | regular | .83 |
| " | " | Mr. Donald Jones | SMT | regular | .60 |
| " | " | Mr. Robert Rice | SMT | regular | .60 |
| | | | | | |

Chargeable:

| | | | | | |
|---|---|---|---|---|---|
| 013420-00001 | Hawaiian Rock-Bamba | Vincent Bamba | DPL | certified | 4.65 |
| 0000MM-00001 | Nasbr-Business License (New) | Joseph T. Cote, CPA | MM | regular | 2.90 |
| 013280-00079 | Continental - Ashtiani | Tony Ashtiani | EJM | certified | 4.88 |
| 010028-02389 | BOH-Delin | Alex/Cynthia Delin | MM | certified | 4.42 |
| | BOH-Delin | Estate of Enrique Macias | MM | certified | 4.42 |
| | BOH-Delin | Alex/Cynthia Delin | MM | certified | 4.42 |
| | BOH-Delin | Alex/Cynthia Delin | MM | certified | 4.42 |
| 010028-02350 | BOH-Zeitler | Edgar/Paulette Zeitler | MM | certified | 4.42 |
| | BOH-Zeitler | Edgar/Paulette Zeitler | MM | certified | 4.42 |
| 018246-00394 | FS&LA-Alvia | Teotimo/Norma Alvia | MM | certified | 4.42 |
| | FS&LA-Alvia | Jose Alvia | MM | certified | 4.42 |
| 037791-00009 | Wells Fargo - Terlaje | (21) Miscellaneous | MM | regular | 31.92 |

4820-0025-5232.1.000901-00030

- 1 -

## OFFICE: <u>GUAM</u>

*(Print or write legibly)*

DATE:    10/31/03    $167.56

| CASE NO. | CASE NAME | ADDRESSEE | ATTY | POSTAGE (Regular / Certified / Express / Registered) | AMOUNT |
|---|---|---|---|---|---|
| 901-30 | office | Allied Marine Surveyors | | regular | .37 |
| " | " | Gabrielle Wilheim | | regular | .37 |
| " | " | Shay Dassa - Diamond Syndicate | | regular | .37 |
| " | " | Matthy Welling - Welmar Pacific | | regular | .37 |
| " | " | David Newton - C.R. Newton Co. | | regular | .37 |
| " | " | Miscellaneous 5 @ .37 each | | regular | 1.85 |
| " | " | Barbara Coronado | | regular | .60 |
| " | DPL's personal | GuamCell; MCV; GPA; Citicards | DPL | regular | 1.48 |
| " | office | Leonardo/Sabina Tamongdong | | regular | .83 |

Chargeable:

| | | | | | |
|---|---|---|---|---|---|
| 053797-00001 | Structural Technologies | Mark Geoghegan | SMT | certified | 4.65 |
| 013280-00079 | Continental-Ashtiani | Tony Ashtiani | DPL | certified | 4.42 |

4833-7126-9120.1.000901-00030

- 1 -

## POSTAGE CHARGE                    COST CODE

### PG

## OFFICE: <u>GUAM</u>

*(Print or write legibly)*                     **DATE:**    11/21/03    $836.19

| CASE NO. | CASE NAME | ADDRESSEE | ATTY | POSTAGE (Regular / Certified / Express / Registered) | AMOUNT |
|----------|-----------|-----------|------|---------|--------|
| 901-30 | O/E | Mr. Gary Herrle | | Regular | .60 |
| 901-30 | O/E | Mr. Gary Jerr;e | | Regular | .37 |
| 901-30 | o/e | John Osborn | | regular | .60 |
| " | " | Winnie Ho | | regular | 1.75 |

Chargeable:

| | | | | | |
|----------|-----------|-----------|------|---------|--------|
| 055574-00002 | LB Guam-Santa Fe | Office of the U.S. Trustee | DVC | Regular | .37 |
| 013280-00079 | Continental-Ashtiani | Tony Ashtiani | EJM | Regular | 3.65 |

