DISTRICT COURT OF GUAM

TERRITORY OF GUAM

FILED
DISTRICT COURT OF GUAM
OCT 07 2004
MARY L. M. MORAN
CLERK OF COURT
233

| TONY H. ASHTIANI, | CIVIL CASE NO. 02-00032 |
| --- | --- |
| Plaintiff, | |
| vs. | **TAXATION OF COSTS** |
| CONTINENTAL MICRONESIA, INC., dba CONTINENTAL MICRONESIA, et al, | |
| Defendants | |

**Hearing: Friday, October 1, 2004 at 10:00 a.m.**

| | | Requested | Denied | Allowed |
| --- | --- | --- | --- | --- |
| | **Electronic Research (Westlaw)** Not included as a taxable cost under 28 USC §1920 | $ 188.91 | $ 188.91 | |
| | **Postage Charges** Not included as a taxable cost under 28 USC §1920 | $ 109.37 | $ 109.37 | |
| | **Service Fees** See attached Order filed on 10/8/03 | $ 90.00 | $ 90.00 | |
| | **Printing Fees** | $ 98.60 | | $ 98.60 |

| | | Requested | Denied | Allowed |
|---|---|---|---|---|
| | **Copies of Documents Necessarily Obtained for Use in Case** (No receipt provided for the $29.50 claim.) | $ 188.50 | $ 29.50 | $ 159.00 |
| | | | | |
| | **Docket Fees Under 28 USC §1923** | $ 20.00 | | $ 20.00 |
| | Grand Total | $ 695.38 | $ 417.78 | $ 277.60 |

Costs are taxed in the amount of Two Hundred Seventy-Seven Dollars and Sixty Cents ($277.60) and included in the judgment.

Dated this 7th day of October, 2004.

MARY L.M. MORAN
Clerk of Court

By: *Rosita P. San Nicolas*
Rosita P. San Nicolas
Chief Deputy Clerk

ORIGINAL



FILED
DISTRICT COURT OF GUAM
OCT 08 2003
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

TONY H. ASHTIANI,

Plaintiff,

vs.

CONTINENTAL MICRONESIA INC.,
dba CONTINENTAL MICRONESIA,
and CONTINENTAL AIRLINES, INC.,

Defendant.

Civil Case No. 02-00032

**ORDER**

This Court scheduled oral arguments on Plaintiff's Motion for Protective Order to be heard on October 22, 2003. In his motion, Plaintiff seeks to prevent Defendant from taking depositions of himself on October 8 and 9, 2003, and of two individuals on October 10, 2003. However, the Scheduling Order[1] adopted by the parties and approved by this Court precludes the taking of depositions past the discovery cut-off date of October 1, 2003. Therefore,

---

[1] Pursuant to Rule 16(e), the Scheduling Order controls the parties' course of action unless the Court orders it to be changed. FED. R. CIV. P. 16(e).

Defendant can not take depositions past October 1, 2003, unless the Scheduling Order is modified.[2] Accordingly, the Court finds Plaintiff's Motion for Protective Order moot and vacates the oral hearing date scheduled for October 22, 2003.

SO ORDERED this 8th day of October, 2003.

**JOHN S. UNPINGCO**
**District Judge**

---

[2] Rule 16(b) of the Federal Rules of Civil Procedure states: "A schedule shall not be modified except upon a showing of good cause and by leave of the district judge ...." FED. R. CIV. P. 16(b).