FILED
DISTRICT COURT OF GUAM
OCT 08 2004
MARY L. M. MORAN
CLERK OF COURT

235

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF GUAM

| | |
|---|---|
| TONY H. ASHTIANI, | CIVIL CASE NO. 02-00032 |
| Plaintiff, | |
| vs. | **AMENDED JUDGMENT** |
| CONTINENTAL MICRONESIA, INC., dba. CONTINENTAL MICRONSIA and CONTINENTAL AIRLINES, INC. | |
| Defendants. | |

Judgment is hereby entered in accordance with the Judgment filed August 30, 2004.

MARY L. M. MORAN
Clerk of Court

By: _____
Deputy Clerk

Costs are taxed in the amount of $277.60.

Notice is hereby given that this document was entered on the docket on OCT 08 2004.
No separate notice of entry on the docket will be issued by this Court.

Mary L. M. Moran
Clerk, District Court of Guam

By: _____  OCT 08 2004
Deputy Clerk       Date

| DISTRICT | OFF | DOCKET NO. YR. NUMBER | FILING DATE MO. DAY YR. | TONY H. ASHTIANI -vs- CONTINENTAL MICRONESIA, INC., etc., et al. |
|---|---|---|---|---|
| 0993 | 1 | CV-02-00032 | 11  14  02 | |

### Plaintiff
**ASHTIANI, TONY H.**

Counsel:
Pro Se,

,

Tel:
Fax:

Counsel:
McDonald, Elyze Josephine T.
Carlsmith Ball LLP
Suite 401, Bank Of Hawaii Bldg
134 West Soledad Ave
Hagatna , GU 96910-
Tel: 671-472-6813
Fax: 671-477-4375

Signature/Date

Signature/Date

### Defendant
**CONTINENTAL MICRONESIA, INC.**

Counsel:
Ledger, David LEDGER
Carlsmith Ball
Suite 401, Bank Of Hawaii Building
134 West Soledad Avenue
Hagatna , GU 96910
Tel: 671-472-6813
Fax: 671-472-4375

7004 0750 0000 7874 1839

Counsel:
McDonald, Elyze Josephine T.
Carlsmith Ball LLP
Suite 401, Bank Of Hawaii Bldg
134 West Soledad Ave
Hagatna , GU 96910-
Tel: 671-472-6813
Fax: 671-477-4375

**CONTINENTAL AIRLINES, INC.**

Counsel:
Ledger, David LEDGER
Carlsmith Ball
Suite 401, Bank Of Hawaii Building
134 West Soledad Avenue
Hagatna , GU 96910
Tel: 671-472-6813
Fax: 671-472-4375