# POSTAGE CHARGE                                    COST CODE

## PG

**OFFICE: <u>GUAM</u>**

*(Print or write legibly)*                    **DATE:**   **12-09-03**    **$602.80**

| CASE NO. | CASE NAME | ADDRESSEE | ATTY | POSTAGE (Regular / Certified / Express / Registered) | AMOUNT |
|----------|-----------|-----------|------|-------------|--------|
| 999-00001 | Debbie's personal | Jean Cruz | | regular | 1.06 |
| 901-30 | o/e | Ferdinand Aranza | | regular | .60 |
| " | " | Melanie Quintanilla | | regular | 8.55 |

Chargeable:

| | | | | | |
|----------|-----------|-----------|------|-------------|--------|
| 013280-00079 | Continental-Ashtiani | Tony Ashtiani | EJM | certified | 4.88 |
| 000MM-00001 | BOH-Artero | Bernadette Artero | MM | certified (x2) | 8.84 |
| 000MM-00001 | BOH-Damian | Francis/Catherine Damian | MM | certified (x2) | 8.84 |
| 000MM-00001 | BOH-Pascua | Albert/Antoinette Pascua | MM | certified (x2) | 8.84 |
| 018246-00382 | FSLA-Datuin | Benjamin/Violeta Datuin | MM | certified (x2) | 9.30 |

4814-4411-9040.1.000901-00030                    - 1 -

## POSTAGE CHARGE

## COST CODE

### PG

## OFFICE: <u>GUAM</u>

*(Print or write legibly)*

DATE:    12/15/03    $468.62

| CASE NO. | CASE NAME | ADDRESSEE | ATTY | POSTAGE (Regular / Certified / Express / Registered) | AMOUNT |
|---|---|---|---|---|---|
| 901-30 | admin | Dana Gutierrez-Reyes | | regular | .37 |

Chargeable:

| | | | | | |
|---|---|---|---|---|---|
| 000MM-00001 | MM's personal | Frank & Eleanor Wells | MM | regular | .37 |
| 013280-00079 | Continental-Ashtiani | Tony Ashtiani | EJM | regular | .37 |

4837-4823-3728.1.000901-00030

- 1 -

# POSTAGE CHARGE

# COST CODE

## PG

## OFFICE: <u>GUAM</u>

*(Print or write legibly)*

**DATE:** 01/21/04     $795.18

| CASE NO. | CASE NAME | ADDRESSEE | ATTY | POSTAGE (Regular / Certified / Express / Registered) | AMOUNT |
|----------|-----------|-----------|------|------------------------|--------|
| 901-30 | o/e | CB Maui office | | regular | 3.95 |
| " | " | CB Kona office | | regular | 3.95 |
| " | " | CB Hilo office | | regular | 3.95 |
| " | " | CB DC office | | regular | 5.75 |
| " | " | CB LA office | | regular | 5.75 |
| " | " | CB Kapolei office | | regular | 3.95 |
| " | " | Marcia Schultz | | regular | 3.95 |
| " | " (DPL's personal) | MCI | DPL | regular | .37 |
| | | | | | |

Chargeable:

| CASE NO. | CASE NAME | ADDRESSEE | ATTY | POSTAGE | AMOUNT |
|----------|-----------|-----------|------|---------|--------|
| 013280-00079 | Continental-Ashtiani | Tony H. Ashtiani | EJM | regular | .37 |
| 013280-00079 | Continental-Ashtiani | Tony Ashtiani | EJM | certified | 5.11 |
| 010028-02415 | BOH-Benavente | Tommy & Patricia Benavente | MM | certified (x2) | 9.30 |
| " | " | GGEFCU | MM | certified | 4.65 |
| | | | | | |
| | | | | | |
| | | | | | |

# POSTAGE CHARGE                                    COST CODE

## PG

## OFFICE: <u>GUAM</u>

*(Print or write legibly)*                    **DATE:   01/29/04    $698.44**

| CASE NO. | CASE NAME | ADDRESSEE | ATTY | POSTAGE (Regular / Certified / Express / Registered) | AMOUNT |
|---|---|---|---|---|---|
| 000999-00001 | Debbie's personal | miscellaneous x 4 | | regular | 1.48 |
| 000901-00030 | Smithfield Foods - FSC | Smithfield | SMT | regular | .60 |
| | | | | | |
| | | | | | |
| | | | | | |

Chargeable:

| | | | | | |
|---|---|---|---|---|---|
| 035246-00001 | Spacelabs - FSC | | SMT | registered | 11.65 |
| 013965-00005 | Allied Investors - Incorp | | SMT | regular | 1.29 |
| 055212-00001 | Select Risk - Incorp | | SMT | regular | 5.30 |
| 013280-00079 | Continental-Ashtiani | Tony Ashtiani | DPL | regular | .37 |
| | | | | | |
| | | | | | |
| | | | | | |

4834-2488-1152.1.000901-00030                - 1 -

# POSTAGE CHARGE                COST CODE

## PG

## OFFICE: <u>GUAM</u>

*(Print or write legibly)*                DATE:    02/05/04    $554.96

| CASE NO. | CASE NAME | ADDRESSEE | ATTY | POSTAGE<br>(Regular / Certified /<br>Express / Registered) | AMOUNT |
|---|---|---|---|---|---|
| 901-30 | admin | Tom Michels | | regular | .37 |
| " | " | Philip Raymond Santos | | regular | 1.06 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Chargeable:

| | | | | | |
|---|---|---|---|---|---|
| 010028-01899 | BOH-Babauta | Kalele White | EJM | regular | .37 |
| 010028-02346 | BOH-Manipol | Irene Puaoi | EJM | regular | .37 |
| 000MM-00001 | MM's personal | Mrs. Malcolm McDermid | MM | express | 13.65 |
| 013280-00079 | Continental-Ashtiani | Tony Ashtiani | EJM | certified | 4.65 |

# POSTAGE CHARGE                          COST CODE

## PG

**OFFICE: GUAM**

*(Print or write legibly)*                        DATE:    02/06/04    $534.49

| CASE NO. | CASE NAME | ADDRESSEE | ATTY | POSTAGE (Regular / Certified / Express / Registered) | AMOUNT |
|---|---|---|---|---|---|
| 901-30 | admin | Mark or Louisa Wessling | | regular | .60 |
| " | " | Ernesto Espaldon Jr. . | | regular | .60 |
| " | " | Mark Fish | | regular | .83 |
| " | " | Travel Pacificana | | regular | .37 |
| " | " | Tom Tarpley | | regular | .37 |
| " | " | Mark Ruth | | regular | .37 |
| " | " (DPL's personal) | BOH American Express & GuamCell | DPL | regular (x2) | .74 |
| " | " (SMT's personal) | GuamCell | SMT | regular | .37 |
| | | | | | |

Chargeable:

| | | | | | |
|---|---|---|---|---|---|
| 013280-00079 | Continental-Ashtiani | Tony Ashtiani | EJM | certified | 4.42 |
| 015358-00001 | Carrier-General | U.S. Immgiration | SMT | express | 13.65 |

# POSTAGE CHARGE

# COST CODE

## PG

**OFFICE: <u>GUAM</u>**

*(Print or write legibly)*

**DATE:** **02/12/04** **$447.28**

| CASE NO. | CASE NAME | ADDRESSEE | ATTY | POSTAGE | AMOUNT |
|---|---|---|---|---|---|
| | | | | **(Regular / Certified / Express / Registered)** | |
| 901-30 | admin | miscellaneous (x 17) | | regular | 6.29 |
| 901-30 | admin | miscellaneous (x51) | | regular | 18.87 |
| 901-30 | admin | miscellaneous (x3) | | regular | 2.40 |

Chargeable:

| 014147-00002 | Marianas Ventures-Real Property Taxes | Philip Geeslin | SMT | regular | 1.55 |
|---|---|---|---|---|---|
| 013280-00079 | Continental-Ashtiani | Tony Ashtiani | EJM | certified | 5.57 |

# POSTAGE CHARGE                    COST CODE

## PG

## OFFICE: <u>GUAM</u>

*(Print or write legibly)*                    **DATE:**   02/17/04   $410.14

| CASE NO. | CASE NAME | ADDRESSEE | ATTY | POSTAGE (Regular / Certified / Express / Registered) | AMOUNT |
|----------|-----------|-----------|------|-------------------------------------------------------|--------|
| 901-30 | admin | miscellaneous x 8 | | regular | 2.96 |

Chargeable:

| | | | | | |
|----------|-----------|-----------|------|---------|------|
| 013280-00079 | Continental-Ashtiani | Tony Ashtiani | DPL | certified | 5.34 |
| 13280-00079 | Continental-Ashtiani | Tony Ashtiani | DPL | certified | 4.42 |

4850-5076-4544.1.000901-00030

- 1 -

# POSTAGE CHARGE                          COST CODE

## PG

## OFFICE: <u>GUAM</u>

*(Print or write legibly)*                          DATE:     02/18/04     $397.42

| CASE NO. | CASE NAME | ADDRESSEE | ATTY | POSTAGE (Regular / Certified / Express / Registered) | AMOUNT |
|---|---|---|---|---|---|
| 901-30 | admin | Frank Santos | | regular | .60 |
| 901-30 | admin | Lorraine Porter | | regular | .60 |
| 000999-00001 | Debbie's personal | GuamCell; ABN AMRO Mortgage Group, Inc.; JC Penney | | regular | 1.11 |
| 901-30 | admin | Payment Center | | regular | .37 |

Chargeable:

| | | | | | |
|---|---|---|---|---|---|
| 013280-00079 | Continental-Ashtiani | Tony Ashtiani | DPL | certified | 4.42 |
| | | | | | |

4837-0957-0304.1.000901-00030            - 1 -

# POSTAGE CHARGE

# COST CODE

## PG

**OFFICE: GUAM**

*(Print or write legibly)*

**DATE:** 02/19/04      $

| CASE NO. | CASE NAME | ADDRESSEE | ATTY | POSTAGE (Regular / Certified / Express / Registered) | AMOUNT |
|---|---|---|---|---|---|
| 901-30 | admin | Committee to Get Guam Working | | regular | .60 |
| 901-30 | admin | State Bar of California | Trina | regular | .37 |
| 901-30 | admin | LB Guam | LO | regular | 2.60 |
| 901-30 | admin | Karon Johnson | DPL | regular | .37 |

Chargeable:

| | | | | | |
|---|---|---|---|---|---|
| 010028-02255 | BOH-Cruz | Frankie B. Cruz/Joann Cruz | MM | certified (4 pcs. @ 4) | 17.68 |
| 013280-00079 | Continental-Ashtiani | Tony Ashtiani | DPL | regular | .37 |

4821-5092-7616.1.000901-00030

- 1 -

# POSTAGE CHARGE

**COST CODE**

**PG**

**OFFICE: <u>GUAM</u>**

*(Print or write legibly)*

**DATE:** 02/25/04   $332.46

| CASE NO. | CASE NAME | ADDRESSEE | ATTY | POSTAGE | AMOUNT |
|---|---|---|---|---|---|
| | | | | (Regular / Certified / Express / Registered) | |
| 901-30 | admin | Yasushi Ishimura | | regular | .37 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Chargeable:

| | | | | | |
|---|---|---|---|---|---|
| 013280-00079 | Continental-Ashtiani | Tony Ashtiani | DPL | regular | .37 |
| 038730-00001 | Synthetech - FSC | Gary Weber | SMT | regular | 15.75 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

4834-7835-9552.1.000901-00030

- 1 -

# POSTAGE CHARGE                    COST CODE

## PG

## OFFICE: GUAM

*(Print or write legibly)*                          DATE:    03/04/04    $229.42

| CASE NO. | CASE NAME | ADDRESSEE | ATTY | POSTAGE<br>(Regular / Certified /<br>Express / Registered) | AMOUNT |
|----------|-----------|-----------|------|-----------|--------|
| 901-30 | admin | Adrianne Aguirre | | regular | .37 |
| " | " | Kalele White | | regular | .37 |
| " | " | GE Capital | | regular | .37 |
| | | | | | |
| | | | | | |
| | | | | | |

Chargeable:

| | | | | | |
|----------|-----------|-----------|------|-----------|--------|
| 013280-00079 | Continental-Ashtiani | Tony Ashtiani | EJM/DPL | certified | 4.65 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

4848-1844-0448.1.000901-00030                    - 1 -

# POSTAGE CHARGE

# COST CODE

# PG

## OFFICE: <u>GUAM</u>

*(Print or write legibly)*

DATE:    03/05/04    $223.66

| CASE NO. | CASE NAME | ADDRESSEE | ATTY | POSTAGE (Regular / Certified / Express / Registered) | AMOUNT |
|---|---|---|---|---|---|
| 901-30 | admin | Jo-Anne Sinclair | SMT | regular | .37 |
| " | " | miscellaneous (payments) | | regular (x12) | 4.44 |
| " | " | Belinda Houser; Kathy Joseph; Christine Sison; Catherine Gayle; Edwin Tucker; Dana Gutierrez-Reyes; Don Clark; | MM | regular (x7) | 4.20 |
| " | " | Richard Colfax | MM | regular | 1.06 |
| " | " | Kazuhisa Okada | | regular | .37 |
| " | " | Keiji Fujimoto | | regular | .37 |
| " | " | Rose Aquino | MM | regular | .60 |
| | | | | | |

Chargeable:

| | | | | | |
|---|---|---|---|---|---|
| 013280-00079 | Continental-Ashtiani | Tony Ashtiani | EJM | certified | 4.42 |
| " | " | " | " | regular | .37 |

4835-4448-6144.1.000901-00030

- 1 -

# POSTAGE CHARGE

## COST CODE

## PG

**OFFICE: <u>GUAM</u>**

*(Print or write legibly)*

DATE:   03/09/04   $186.46

| CASE NO. | CASE NAME | ADDRESSEE | ATTY | POSTAGE (Regular / Certified / Express / Registered) | AMOUNT |
|---|---|---|---|---|---|
| 901-30 | admin | Payment Center | | regular | .37 |
| " | " | PacifiCare Asia Pacific | | regular | .37 |
| " | DPL's personal | Hawaiian Rock Products; Mark Kessenich | | regular | .74 |
| | | | | | |
| | | | | | |
| | | | | | |

Chargeable:

| 013280-00079 | Continental-Ashtiani | Tony Ashtiani | EJM | regular | .37 |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

4844-7811-2256.1.000901-00030

- 1 -

# POSTAGE CHARGE                     COST CODE

## PG

**OFFICE: <u>GUAM</u>**

*(Print or write legibly)*                     **DATE:    03/18/04    $918.19**

| CASE NO. | CASE NAME | ADDRESSEE | ATTY | POSTAGE<br>(Regular / Certified /<br>Express / Registered) | AMOUNT |
|----------|-----------|-----------|------|----------|--------|
| 901-30 | admin | Juanita Seman | | regular | 3.95 |
| 901-30 | DPL's personal | Pentagon Federal Credit Union; MCI;<br>Guamcell Communications'Citi Cards; | DPL | regular (.37 x 4) | 1.48 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Chargeable:

| | | | | | |
|----------|-----------|-----------|------|----------|--------|
| 0000MM-00001 | MM's personal | BOH American Express; Customer<br>Service Unit; Ron & Jenine McDermid;<br>Pacific Smiles | MM | regular (x4) | 1.48 |
| 034037-00001 | Elizabeth Lang-Estate | miscellaneous | RPC | regular (x9) | 3.33 |
| 000RPC-00001 | Elaine Ryan-Estate Plan | Robert Ryan | RPC | certified | 5.11 |
| 013280-00079 | Continental-Ashtiani | Tony Ashtiani | EJM/DPL | certified | 4.42 |
| 034037-00001 | Elizabeth Lang-Estate | miscellaneous x 9 | RPC | certified | 39.78 |
| | | | | | |

4811-5157-0432.1.000901-00030                     - 1 -

# PACER QUARTERLY STATEMENT

| LOGIN ID: | CB1047 | Elyze McDonald |
|---|---|---|
| BILLING DATE: | 04/07/2004 | Carlsmith Ball LLP |
| BILLING CYCLE: | 01/01/04 to 03/31/04 | 671-472-6813 |
| PAGE: | 2 | |

| DATE | CLIENT | TIME IN/ NUM TRANS | TIME OUT | TOTAL TIME TOTAL PAGES |
|---|---|---|---|---|
| | **PACER-NET TRANSACTIONS** | | | |
| **UNITED STATES PARTY/CASE INDEX** | | | | |
| 02/05/2004 | 051998-00036-EJM | 3 | | 3 |
| 03/08/2004 | 000EJM-00001-EJM | 3 | | 3 |
| UNITED STATES PARTY/CASE INDEX PACER-NET SUBTOTAL | | | | 6 |
| **CALIFORNIA NORTHERN BANKRUPTCY COURT** | | | | |
| 03/08/2004 | 000EJM-00001-EJM | 5 | | 38 |
| 03/16/2004 | 010028-02233-EJM | 1 | | 24 |
| CALIFORNIA NORTHERN BANKRUPTCY COURT PACER-NET SUBTOTAL | | | | 62 |
| **GUAM DISTRICT COURT** | | | | |
| 01/07/2004 | 000901 00030 SMT | 2 | | 2 |
| 01/08/2004 | | 4 | | 46 |
| 01/08/2004 | 000EJM 00001 EJM | 1 | | 12 |
| 01/20/2004 | 013280 00079 EJM | 3 | | 14 |
| 01/23/2004 | 051998 00036 EJM | 3 | | 6 |
| 01/23/2004 | 051998 0036 EJM | 1 | | 2 |
| 01/23/2004 | SDA EMMANUAL EJM | 2 | | 5 |
| 01/26/2004 | | 3 | | 42 |
| 01/27/2004 | CONTINENTAL ASHTIANI 013280 79 | 1 | | 13 |
| 02/03/2004 | 013280 00079 EJM | 2 | | 36 |
| 02/04/2004 | 013280 00079 EJM | 1 | | 13 |
| 02/20/2004 | HAWAIIAN ROCK DANIEL BAMBA JMC | 6 | | 53 |
| 02/27/2004 | 013280 00079 EJM | 2 | | 17 |
| GUAM DISTRICT COURT PACER-NET SUBTOTAL | | | | 261 |
| **HAWAII DISTRICT COURT** | | | | |
| 01/16/2004 | 052037-00002-EJM | 2 | | 25 |
| 01/30/2004 | 056862-00001 | 3 | | 16 |
| HAWAII DISTRICT COURT PACER-NET SUBTOTAL | | | | 41 |

| | |
|---|---|
| **DIAL-UP PACER TIME TOTAL:** | 00:00:00 |
| **PACER-NET WEB PAGE TOTAL:** | 370 |
| **CURRENT DIAL-UP PACER CHARGES:** | $0.00 |
| **CURRENT PACER-NET CHARGES:** | $25.90 |
| **PREVIOUS BALANCE:** | $0.00 |
| **BALANCE DUE:** | $25.90 |

**NOTE:** The transaction details listed on this statement are summed up by client code for each court by day. The **TOTAL PAGES** column is actually the total number of pages for all, **NUM TRANS**, transactions with the same **CLIENT CODE** for the given **DATE**. To get the individual transaction detail, select the **Review Transaction History** option under the **Account Information** section of the PACER Service Center web site, http://pacer.psc.uscourts.gov.

535

# *LegalNet Services*
## *(MICHAEL Q. GALLO)*
### *P.O. Box 1150*
### *Agana, Guam 96910*
Pager: 720-8331

October 13, 2003

**BILL TO:**                                         **INV# CB0346**
The Law Offices of
Carlsmith Ball
Suite 401 Bank of Hawaii Bldg.
134 West Soledad Avenue
Agana, Guam  96910

> **Re:**   Tony H. Ashtiani Vs Continental Micronesia, Inc. dba Continental
> Micronesia, and Continental Airlines, Inc., District Court Case No. CIV02-
> 00032

For Process Service rendered for the following documents by Michael Q. Gallo
including:

| Description | | Charge |
|---|---|---|
| 09/24/03 | SERVED: SUBPOENA; WITNESS FEE; NTC OF DEPO. **ON: JUAN RAPADAS** (PROBATION, CLIENT SERVICES, SUPERIOR COURT ANNEX BUILDING, AGANA) | 45.00 |
| 09/29/03 | SERVED: SUBPOENA; WITNESS FEE; NTC OF DEPO. **ON: DR. ALIX CHENET** (GUAM ADULT PEDIATRIC CLINIC, ROUTE 1, DEDEDO) | 45.00 |

OCT 20 '03 AM 8:43

|  | | |
|---|---|---|
| **Total:** | $ | **90.00** |
| Research: | | 0.00 |
| Rush Fee: | | 0.00 |

**BALANCE DUE:**          $    90.00

**PLEASE MAKE CHECKS PAYABLE TO:**   *MICHAEL Q. GALLO*
**PAYMENT DUE UPON RECEIPT**

RECEIVED
CARLSMITH BALL
Date: 10/16/03
By: CH

LNS20:\CARLSMITH\CONTINENTAL.346
LNS\mqg

Charges & Marketing Groups must be approved

Charge to: CONTINENTAL – ASHTIANI
(Case Name/Section/Marketing Group/Office)

Clnt/Mtr # 012960-00019
Approved By:
Signature
Atty.
Print TKID

SUPERIOR COURT OF GUAM
**Monthly Photocopy Log Sheet**

LAW FIRM
CARLSMITH, BALL, WHICHMAN, CASE
& ICHIKI

ADDRESS: SUITE 401, Bank of Hawaii Bldg.,
134 Soledad Avenue
Hagatna, Guam

PHONE: 477-3475

OCT 02 2003

| DATE | NUMBER OF COPIES @ $.50 PER PAGE | CERTIFICATION @ $1.00 PER PAGE | RECORDS RESEARCH @ $1.00 PER YR | RETRIEVAL OF FILES $10.00 | REPRESENTATIVE PRINT & SIGN | REFERENCE |
|---|---|---|---|---|---|---|
| 9/5/2003 | 10 | | | | M Sope | Fennick Occarius |
| 6/8/2003 | 72 | | | | M Sope | Fennick Oceanic |
| 4/11/2003 | 48 | 1 | | | M Sope | Fennick J. Oceanic |
| 9/11/2003 | | | | | M Sope | Family Oceanic |
| 9/5/03 | 1 | ✓ | | | Sue Querra | BOH-Lee Charles 01-0028-2172 |
| 9/11/03 | 77 | | | | Sue Querra | Von Alico-Ashham 01-3300-77 |
| 0/33/03 | 3 | | | | Eunice merida | BOH-Charles lee |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **TOTAL** | $106.50 | $1.00 | | | **GRAND TOTAL:** $106.50 | |

Make your check payable to
the Superior Court of Guam.
Please send your check and
a copy of this invoice directly to:

RECORDS UNIT
SUPERIOR COURT OF GUAM
120 W. O'BRIEN DRIVE
HAGATNA, GUAM 96910

I certify that the above is correct and
no payment has been received.

_____
DEPUTY CLERK

**EXHIBIT F**

mg

**SUPERIOR COURT OF GUAM**
**Monthly Photocopy Log Sheet**

RECEIVED SEP 23 2003

LAW FIRM
**CARLSMITH, BALL, WICHMAN, CASE & ICHIKI**

PHONE: 477-3475

**ADDRESS:** SUITE 401, Bank of Hawaii Bldg.,
134 Soledad Avenue
Hagatna, Guam

| DATE | NUMBER OF COPIES @ $.50 PER PAGE | CERTIFICATION @ $1.00 PER PAGE | RECORDS RESEARCH @ $1.00 PER YR | RETRIEVAL OF FILES $10.00 | REPRESENTATIVE PRINT & SIGN | REFERENCE |
|---|---|---|---|---|---|---|
| 8/5/03 | 1 | | | | Turmoney | DJH - Fregata cl 0008-03 24 hr lau |
| 8/11/03 | | | | | Turmoney | CF-0280-75 Joseph Femado |
| 8/12/03 | 6 | 6 | | | See Guerrero | Calpahura - Estate of 0 2840-1 Amendandean |
| 8/15/03 | 5 | | | | Jm Duey | PE-CHAO - Millou 5TMC |
| 8/20 | | | 2 UP484-94 | | Roger Crout JAMEC | |
| 8/20 | 59 | | 2 6/18-03 | | | OV 1145-99 No PLT 30HC Suget |
| 8/28 | 3 | 3 | | | Seu Guero | Pac Rim - Kowloon OF 5924-1 |
| | | | | | | |
| OCT 6 03 AM 9:07 | | | | | | |
| | | | | | | |
| **TOTAL** | **37.50** | | | | | |
| | **75.00** | **9.00** | **9.00** | | GRAND TOTAL: $103.00 | 45.50 |

Make your check payable to
the Superior Court of Guam.
Please send your check and
a copy of this invoice directly to:

RECORDS UNIT
SUPERIOR COURT OF GUAM
120 W. O'BRIEN DRIVE
HAGATNA, GUAM 96910

I certify that the above is correct and
no payment has been received.

_____
DEPUTY CLERK

**EXHIBIT G**